IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

SUE PLUCK,

Plaintiff,

vs. No. 5:08-CV-01545

BP OIL PIPELINE COMPANY,

Defendant.

---

DEPOSITION OF JAMES GEORGE DAHLGREN

Los Angeles, California

Thursday, February 12, 2009

Reported by:

CHERYL R. KAMALSKI

CSR No. 7113

Job No. 103834

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

SUE PLUCK,

Plaintiff,

vs. No. 5:08-CV-01545

BP OIL PIPELINE COMPANY,

Defendant.

---

Deposition of JAMES GEORGE DAHLGREN, taken on behalf of Defendant, at 555 South Flower Street, 31st Floor, Los Angeles, California, beginning at 9:00 a.m. and ending at 3:30 p.m. on Thursday, February 12, 2009, before CHERYL R. KAMALSKI, Certified Shorthand Reporter No. 7113.

APPEARANCES:

For Plaintiff:

AMER CUNNINGHAM CO., L.P.A.
BY: JACK MORRISON, JR.
Attorney at Law
159 South Main Street, Suite 1100
Akron, Ohio 44308-1322
(330) 762-2411

For Defendant:

SQUIRE, SANDERS & DEMPSEY L.L.P.
BY: ANDREW AGATI
Attorney at Law
1095 Avenue of the Americas, 31st Floor
New York, New York 10036
(212) 872-9800

INDEX



| WITNESS | EXAMINATION |
|---|---|
| JAMES GEORGE DAHLGREN | |
| BY MR. AGATI | 6 |



EXHIBITS



| DAHLGREN | | PAGE |
|---|---|---|
| 1 | CD titled "Ohio BP 2.11.09, Benzene Articles" | 16 |
| 2 | CD titled "Ohio BP 2.11.09, File" | 16 |
| 3 | Benzene in gasoline II, Howard E. Runion | 114 |
| 4 | Chromosomal aberrations in workers exposed to low levels of benzene: association with genetic polymorphisms, Su Young Kim, et al. | 117 |
| 5 | Hematoxicity in Workers Exposed to Low Levels of Benzene, Qing Lan, et al. | 119 |
| 6 | Supporting Online Material, Lan, Q., et al. | 119 |
| 7 | Changes in DNA Methylation Patterns in Subjects Exposed to Low-Dose Benzene, Valentina Bollati, et al. | 122 |
| 8 | Gasoline-Contaminated Ground Water as a Source of Residential Benzene Exposure: A Case Study, Andrew B. Lindstrom, et al. | 124 |
| 9 | Statements from James Dahlgren Medical to Amer Cunningham | 124 |
| 10 | Carcinogenic Effects of Benzene: An Update, National Center for Environmental Assessment | 126 |

INDEX (Continued):

EXHIBITS


| DAHLGREN | | PAGE |
|---|---|---|
| 11 | Benzene - A Review of the Literature from a Health Effects Perspective, Ginger L. Gist and Jeanne R. Burg | 128 |
| 12 | Neurotoxic Effects of Solvent Exposure on Sewage Treatment Workers, Allen Kraut, et al. | 131 |
| 13 | The Threshold Toxicity of Gasoline Vapor, Philip Drinker, et al. | 144 |
| 14 | Fax dated 2/12/2009 from Trevor Peckham to Dr. James Dahlgren with attachments | 148 |
| 15 | Gasoline, CAS number 86290-81-5 | 155 |
| 16 | Benzene, a multi-organ carcinogen, Myron A. Mehlman | 162 |

Los Angeles, California, Thursday, February 12, 2009

9:00 a.m. - 3:30 p.m.

JAMES GEORGE DAHLGREN,

having been administered an oath, was examined and testified as follows:

EXAMINATION

BY MR. AGATI:

**Q Could you please state your full name for the record.**

A James George Dahlgren.

**Q Do you prefer to go by Dr. Dahlgren?**

A Yes. That would be fine.

**Q Doctor, you've been through the deposition process before?**

A Yes.

**Q So you understand sort of the process. I'll be asking some questions and you'll be providing answers, yes?**

A Yes.

**Q Just to go over some of the rules to refresh your recollection, I'm sure you remember, but, we've got to try not to talk over each other so that the court reporter can take us down easier. Does that make sense?**

A Yes.
**Q If you don't understand a question, please ask me to rephrase any question. Do you understand that?**
A Yes.
**Q If you need a break at any time, feel free to ask, fair?**
A Yes.
**Q You understand you're under oath today, right?**
A Yes, I understand.
**Q Sir, just so I have an understanding of your expertise, what you consider to be your expertise, are you board certified in internal medicine?**
A Yes.
**Q Why did you become board certified in internal medicine?**
A Because that's what I wanted to practice in.
**Q Are you board certified in any other specialties?**
A No.
**Q Do you consider yourself an expert in toxicology?**
A Yes.
**Q Do you consider yourself an expert in epidemiology?**
A Well, to some degree. I mean I publish a number of papers that are epidemiological studies. I guess you'd say that I have a certain degree of expertise in that

field, yes.

**Q Is there a particular area within epidemiology that you feel that you have a particular expertise?**

A Well -- no, I don't have any understanding of your question. I mean, epidemiology is epidemiology. I don't know that there's a subspecialty field in epidemiology.

**Q Well, my question -- what I was trying to get at, you said to a certain extent you feel that you're an expert in epidemiology, so I just was trying to understand what extent that is.**

A Well, you know, for the last 35 -- 35, 36 years, I've been studying and publishing in the field of epidemiology. I didn't go and take the Ph.D. or master's in epidemiology, as some people have, but, you know, I did take a course in epidemiology, obviously, School of Public Health, back in 1973, and I've -- as I said, it's been part of -- my area of internal medicine is toxicology, toxicology becomes involved with epidemiological studies in terms of looking at risks in populations of exposures, and so, as I've stated, it's a major part of my practice and study and expertise over the years.

**Q You said you took a course in epi. Did you complete that course?**

A Yes. Uh-huh.

**Q Was it just one course?**
A Just one course, yeah.
**Q Do you remember what that course was?**
A Yes. It was called "Epidemiology," at the School of Public Health at UCLA, 35 years ago.
**Q Have you taught any epidemiology classes?**
A No.
**Q Are you an expert in oncology?**
A Well, I do not have a subspecialty of oncology, but oncology is primarily involved in treating cancer. So it's not a relevant field, really, for my subspecialty activities. I'm not an expert in treating cancer, which is what oncologists do.
**Q Are you an expert in hematology?**
A Well, hematology and oncology are the same subspeciality.
**Q So you're not an expert in hematology either?**
A I'm not an expert in the treatment of hematological disorders, which is what hematologists do.
**Q Do you currently hold any hospital privileges?**
A No.
**Q Do you currently treat any patients?**
A I treat a few patients, very small treatment practice. I think about 10 percent of my time is spent treating patients.

**Q Where do you treat your patients?**
A In my office.
**Q When you say you're treating patients, are these patients cancer patients?**
A No, not -- I don't treat cancer patients, no. That would not be my area of expertise, as I just told you.
**Q These patients that you treat, are they involved in litigation?**
A Some of them are.
**Q Do you know what percentage?**
A Maybe half.
**Q What is the other -- the 90 percent of time that you spend, what do you do?**
A Well, about half of my time I spend in litigation-support activities, the rest of the time is spent in various other activities, consulting, toxicology, laboratory, working with -- consulting with companies and entities, various entities about nonlitigation matters.
**Q Does the consulting in the nonlitigation matters involve issues pertaining to cancer?**
A Sometimes. It usually involves issues of toxic exposures of various kinds.
**Q Can you name me any of the companies that you've been consulting with?**

A Well, Foamex, which has issues with TDI and -- I've worked with a number of the insurance companies.

**Q What insurance companies?**

A Kemper, AIG, various companies over the years.

**Q Of the 50 percent of time that you spend in litigation matters, do you have a breakdown of how many cases you represent a plaintiff versus a defendant?**

A Most of them. I mean, most of the litigation work I do is for plaintiffs, very rarely do I work for defense entities who are defending toxic torts.

**Q Can you remember any case where you represented a defense entity in a toxic tort case?**

A Well, I don't remember the name of the entity, but it was a -- what do you call it -- a trailer park out north of Los Angeles, north Los Angeles County, that had a problem with the water in the trailer park having some discoloration, and there was a lawsuit brought against the owner of the trailer park, and I was hired by the trailer park owner to look at the case. I don't remember the name of the entity -- it was Paradise Valley Trailer Park, I think is the name of the company.

**Q Any other defense entities that you represented in a toxic tort matter that you can remember?**

A There was a case that involved a malpractice case of a doctor that involved a toxic exposure issue and I was

hired by the defendants. I can't remember the name off the top of my head of the law firm, but it was -- I worked on the defense side there.

**Q Any others?**

A I was approached by a defense firm, in an asbestos case, that wanted to have me review the issue of whether or not the particular exposure was sufficient to cause health effects. That case is still unfolding. I don't know what's going to happen with that one, but --

**Q Do you know the name of that case?**

A That was -- it was a law firm. I'm trying to remember the name of the law firm. It doesn't -- not in my memory banks, but that was fairly recently, within the last month or two.

**Q So have you been retained?**

A Yes, I was retained. But, you know, it's still, as I say, in the very early stages.

**Q Have you reached any conclusions whether the particular exposure in that asbestos case was sufficient to cause the disease at issue?**

A No. I already told you I have not actually seen any of the data yet, so it's a question of -- unfolding.

**Q What data would you -- are you looking for?**

A Well, I would look for the exposure level. That's a major aspect of the whole issue of asbestos is

what was the actual exposure.

**Q Until you get information on the exposure level, you can't render an opinion?**

A Well, you know, it's a question of whether or not we have sufficient information about the exposure, sure. I mean, obviously that's what's important in distinguishing between a case that has merit and a case that doesn't.

**Q Okay. Any others besides the asbestos case, the malpractice case involving a toxic exposure and Paradise Valley Trailer Park?**

A Well, there's many other cases through the last few years, but one of them was I was hired by the defense, contractor who was being sued for mold contamination in their building, and I was retained by the contractor to help them defend that case.

**Q What is the name of that case?**

A I don't recall.

**Q Was that in L.A. County?**

A No. It was actually in Las Vegas.

**Q Any others that come to your mind?**

A No. Not that come to mind. I mean, there are other cases, but I don't remember all of them at this moment. Obviously the majority of the cases that I do are plaintiff, and so it's not a major part of my practice.

**Q The asbestos case, is that going to be in L.A. County?**
A I don't know.
**Q The malpractice case involving the toxic exposure, what was the toxic exposure?**
A Heavy metals.
**Q What was your opinion in that case?**
A I didn't think that the heavy metals were playing a role.
**Q Why was that?**
A Well, there was no -- I mean, why are you going into this detail? That's absolutely ridiculous. There was no root of exposure and there was no roof of exposure, that's why. I mean, come on, what's that got to do with what we're here for?
**Q The Paradise Valley Trailer Park case, was that in L.A. County?**
A Yes. That was in L.A. County.
**Q Did that involve benzene?**
A No, there was no benzene in the water.
**Q Are you an expert in geology?**
A No.
**Q Are you an expert in hydrogeology?**
A No.
**Q Are you an expert in chemistry?**

A No.

**Q Expert in neuroscience?**

A Well, a good part of what do I is neurological disease.

**Q Okay. Are you an expert in biology?**

A I don't understand that question. Am I a biology teacher? No, but obviously everything I do has to do with biology.

**Q Okay. Are you an expert in psychology?**

A No, I'm not a psychologist.

**Q Are you an expert in industrial hygiene?**

A No.

**Q Did you bring your file with you today?**

A Yes.

**Q Could you -- where is it?**

A Well, I brought it on a CD. I didn't bring any paper.

**Q All right.**

A This is the benzene articles which -- I wanted to bring the gasoline articles, but they didn't all get put on here, and this is my file.

**Q Okay.**

A I presume you've already had copies of my file.

**Q Do not. We'll mark, as Exhibit 1, the benzene articles, and Exhibit 2 your file. Fair?**

A Okay.
(Dahlgren Exhibits 1 and 2 marked.)
BY MR. AGATI:
**Q Does Exhibit 2, which represents your file, would that include all your billing?**
A I don't think so, no.
**Q Did you bring your billing today?**
A No. I didn't bring any billing records.
**MR. AGATI:** Jack, I need those.
**Q The benzene articles on the CD, Exhibit 1, are those the ones that you cite in your expert report in this case?**
A Well, it includes those articles.
**Q Did you include others?**
A Oh, yeah.
**Q How many?**
A A couple thousand.
**Q Do you have a copy of your expert report available to review?**
A Just on the disk.
**Q Showing you the first page of the report, it's dated -- your report's dated October 30th, 2006; is that right?**
A You mean -- yes, that's the date the report is -- has on it.

**Q Do you know what data you had regarding exposure prior to your preparation of your report on October 30th, 2006?**

A Just that she'd been exposed heavily to benzene in her water. I didn't have any --

**Q Okay. But what data did you have?**

A None. I said that in my report. If you'll read it, you'll see.

**Q All right.**

A I was asking for exposure data. Assuming high exposure or even low exposure nowadays, it would be probably a contributing factor. I think that's what my report said.

**Q Have you ever received the data?**

A What data? What are you talking about?

**Q The exposure data. You said you didn't have it before you prepared your report, so I'm just -- have you ever received the exposure data?**

A Yes.

**Q When?**

A Last week.

**Q Who gave it to you?**

A Mr. Morrison.

**Q What did he give you?**

A BP's measurements and also he told me about her

testimony that she smelled gasoline in the water.

**Q Earlier you just testified about a contributing factor. What were the other factors?**

A It's called a gene environment interaction. Some people are more susceptible to benzene than others and they develop various cancers as a result of the interaction. Not everybody who is exposed to benzene gets cancer, obviously, but some people are more susceptible than others.

**Q Do you have to be genetically susceptible to contract cancer?**

A Well, that's an interesting question. If you get a high enough dose, you may overcome the phenomenon, but at low levels there's clearly an important role of susceptibility to the chemical.

**Q How do you go about determining if someone is individually susceptible?**

A Well, the way it's been done in the research area is by looking at the enzymes that are known to metabolize benzene. It's not a test that's available to the general public at this point in time, it's a research tool. But the research has clearly shown a distinct increased risk for people with certain genetic make-up.

**Q Do you have an opinion to a reasonable degree of certainty whether Ms. Pluck has this certain genetic**

**make-up?**

A I just told you the test's not available. I have no way of doing the tests on her. In fact, that she got the disease would be indicative of the likelihood that she probably is more susceptible. But in terms of doing the tests that I just alluded to, they're not available to us, and they would not be done for three reasons. One, is that they're not available except out of a research lab; number 2, even if we did get the research labs to consider doing it, they don't do one patient; number 3, the treatment she's received for her cancer, she's probably had genetic changes induced by the treatment, so it would not necessarily be ideal to look at her from a susceptible point of view. Patients with chemotherapy have genetic changes induced by the therapy, so it's -- it's not a -- it's not a clean slate to look at.

**Q So am I understanding your answer that you do not have an opinion to a reasonable degree of certainty that Ms. Pluck has the certain genetic make-up that would show that she's individually susceptible to benzene?**

A I guess I didn't answer it clearly enough to you. It's likely, based upon the fact that she got the disease, that she's in the susceptible subgroup, but there's no way for us to do the exact tests that I referred to.

**Q But to a reasonable degree of certainty can you**

**say that she's individually susceptible?**

A You don't understand English? Yes, she is more susceptible, but -- what's so complicated?

**Q So that's just based on the fact that she got the disease?**

A Exactly.

**Q So anyone who gets the disease is individually susceptible?**

A That, I think, is the most likely explanation why some people get the disease and others don't. How much more clearer could I be?

**Q Well -- so this is a different question, then -- so does anyone that contracts NHL, are they individually susceptible?**

A Yes. I don't understand why you keep asking the same question.

**Q Do you make a distinction between exposure and dose?**

A No.

**Q Have you ever seen dose reconstructions performed?**

A Yes.

**Q Is that something that you're qualified to perform, dose reconstruction?**

A Well, I can certainly do it. That's not my area

of expertise, as other people do that sort of thing as a rule.

**Q What disease do you believe Ms. Pluck was diagnosed with?**

A I didn't memorize that. My understanding was that it was, as I've said in my report, small cell lymphoma, chronic lymphocytic leukemia, which is, my understanding, is part of non-Hodgkin's lymphoma.

**Q So are you saying that she had non-Hodgkin's lymphoma or chronic lymphocytic leukemia?**

A My understanding, that's a subset of non-Hodgkin's lymphoma.

**Q It's your understanding that CLL is a subset of NHL?**

A Yeah. Most -- most people are seeing those diseases as overlapping.

**Q Do you know the general, or the incidence rate of NHL in the general population?**

A The incidence rate?

**Q Uh-huh.**

A Well, it's probably in the range of a couple cases per hundred thousand per year in the female, might be a little bit more, a little bit less, but it's -- you're not talking about any given age group, you're talking about in zero to 100 ages, it's down in the range

of maybe one or two cases per year per hundred thousand population.

**Q What are, in your opinion, Doctor, the risk factors for NHL?**

A Benzene is at the top of the list, and then organic solvents, which may or may not include benzene is probably number 2 on the list, and number 3 is various pesticides that have been identified in a very general term, in other words, farmers who have high levels of exposure to pesticides have an increased risk, and interestingly enough asbestos increases the risk of non-Hodgkin's lymphoma. And those are four that I recall off the top of my head. There are other factors that have been identified as increasing the risk. I just don't recall them off the top of my head.

**Q What about age, is that a risk factor?**

A Well, age is a risk factor for cancer of all kinds, including NHL, older people have a higher rate than younger people.

**Q What about the EB virus?**

A Yeah, I noticed your -- one of your experts tried to come up with that. That's absurd.

What that article he quoted said was that patients with CLL have a higher risk of developing active Epstein-Barr virus infection. It didn't say that

Epstein-Barr was the cause. Virtually 100 percent of the population have been exposed to the Epstein-Barr virus and carry the antibodies, and certain individuals, as their immune system's weakened, it can re-activate, or they can be exposed to another strain of it and it can become an active infection. But it's not a cause of NHL. There's not a shred of evidence for that.

**Q Do you know of any epidemiological studies that have associated Epstein-Barr virus with NHL or CLL?**

A No, I don't know of any that have.

**Q What about immunosuppression issues as a risk factor?**

A You mean AIDS? Yeah, AIDS patients are at an increased risk of developing all sorts of cancers, including lymphoma.

**Q Are there other things that cause immunosuppression besides AIDS?**

A Well, you could probably get lymphoma from chemotherapy, is probably one of the outcomes that -- children who are exposed to chemotherapeutic agents for childhood leukemia probably have an increased rate of lymphoma. I'm trying to remember how many of them get non-Hodgkin's lymphoma. But that is one of the risk factors.

**Q Any other risk factors associated with NHL in**

**sort of the rubric of causing immunosuppression?**

A Well, any immune suppression would probably increase the risk of lymphoma. But I don't recall off the top of my head what other immune suppressions have been associated with lymphoma recently.

**Q Autoimmune diseases or illnesses, can that increase the risk?**

A I don't recall that one. It's possible.

**Q What about a family history of non-Hodgkin's lymphoma or CLL, does that increase the risk?**

A Well, you know, I mentioned to you earlier the whole issue of gene environmental interaction, so there may be a family history, a proclivity as a result of sharing certain genetic susceptibilities. The real issue is, of course, that families have similar exposures frequently, so it's not necessarily true. I mean, the studies of the NCI with benzene-exposed workers who have this genetic tendency that I mentioned to handle benzene differently, when they look at people who do not have the exposure but have the genetic tendency, they don't show any adverse effect. So gene alone doesn't cause the disease. It's a gene environmental interaction that causes the disease. So absent the exposure, you wouldn't have the disease. So family history is a more complicated issue than simply sharing a genetic background.

**Q Is 100 percent of the population exposed to benzene?**

A Yes.

**Q In what ways?**

A Well, there's a background level from use of petroleum in the developed countries in the United States. For example, in Los Angeles, the AQMD claims that the background level averages around a part per billion in the air.

**Q What else contributes to background levels?**

A Other than petroleum?

**Q Yeah.**

A I think that's it. I mean, crude oil is the main source of benzene, and all the various petroleum products that are derived from petroleum, of which there are dozens, if not hundreds in our environment, but they're all based on petroleum and crude oil exposure.

**Q Does smoking contribute to benzene exposure in the general environment?**

A Well, if you're around a cigarette smoker, it could contribute to the background, yes. Not everybody is around cigarettes. In fact, in recent years there's been a move to try to reduce any kind of background exposure by banning smoking in public buildings and public spaces. So most people's background does not include cigarettes these

days. But if they happen to be around a cigarette smoker, they would be exposed from that source, yes.

**Q Do you have any -- are you aware of any data regarding studies regarding the average indoor air levels of benzene in homes of smokers?**

A Yes. There's been a number of studies that have been published on that subject.

**Q Do you know what those average levels have been reported as?**

A Yeah. They're roughly twice as high as in the non-smokers' homes.

**Q What would be the non-smokers' homes' typical average?**

A Well, it depends on what year you look at, but in recent years it's come down. It depends on the country you look at. I mean, there's a lot of different variables. But in the L.A. area probably the nonsmoking home is probably around 2 parts per billion, a little higher than outside, and the smokers' homes would run about 4 or 5 parts per billion.

**Q In your opinion is 4 to 5 parts per billion sufficient to cause NHL?**

A Probably in a susceptible subpopulation.

**Q So in your opinion is smoking related to NHL?**

A There's no data on the question. It's been

postulated that there might be an increase in risk, but it's not been well documented.

**Q But do you have an opinion?**

A I just told you my opinion. Yeah, it probably does contribute to the risk, but very, very small contribution.

**Q Would that level of risk also depend on how much one smokes?**

A Of course.

**Q And for how long they smoke?**

A Of course, yeah.

**Q And if they're also around someone else that smokes?**

A Yeah, the passive smoking for benzene has not ever been documented. It may occur and probably occurs. But the level of exposure from passive smoking to benzene has not been studied. They've studied -- quite a bit of study has been done, outside the United States, Italy, and, you know, Asia, measuring the amount of benzene metabolites in smokers and non-smokers, but no one has ever done that for passive-exposed individuals, so there's no data on how much exposure that there is occurring for bystanders.

Extrapolating from the lung cancer risk, where there's a 13 percent increase in risk of lung cancer for

bystander smokers -- you know, someone would have to do a really massive study with millions of subjects in order to show an effect with NHL, which is a much weaker association with cigarette smoke.

Suffice it to say cigarette smoke doesn't contribute to the general population risk, probably, at this point in time, of NHL. And, you know, it may contribute to, very small, small amount to active smokers, but the other effects of cigarette smoke are much more dominant. Compared to benzene, it's a -- you know, the benzene dose in cigarettes varies, and everyone agrees that it's very, very low, it's very similar to background, slightly above background, as I've just told you.

**Q So what's -- I guess, roughly, what is the benzene level in cigarettes?**

A Well, it depends on the study you look at, but if I recall correctly, it adds a couple micrograms per cubic meter to the atmosphere, and that was reflected in the indoor home levels that I've just told you about, which is, say, 2 parts per billion versus 4 parts per billion of benzene in the air of homes of smokers versus non-smokers.

**Q You said it adds 2 micrograms per --**

A A few micrograms per cubic meter. I don't recall the amount that's been measured in smoke. But the more important issue is the amount that would be present in the

air of a smoker's home, because that's what you're breathing most of the time, and the amount that's in the actual smoke is, you know, going to be inhaled, but not every breath. So I think the number we would look at is the background level.

**Q So around, I think, 4 to 5 parts per billion for a smoker, then?**

A Yes, I think that's what the data has suggested, that in the smoker's home, that's the level of benzene that's in the air versus non-smokers' homes.

**Q So have you -- let's assume you were smoking for 25 years, at least a pack a day, would that increase the risk compared to someone that maybe smoked one pack a day for 10 years?**

A One for 20?

**Q One for 20.**

A And one for 10?

**Q Yeah.**

A Well, yeah, that would be a different risk factor.

**Q Do you know what the cumulative exposure would be expressed in, I guess, part per billion-years?**

A No. That's not ever been worked out. I don't know what it would be.

**Q Okay. Do you have an opinion, to a reasonable**

**degree of certainty, Doctor, what Mrs. Pluck's cumulative exposure to benzene was prior to moving to the 605 Fairwood address?**

A No. I haven't calculated that. She lived out in -- well, I guess Akron, in a suburb, but I didn't -- I don't have information about where she lived prior to that. Rural exposures are much lower than a part per billion. That's -- this is in the Los Angeles area and other areas where there's a lot of traffic. If she was in a small town or in a rural area, the level would be far lower. So I don't know what her exposure was prior.

**Q Do you know if she smoked?**

A I understand she was a smoker. I don't have the pack-year total that she smoked.

**Q Do you have an opinion, to a reasonable degree of certainty, what Mrs. Pluck's exposure was to benzene at the 605 Fairwood address expressed in part per million or part per billion-year?**

A Well, I did a calculation based on the six months that she lived in the house before they drilled the new well, that was from April to November I think of '96, and then I think she indicated to Mr. Morrison that she smelled gasoline in the water, I guess, when she turned on the tap and when she took a bath or, you know, something like that, and in order to smell a gasoline smell,

according to the Drinker studies of 1943, which is really the only data that I'm aware of on odor thresholds and what it constitutes in terms of the level in the air. According to Drinker, the faint, but recognizable odor of gasoline, is 150 parts per million, and the average benzene content of gasoline runs around 2 1/2 to 3 percent, and it ranges from 1 to 5 percent, but most of the time I think most of the -- most of the research and published data says it averages around 2.75 to 3 percent in liquid. And studies that have been done, one by Gulf Oil did a study on what the benzene content would be at different gasoline vapor concentrations given a 3 percent content of benzene in the liquid, and that would result in, I think, 3.4 parts per million of benzene in the air if you can smell it, if there's 3 percent benzene in the gasoline that's in question here.

Using those figures, she was exposed to a concentration of benzene that would be, from all routes of exposure, from taking a shower, to drinking the water, to living in the home where the supplied water contained benzene and gasoline for six months, that six-month period would give her an increased risk, one shower a day, 129 times higher than the Patel study would indicate increases the risk of exposure and an increased risk of leukemia fourfold. In other words, Patel's paper suggests

that their people had a fourfold increase in risk of leukemia at 0.03 part per million-years, which is really consistent with a lot of the other data that's been accumulated that well below a part per million is -- causes significant genetic damage, and now more and more data is coming out that even at 30 parts per billion, a 100 per billion, there's genetic damage. The point being that her exposure, just for those six months, to gasoline-contaminated water in her home would have exposed her to levels many times higher than the level that has been published to increase the risk of leukemia.

And then subsequently, after they drilled the well and reduced the level somewhat, she didn't smell it anymore, we would have had many, many years of exposure before she developed the cancer. And the levels that were measured by the defendant used a very high detection limit of .5 micrograms per liter, which clearly was not proper, because we know now, and we knew then, too, I mean, there's no question that you wanted to have lower detection limits, even in the '90s, that .5 was not a proper detection limit. So she was probably exposed to levels in the parts per trillion range on a regular basis throughout those years.

As I think the hydrologist in this case has pointed out, the water was contaminated, it was

contaminated, you know, by levels that BP's testing did not pick up, but personally I think that there's a suspicious aspect of not knowing some of the details. For example, when we looked at the -- Mr. Morrison showed me the laboratory reports, in many cases they didn't do the analysis of the water for a week or 10 days after the sample was collected. And even though that is, you know, not an unusual practice, it probably creates a much lower number because benzene is so volatile that it readily evaporates during the collection process and during the transportation and storage process.

For example, we did a study in my laboratory where we put benzene in blood, a known amount, and then measured it on day one, day two, day three, day four, by day four it had gone down by 50 percent. The paper that I think I quoted in my report, I haven't checked this point, but there's a paper by Lindstrom who was an EPA researcher who published, in '94, a study of gasoline-contaminated water and the levels of exposure that people would have, and they did the benzene analysis onsite, brought the various chromatograms and -- gas chromatograms and mass spectrometers and other types of gas chromatographs out to the site, because of this known problem of the rapid decline of benzene if you don't do it right away. If you do it a week later, you do it even a few days later, you

get a much lower concentration than you would if you took the sample right at the time that it was collected.

So I think the data that they've produced in this case over the years tends to greatly underestimate the exposure that she had.

But even -- in looking at that, there was no question that the additional exposure that she sustained from the contaminated water through the years from -- in November '96, when they put the new well in until her cancer occurred.

**Q Where is -- let's just take that from the top. Where is your calculation?**

A I did it just on a calculator, my calculating machine.

**Q Did you print anything out on that calculator?**

A No, I didn't print anything out. I could reconstruct it, I suppose, for you, if that's important for you. Basically I gave --

**Q Wait a minute. Doctor, I let you speak, and I just had a question whether you printed it out.**

A Okay.

**Q When did you do the calculation?**

A Yesterday.

**Q Do you have any notes, handwritten notes regarding that calculation?**

A I do, probably back at the office.
**Q I'll be requesting it, and I would, frankly, ask during the lunch break that maybe you can have it faxed over, or if your office is in walking distance, to obtain that, as well as the billing records.**
A Okay.
**Q Do you know what the benzene concentration was in this case?**
A Yeah. I just told you what BP's produced.
**Q The benzene concentration in gasoline, I'm sorry.**
A I already told you that, too. It ranges from 1 to 5 percent, averages between 2 1/2 and 3.
**Q What range did you use?**
A I used 3 because that was what Gulf used when they did their nomogram.
**Q But, do you know what the benzene percentage was in the gasoline that was released in this matter?**
A Between 1 and 5 percent, average 3.
**Q Okay.**
A That's the published values.
**Q So you don't know --**
A Well, we know from published values what the -- what gasoline contains in the United States. It's higher in Europe, by the way.
**Q So what was her cumulative total exposure to**

**benzene, do you have a number?**

A Well, no. We have a minimum number.

**Q What's the number?**

A I think it's a million -- 1,112,000 micrograms or -- no, parts per billion, I think they calculated it -- I'll have to look. But it's -- as I say 129 -- 129 times higher than Patel's 30 parts per billion-years.

**Q Patel?**

A From the six months, that's a minimum number.

**Q Did you -- the Patel's 30 part per billion number, did that level -- do you know how long the exposure was, cumulative exposure was?**

A That is the cumulative exposure.

**Q Right.**

A It doesn't take in -- it doesn't tell you how many years each one was exposed.

**Q Okay.**

A They had -- I think they had four people with the leukemias in that study, and they calculated their ppm-years for those four people, and that was what they came up with.

**Q And that Patel study, did that involve non-Hodgkin's lymphoma?**

A No. It was leukemias. They had a CLL, I think, in that group.

**Q What is the year of the Patel study?**
A I think 2004. I think I've got it in my report. If I didn't, it was an oversight.
**Q Do you know the title of the Patel paper?**
A I'd have to look at my report to get the exact title.
**Q You don't have a reference section.**
A There's no reference section in this paper --
**Q No.**
A -- in this report?
**Q No.**
A I didn't produce it?
**Q I don't know. I haven't seen it. You cite literature, but you don't have a reference section.**
A Well, that's too bad. It should have been there. Let me see what we've got here. I've got Runion, the Gulf study that I mentioned. I don't know if I brought Patel. No, I don't have Patel's study here.
**Q You just pulled some papers from your briefcase, sir?**
A I did, yeah. Yeah.
**Q Do those pertain to your opinions in this case?**
A Well, I was just reviewing them yesterday. I thought I had Patel's paper here, but I can look up Patel very quickly, if you want me to get the exact title. We

could look it up on this thing or we could look it up other ways.
**Q We'll do that on a break.**
A Okay.
**Q But back to the papers that you just pulled from your briefcase, do those pertain to this case?**
A Yes. It's the Lindstrom paper that I just referred to, which is the gasoline exposure stuff, the low-dose chromosomal changes that I referred to, the Runion paper.
**MR. MORRISON:** Are those also included in the disk that you gave them?
**THE WITNESS:** Yes, they are.
**MR. AGATI:** We'll mark those.
**THE WITNESS:** The Runion paper is the one where he did the calculation of the amount of benzene that would be in the air given a given concentration of gasoline vapor in the air.
BY MR. AGATI:
**Q Do you know what the odor threshold is for benzene?**
A I just told you.
**Q No, you didn't.**
A I told you for gasoline. For benzene, it's 50 parts per million.

**Q 50 parts per million?**
A Uh-huh.
**Q What is your source for that?**
A I think it's the Amoore, A-m-o-o-r-e, paper, which is the paper most widely used for odor thresholds. I didn't -- I don't have a copy on here of that paper, because I didn't -- I don't include it in the benzene section, per se. Amoore collected data on odor thresholds for dozens of different compounds, including benzene.
**Q Do you know when that paper was published?**
A Many, many years ago.
**Q Do you know if odor thresholds are used for purposes of risk assessment?**
A Well, they're certainly used for estimating exposure in the absence of other measurements. I don't know about -- I know that our paper we just published on Hodgkin's lymphoma occurring next to an oil refinery in Sugar Creek, Missouri, that industrial hygienist we worked with on that case used odor thresholds for estimating exposures, and that -- you know, throughout history it's been used as a device -- in some cases odors can be helpful as warning signs, and in the most of the 20th century odor thresholds have been considered important. If you smell something, in many, many cases it allows you to be aware of its presence and to maybe escape

from the exposure. In other cases, the safe level of exposure is below the odor threshold, in which case industrial hygienists would then argue that you need to have monitoring of the exposure in order to prevent an unsafe exposure, because odor thresholds don't provide protection. So odor thresholds are important and they've been used widely for various reasons over the years.

**Q Have odor thresholds been used to calculate the cumulative exposures to benzene in any of the epidemiological studies that you reference in your report?**

A I don't know. I'd have to look and see.

**Q Okay. You referred to the recent study that you published.**

A Uh-huh.

**Q In there the industrial hygienist performed the calculations, right?**

A That's right. He used the Drinker study, he used it -- in that case we had patients, or people in the neighborhood who were experiencing eye irritation.

**Q My only question was the industrial hygienist performed that calculation. That was it.**

A You don't like me to explain my answer?

**Q Well, I think I've given you the opportunity to explain a lot of your answers and I just want to move this on as fast as I can because I have a seven-hour time**

**limit.**

**I also saw, when you pulled out your -- these articles from your briefcase, that there seemed to be handwritten notes regarding something. Does that have anything to do with this case?**

A No.

**Q In your opinion what is the lowest cumulative exposure to benzene that is associated with NHL as reported in the epidemiological literature?**

A Well, if you look at Mehlman -- I don't know if Mehlman's included in this -- I thought I tried to bring that this morning, but I don't see it. Myron Mehlman, who used to be the head of toxicology for Mobil Oil Company, has done a review of that question, and it's his opinion, as he published it, that looking at all the published -- this was published last year, 2008, so it wasn't in my original report -- but he went through, and he basically said that NHL and all the other lymphomas and leukemias are caused by benzene and that at this point there is no threshold.

Now, Glass made the same point in her studies of the Australian petroleum workers where she found an excess of leukemia and lymphoma and did not find a threshold, that is, at the lowest exposed groups of workers, there is an increased risk of lymphohematopoietic tumors. And Lan,

L-a-n, a researcher working with the National Cancer Institute, did a study of workers exposed below a part per million, looking at stem cells and bone marrow changes, and could not find a threshold either for that. And Kim, another paper -- I don't I think Lan is here -- I put Lan here -- but Kim's paper's similar, they couldn't find a threshold for genetic changes.

So I think the -- there was also a paper done by Martyn Smith that was published in '07, which is not in my report here, but it was -- I think it's on the disk here, I didn't print it out. He reviewed non-Hodgkin's lymphoma and did not find a threshold.

At this point I don't think it's agreed that there is a level below which there is no significant increase in risk, but more and more of the studies have shown that it's due to the susceptibility of the subpopulation of people.

For example, in the original Infante and Rinsky papers on leukemia in benzene-exposed workers, some of them had as little as .11 ppm-years. In the Francis Hunter studies, where they were focused on aplastic anemia and leukemia, back in 1939, she also pointed out that they couldn't find a threshold because some of the people that had these cancers, blood cancers, had only been exposed for a few months to a relatively low level. So in 1948

the American Petroleum Institute Toxicology Committee, headed by Drinker, basically said that there was -- the only safe level of exposure to benzene would be zero. And all of the research done since then has simply reenforced that point, that there is no known threshold where there would be no increased risk in lymphohematopoietic tumors and the OEHA, the Office of Environmental Hazardous Substances here in California, has recently published, in 2001, not so recent, maybe seven or eight years ago, what they considered to be the level of benzene in drinking water that would not increase the cancer risk, and it was like .1 parts per billion, 50 times lower than the MCL we have today in the United States drinking water.

I think it's very, very clear that 5 parts per billion is not safe, and .5 parts per billion is not safe, for the susceptible subpopulation, of which the NCI studies have suggested that the safe -- that the prevalence of these genetically susceptible groups is actually quite large. The genetically resistant group and the most genetically sensitive groups are maybe 10 percent of the population, but the 80 percent have a partial susceptibility and, therefore, relatively low doses would damage their bone marrow and stem cells.

**Q Okay. Doctor, do you believe that there is no threshold for -- no safe threshold for benzene?**

A Well, as I've tried to tell you, the -- obviously we have to set some kind of a number, you know, below which the risk is acceptable, and that was what OEHA tried to do, because they had originally said zero, absolutely none is the safe level, and industry pressured them to come up with a number. So they came up with this .1 -- .15, actually, parts per billion -- that would be 150 parts per trillion. I consider that may be a level that we could consider that the risk to the population would be sufficiently low, that that would be an acceptable threshold that we should try to get to. Given the fact that, you know, benzene is so ubiquitous in our environment, that we have to try to regulate and control exposures to as low as humanly feasible. And that's kind of the gist of what most people are saying these days, that we don't think there's a safe level, but we want to reduce the level of exposure to the lowest possible level we can.

**Q Do you think there is a safe level, though --**

A Well --

**Q -- as opposed to -- you're sort of talking about risk estimates --**

A The point is that right now we don't know what the threshold is. There is probably a level below which the risk would be negligible. We just don't happen to

know right now what that is.

Let me give you a parallel. There's a chemical called DBCP, its MCL in water in California is 20 parts per trillion. Originally it was thought to be safe at a part per billion in the water, but then research showed that that wasn't sufficient, so they lowered it. DBCP was banned in 1977 in the United States. So every water supply that has DBCP has a charcoal filter on it already, so it wasn't really that hard to lower the level, acceptable safe level down to 20 parts per trillion.

Benzene is a different story. It's in -- almost every water supply in the country has some benzene in it. If we regulated it to the same level, it would cost billions and billions of dollars. So there's a lot of pressure to not do what the science would suggest we do for protecting the public health, not to mention the air levels.

Recently a paper that I saw, I think it was published in '08, by Johnson, stating that background levels are probably a risk factor for certain people, because I mentioned to you a part per billion in the air is present in the cities and, therefore, there may be a background risk. No one has calculated what that risk is, no one's really looked at it.

But the Thai that -- people in Thailand have done

a number of studies showing that children living in the downtown area of Thailand, in Bangkok, have significantly more genetic damage than children living in the rural areas of Thailand. And they linked it to benzene as the factor that was causing those genetic changes.

So there's a public health issue associated with benzene at low levels.

The Italians have done repeated studies on policemen, taxi drivers, other people that are on the road a lot, who have more benzene exposure than people who don't have those job titles. And their levels of exposure are, of course, exceedingly low compared to what we've looked at before, in terms of benzene-exposed workers, and they're finding effects on the bone marrow of these individuals that would be predictive of increased risk for cancer in the future.

**Q Okay. I have some follow-ups, Doctor. Just going through some of the articles you cited. The Glass study you're referring to, is that the 2003 study?**

A Yeah. That, I think, was in my report.

**Q Yes. The Glass study's been updated how many times since 2003?**

A It's not been updated. She's just done some comments on it.

**Q It has not been updated, is your opinion?**

A That's correct.

**Q Do you know what her comments have been since 2003?**

A I don't recall the comments.

**Q Did she change her hypotheses based on new data or new information, do you know?**

A I just told you, I don't recall what she's reported subsequently.

**Q Okay. So the Glass studies, those -- the Glass study you're referring to, is that also sometimes referred to as the Australian Health Watch study?**

A Yes, it was part of the Health Watch study.

**Q You said in Rinsky -- that's the -- I think the Pliofilm workers studies?**

A Uh-huh.

**Q You said there was a .1 -- I didn't catch it, a .1 what?**

A One-one ppm-years. That's just my recollection from one of the tables in Mehlman's 2008 paper, where he made the point that that study showed very low ppm-years in many of the cases.

**Q Was that exposure associated, in a statistically significant manner, to NHL, in the Rinsky study?**

A No. In the Rinsky study he didn't look at lymphoma. He just looked at leukemia.

**Q Okay. That also brings me to this question, just so I have your definition, so I understand it, do you differentiate between leukemia and lymphoma?**

A No. They're -- one's -- they have different manifestations.

**Q What would fall under leukemia, like what particular subsets, just so I understand your definitions?**

A Well, lymphoma can arise from the B-cells of the T-cell lymphoma, and leukemia can arise from any of the so-called blood formulas, the lymph, granulocytes, to the platelets, the eosinophils, the monocytes. I mean it's -- leukemia is, you know, is a disease where the bone marrow is involved and whereas lymphoma involves the bone marrow, but it also involves the lymph nodes. They all arise -- well, the B lymphoma cells all arise from the bone marrow, that's why they're called B lymphocytes, and they arise from the stem cells, which are the same stem cells as the blood elements arise from, and the benzene damages the stem cell. And what's evolved over the years is that any of the cells arising from the stem cells are at an increased risk of developing a cancerous process.

**Q Are there different subtypes of NHL?**

A Yes, there are.

**Q What subtype, in your opinion, does Ms. Pluck have?**

A I don't recall offhand. I'd have to look at the notes and see what it said, other than having a so-called overlap with small cell/CLL, in other words, she had, I think, increased lymphocytes in her blood stream, which doesn't always happen with lymphoma, sometimes they have it, sometimes they don't. I don't recall. There's various classifications that the oncologists use for different subtypes of NHL. I just don't recall what they are off the top of my head.

**Q You indicated, in your response, something to the effect that .5 is not safe -- I think .5 parts per billion, you said, is not safe for the susceptible population, and then you said something like 80 percent are partially susceptible.**

**So is there a difference between individuals when you say susceptible populations and partially susceptible populations?**

A Yes. The NCI studies in the Chinese benzene workers has shown that there's -- they've looked at, so have a lot of other people -- looked at different genetic susceptibilities, and the CYPE 21 subgroup, the NQ 01 subgroup, and the GT -- GSTM 1 subgroup. If you have both the NQ 01 and the GSTM 1 susceptibility, you're most susceptible, you would have, you know, a much greater risk of developing the disease. If you have one or the other

of those types, you're intermediate, and that group is actually a large group. The group with both deficits is a smaller group, like I said, maybe around 10 percent. Nevertheless, the most susceptible group is the one we'd have to protect because it's not a insignificant percent of the population.

**Q What would be the level, if you will, for the partially susceptible?**

A Probably somewhere higher. You know, as I think I've indicated, it's all a question of doing the research. Right now all the research has simply shown the levels at which we still get a significant effect, like Patel or Lan or Kim or -- you know, any of the studies that are now down in the low parts per billion range showing genetic changes and showing increased occurrence of the diseases. That's not a safe level. Those are still levels where you're seeing an adverse effect.

We now need to do research going down in the parts per trillion range, looking for a level below which we wouldn't have significant increases in the cancer risk.

So right now we're at a point in the research where the next big question is looking for even lower exposure levels and seeing where the level becomes -- the level of risk becomes acceptable. That intermediate group, we don't know what their level would be, because we

don't even know what the most susceptible group's safe exposure level would be. It's clearly going to be lower than we have been saying up to now. And, you know, I don't know what Deborah Glass said in her subsequent papers, I thought they were just all comment papers, but the fact is in her 2003 paper she said yeah, there's no threshold that she could identify in the groups that she studied.

**Q Do you know if Deborah Glass, again, changed any of her conclusions after 2003?**

A Not to my knowledge.

**Q The NCI studies, is that also referred as to the Chinese worker studies?**

A Uh-huh, yeah, sometimes.

**Q Okay. Do you know -- in those Chinese worker studies, do you know if that study has been used as the basis for risk assessment by the U.S. EPA?**

A As far as I know, it has not been.

**Q Do you know if there was any criticisms, if you will, of the Chinese workers study?**

A Well, Otto Wong, obviously, working for the American Petroleum Institute, has been trying to criticize the studies, a couple of other people, like Steve Lamb have tried to criticize them, and Dennis Postinbach, you know, various people who have had a long history of trying

to defeat any reduction of exposures. Each one of those three individuals has repeatedly testified in cases where I've been involved for the defendants. So I'd say, yeah, there's been criticism from people with a vested interest in the petroleum industry.

**Q Do you know if there's been any criticisms by the U.S. EPA of the Chinese worker studies?**

A I'm not aware of any criticisms by EPA officials, but, you know, I haven't made a point of studying that. I know that those three names I just gave you are all names of people that have been -- you know, particularly Otto Wong has been trying to argue that there's imperfections in the studies. But as I read those papers, I thought they were ridiculous.

The NCI studies have got the best exposure assessment that's ever been done with the largest number of exposed individuals in multiple settings so that there's no question about other chemicals being a factor, and they've compared them to matched workers who were at similar socioeconomic and cultural and every other aspect being the same. Otto Wong's studies, on the other hand, have no exposure, he lumps people who don't have exposure to people who do have exposure. And, you know, it's -- in my opinion it's -- to criticize the NCI studies is really ridiculous, because they've gone so far out of their way

to make sure that they were accurate in every respect, including going out to each work site, taking multiple air measurements, making sure that -- one of the criticisms of Rinsky was that he had to estimate exposures. So they plugged that gap by going out and looking carefully at what the exposures were, even doing biological monitoring of benzene exposure among these workers in the Chinese studies. So it's overwhelmingly the best prospective study. They started looking at these people's exposures back in the '80s, and then they were following them, you know, just -- I don't see how -- I don't know how anybody would criticize those studies as not being absolutely the best that have ever been done.

**Q Do you know, in those studies, whether or not a statistically significant association was found -- this is the Chinese worker studies -- between benzene and NHL?**

A Of course. The Hay study, which was published in '96, showed that NHL was twice as common as leukemia.

**Q Was it statistically significant?**

A Of course. I just told you it's 4 1/2-fold increase and statistically significant and the -- particularly for NHL, 4.5 was the relative risk, and it was statistically significant. I think the 95 percent confidence interval was like 2 1/2 to 6, or something. And that was twice as high as the leukemia risk.

**Q Just so I have it, since I asked you the question, what's your understanding of statistically significant in epidemiology studies?**

A It's highly overrated. Can I take a break?

**Q Sure. Why don't we take about 5, 10 minutes.**

**(Recess.)**

**MR. AGATI:** Let's back on the record.

**Q Doctor, you had just earlier testified that background levels are a risk level for some people. Would that -- when you say "some people," are you referring to the individually susceptible people?**

A At this point we don't know the answer to that. You know, I think over the next period of time, the next generation of researchers, will address that question. Right now it's not known what that risk is to the background level of exposure.

**Q But you believe there to be a risk?**

A Well, I've already told you that there's studies that have shown that childhood leukemia, there's increase in risk in people living close to petroleum sources, such as gas stations, there's increase in risk of genetic changes in people exposed environmentally in urban environments, both kids and adults. Those are background levels of exposure and they're occurring from traffic exposure that are increasing the risk.

We don't know about the susceptibility issues in those people. We would assume -- we'd extrapolate from what we know in the Chinese workers studies, and now the Korean workers studies, that it looks like there is a genetic difference and that would make some people more susceptible, but it hasn't specifically been addressed.

**Q In this case how do you rule out whether or not Mrs. Pluck's illness, that you believe is caused by benzene, is not caused by all her other exposures to benzene in her lifetime, including her smoking?**

A Well, as we know, there's a general principle that the risk increases as the dose increases, even in the susceptible subpopulation. Therefore, her exposures to the contaminated gasoline was a larger contribute -- contributor to her risk than any of these other factors. That doesn't mean that her background level and her smoking didn't contribute, they probably did, but the exposure to the gasoline in her drinking water, as I've told you earlier, exposed her to very high levels, way higher than background, so, therefore, it was the most important single exposure that she had, based on the statistics that I quoted to you.

**Q Had she not been a smoker for -- strike that.**

**Had she not been a smoker would she have, in your opinion, contracted her disease, assuming your calculation**

**of what she was exposed to?**

A Well, I've already said that the exposure she got, from my estimates of her, you know, approximate exposure to the benzene in the gasoline-contaminated water in her home was much higher than she would have gotten from smoking.

**Q But if you take out the fact that -- you take out all the contributing benzene from smoking, would it have been sufficient?**

A I don't know if she would have or not, I can't tell from the existing data that her cigarette smoking would have caused her to be at significantly increased risk for this non-Hodgkin's lymphoma.

Cigarette studies show that there is an increased risk of cancer of various kinds, the most common is lung. Why is that? Because when you smoke cigarettes, the carcinogenic agents are concentrated in a larger amount in the lung. Other tissues get much lower doses of the chemical, therefore, the competing risk, if you will, from cigarette smoking causes other cancers, almost all other cancers to be much more common than NHL in smokers. Whereas with benzene-exposed people, the bone marrow-related cancers are much more common. Why is that? Because benzene goes to the bone marrow.

**Q Has gasoline been classified as a human**

**carcinogen by the U.S. EPA?**

A I don't think so, no. I don't remember them classifying gasoline as a human carcinogen, per se. They obviously have classified benzene as a human carcinogen, and there's human -- carcinogen in gasoline, so it doesn't make a lot of sense not to classify it that way, but for whatever reason, they haven't classified gasoline, per se, as a human carcinogen.

**Q With regard -- when I asked you about statistically significant in the context of epi studies, you said it was highly overrated.**

A Yes.

**Q What do you mean by that?**

A Well, I'm quoting from the Hill paper of 1965, Dr. Hill, who is quoted as being the person who codified the use of epidemiological studies for purposes of proving causation, you've probably heard about the Hill criteria, as it's sometimes called, it's really not criteria, it's Hill's consideration, and in his paper he specifically attacks the idea that you have to have a statistically significant at the 5 percent level. He said there may be times when the data will be so overwhelming that it would be inappropriate to require that. Because with small numbers, you frequently do not get statistical significance, even though it's overwhelming that the

situation is what it is. And I could give you a couple of examples of that where the evidence doesn't require an epidemiological study in order to reach conclusions. The example is DBCP, that I mentioned earlier. It was banned based on the fact that the original 25 workers at the Lathrop OxyChem plant that I studied, like 20 of the 25 had no sperm at all, and based on that, basically, the stuff was banned, didn't need an epidemiological study. Same with angiosarcoma and vinyl chloride at the Louisville plant. Dr. Creech had four patients with angiosarcoma of the liver, all young men who all worked at the same plant, did the same thing, didn't need an epidemiological study for it to be -- they didn't ban it, which is unfortunate, probably, but they did reduce the level of exposure from a thousand parts per million to 1 part per million based on these four cases.

So, you know, it seems to me that there are times when statistical significance is not needed if you've got overwhelming evidence.

**Q Have you given all of the examples where statistic significance is not needed?**

A No. There's many more.

**Q Does it include benzene? Because every --**

A I'm sure --

**Q How many -- how many epidemiological articles did**

**you cite in your report that refer to the 95 percent confidence interval?**

A That's just the common practice these days. The API study in 1948, that I just mentioned, which stated that there's no safe level of exposure, it was based on case reports. They didn't even do an epi study in that case. They had Francis Hunter's case reports, I think she maybe had a hundred cases, and, you know, the evidence -- you look at what happened to these people. They all had a very similar hematological abnormality, they could point to a study from Sweden by Santos in 1898 that showed several young women working in a benzene plant who had their bone marrows wiped out by benzene. So they began regulating the benzene, originally, setting it at a safe level of exposure -- using "safe" in quotes -- at 100 parts per million and then 10 parts per million, then 1 part per million, which is where it's stuck at right now, which is way too high, obviously. And they reduced the number of patients that developed -- working -- people working with benzene who developed aplastic anemia by imposing these various registrations, and none of those values were based on epi studies.

**Q You brought up the 1948 paper. Was there an update to that in 1960, I believe?**

A No, I'm not aware of any update to that. I think

the API stopped saying that but -- because the API -- you know, they changed the make-up of the committee, you know. I'm not aware that they ever said that that statement was incorrect, but I'm not aware that they repeated it.

**Q And the 1948 paper, API paper that you're referring to set forth a recommended limit, didn't it?**

A Of course they did, yeah. They didn't say it was safe. They said that it was a level that they recommended. It was the -- it was actually kind of contradictory. Because if they say that the only safe level is zero, why would they -- I think that -- they said 100 parts per million, if I remember correctly, was it -- I don't remember. I'd have to look at the paper to see. Yeah, but they put forward a number that didn't -- that contradicted their statement that it wasn't safe.

**Q Just so I understand, have you ever conducted any animal experiments with benzene?**

A No.

**Q How many epi studies have you done regarding benzene?**

A Well, that I published, I think only that one that I just mentioned, the one about the Hodgkin's lymphoma.

**Q And that was very recently?**

A Uh-huh. That's correct. I mean, I've looked at

other groups of patients with exposures, and I've done epidemiological studies, but I haven't published all of them.

**Q I was just focused on -- I'm sorry.**

**Let me just ask the question again. I apologize, I've been trying not to repeat, but I just want to make sure.**

**How many published studies regarding benzene do you have?**

A Just that one.

**Q Okay. Did you have any co-authors?**

A Sure.

**Q Who were they?**

A Harpreet Takhar, who is an epidemiologist who works for me. Who else? Jason Klein, who's a research assistant who works with me. I think those are the three authors.

**Q So you have you said these people work for you. Do you have a company?**

A My medical practice is a sole proprietorship. Harp doesn't work for me anymore. He quit six months ago. But Jason still works for me.

**Q Do you have any other -- Harp was the epidemiologist, you said?**

A He has a master's in epidemiology, yeah.

**Q And he's left your company or --**
A Yeah.
**Q -- your group?**
A He left a few months after we finished this paper.
**Q Where did he go, do you know?**
A He's working for Kaiser now.
**Q Do you have any other epidemiologist on staff now?**
A No. No. We don't have any on staff. I work with, you know, a woman that I've published some of our other epi papers with, who has a Ph.D. in epidemiology, her name is Pamela Anderson Mahoney.
**Q How many different journals did you submit the manuscript to for that article?**
A One.
**Q Did you receive any comments back from the peer-review board?**
A I don't remember. We always get some comments. They were just minor revisions.
**Q Did you save those comments?**
A No. I don't remember. I probably did not. I mean, it's what -- when you get comments, you change the manuscript according to what the reviewers have suggested, and resubmit it.

**Q So you have no documents regarding any of the comments?**
A Not that I recall, no.
**Q Did you look for them? The reason I'm asking is because I served a subpoena that asked for that article and any manuscripts or comments. Did you do any -- did you look for that?**
A We don't -- we wouldn't keep any reviewer's comments. I mean, that wouldn't be part of what we would retain, just like we wouldn't retain the original manuscript. The only thing we would retain is the finished manuscript.
**Q Did you know anybody on the editorial board there?**
A No.
**Q Do you know who's on the editorial board there?**
A No.
**Q You have no idea?**
A No.
**MR. AGATI:** Jack, did you show him the subpoena?
**MR. MORRISON:** He's seen it.
**MR. AGATI:** Okay.
**MR. MORRISON:** Houlihan sent it to him.
BY MR. AGATI:
**Q Sir, do you have an understanding that**

**Ms. Pluck's NHL went into remission?**
A Yes. She was treated, she went into remission, but Mr. Morrison told me that she's now relapsing and she's being treated again.
**Q Have you seen any of the most recent medical records?**
A No. 2006 was the most recent records I'd seen. I don't think I've seen any updated ones. I don't recall, anyway.
**Q Do you understand that she no longer lives at the 605 Fairwood address?**
A Yes, I understood she moved away from there.
**Q Is her relapse -- so your understanding that she's had one relapse?**
A I don't recall.
**Q Is her relapse caused by benzene or is it just due to the -- I'm sorry.**
**Is her relapse caused by any additional benzene exposure, in your opinion, from the 605 Fairwood address after her initial diagnosis?**
A I don't have any information about her exposures. I mean, I'd have to go through the records and see whether there's possibly any relationship. But it's not uncommon for the patients with NHL to relapse. It doesn't require another injury.

**Q That's what I'm getting at, is her relapse another injury, in your opinion?**

A No. It's just the unfortunate natural history of the disease, it frequently relapses.

**Q Okay. Would you agree that exposure doesn't tell you what the dose is?**

A Well, I would agree that exposure doesn't tell you what the degree of exposure is. You know, there needs to be some information about the amount of exposure in order to create an estimate of the dose. But, you know -- I mean, I'm not really sure what you're driving at. Obviously exposure has to be quantified in some way in order to understand what the exposure is, whether it's sufficient to create an effect.

**Q In your report you say,**

**"The underlying presumption for carcinogens is that there is no threshold for cancer effect."**

**Is that true of all carcinogens?**

A Well, that's the EPA and IARC and World Health Organization, and all the other agencies that have looked at the question, they have all indicated that there is no known threshold. There are levels that are considered -- you know, the OEHA estimate that I told you about earlier was based on animal extrapolation studies and estimating

what dose it would take to create a one extra cancer in a million in a population, and trying to use that as a measurement. Not that there is not some risk even at that level, but it's de minimis. And that's -- right now that level of the de minimis level of risk based on extrapolation's from animal studies, not from these more recent human studies that I've indicated to you. But even those extrapolations would suggest that a very, very -- much lower level than it's currently regulated to.

**Q You write that -- you then write,**

**"This conservative concept is used because it is presumed that there's no level of exposure to a carcinogen that does not pose a certain level of risk."**

**My question to you is: What do you mean by a conservative concept?**

A Well, that's what I've just said. The EPA and other agencies have taken that position, and then they try to find the level that -- they used to say, when they first were formed, that they're trying to regulate to a 1 in a million risk. They've now somewhat modified -- EPA at least has modified that and said well, we'll accept 1 in 10,000. OSHA, in regulating benzene in the workplace, has accepted seven in a hundred excess cancers, with a

lifetime of exposure to benzene, at the 1 ppm level, which is why NIOSH has tried to lower the occupational exposure limit, recommended that it be lowered to a tenth of ppm, time-weighted average. But I think, as we've been discussing it, that's for occupational exposures. Environmental exposures should be considerably lower.

**Q Do you know if IARC has classified gasoline as a human carcinogen?**

A No, I don't think they have.

**Q Has the World Health Organization?**

A Well, IARC is the voice of the World Health Organization.

By the way, if you use Dr. Runion's paper, he discusses that issue, he says as the benzene level of exposure in the workplace is reduced, the acceptable level for gasoline vapor in the workplace has to be reduced being accordingly, which is sort of, in my opinion -- kind of indicates that -- benzene is the most toxic element in gasoline and, therefore, it drives regulation, if you will, of gasoline.

**Q Just so I'm clear on what you believe to be Ms. Pluck's exposure is from drinking water and taking showers. Anything else?**

A Well, there's three routes of exposure that you can have from contamination in your water supply at home.

One is drinking it, two is bathing in it and three is breathing the air that's contaminated by the off-gassing of the water. Her exposures included living in the home, and also, one we haven't quantified or discussed, but she would go outside and she would be breathing the daylighting from the soil plume of benzene, which has not been quantified up to now, but needs to be, I believe, also she had a basement, she went into the basement, they would have been breathing the vapor there that was coming from the soil plume. In other words, there was gasoline in the soil and in the aquifer underneath her home, and that benzene would then percolate through the soil and go into the home through vapor intrusion. This route of exposure, an additional exposure to the gasoline, hasn't been discussed up to now, but it was an additional exposure that she had besides the use of the water.

In other words, the Lindstrom paper that I think I did quote in -- some in my report, but brought along today just in case, talks about the fact that there's contamination in the home from just one shower, and it goes into the bedroom, it goes into the living room, you know, there's inhalation exposure that goes on for basically the whole time they're in the home. That is a significant increase over what would occur if there wasn't benzene in their domestic water.

**Q Are you a vapor intrusion expert?**
A No.
**Q Daylighting, are you an expert in daylighting?**
A Well, I don't know what you mean by "expert in daylighting." I'm simply describing to you what is known to occur when these things happen.
**Q Have you studied that personally?**
A Oh, yeah, I've studied it.
**Q By reading articles?**
A Yes.
**Q Have you done any experiments regarding daylighting?**
A No.
**Q Are you qualified to perform air sampling?**
A No. That's not what I do.
**Q Okay.**
A I was trying to make the point that there were additional exposures that were not quantified by just the water alone. That's the point I'm trying to make.
**Q Okay. You haven't quantified those additional exposures?**
A Well, I just said to you that no one has quantified them and they should have been quantified and they should have been part of the exposure analysis.
**Q Just so I understand, is it your opinion that**

**Mrs. Pluck's illness was caused by benzene or by other contaminants as well?**

A I think the evidence of the benzene being the putative agent is very -- is overwhelmingly strong. The evidence that maybe other constituents of gasoline may contribute to the risk is, you know, just not adequately explored. I mean, there are some papers that have suggested that, quote, organic solvents increase the risk. McMichaels did a study of rubber workers who were exposed to organic solvents where he found an increase in lymphoma and chronic lymphatic leukemia. And he attributed it to workers with the highest organic solvent exposure. But he didn't separate out how much benzene was there, so we don't really know. And several other papers -- I mentioned Hardell and the Swedish researchers -- identified organic solvents as an increased risk factor for non-Hodgkin's lymphoma.

So, you know, there are other studies that would suggest maybe these other chemicals may contribute to the risk, but overwhelmingly the studies and the attention has been given to benzene. Benzene is a potent cause of cancer in animals, humans, and the mechanisms now are showing that benzene does more than just cause mutations, it also interferes with topoisomerase, which is a repair enzyme that repair damaged DNA. So something else comes

in and damages DNA, benzene interferes with the repair of that DNA. It's been shown that the apoptosis mechanisms are interfered with by benzene. Apoptosis is important for killing cells that are reproducing abnormally. It interferes with P 53, which is an enzyme that suppresses cancer cells.

So these are called epigenetic phenomenon and are something that benzene is very, very potent in causing. That's why benzene is thought to be the major element that is causing these cancers.

**Q You indicated there's some studies, you said, of organic solvents, but that doesn't really specify what type of solvent, right?**

A Yeah. The McMichaels studies -- see, some of the early benzene poisonings took place in rubber plants. So there was an attempt by the rubber industry to cut back on the amount of benzene they used. Benzene's a great solvent, by the way, it's clean, it really makes -- if you use benzene as a rubber cement agent to put the tires together, it really works really terrifically well. But it was causing a lot of illness among the workers, so they tried to cut back and tried to use other types of solvents that were not pure benzene.

**Q So here's my question. If a study says "organic solvents" you can't say that that study is showing that**

**benzene is causing whatever illness is being discussed in that particular study, right?**

A Well, what I said is that they didn't characterize how much benzene may or may not have been in those solvents. And that would be true for the rubber workers and that would be true for Hardell's people. I'm just saying that they were trying to reduce benzene exposure -- in fact --

**Q I understand that, Doctor, but my question is if a particular study just speaks to organic solvents, you cannot say that it, in fact, is discussing benzene?**

A Well, I said that, but I also --

**Q Okay --**

A -- I've updated it by pointing out in the Chinese studies by NCI they have looked at people who were working with benzene as a tiny fraction of the organic solvents used by these workers, thus they've got a whole group of people they're looking at in China who were exposed below a part per million, down at the, you know, 1 to 200 parts per billion range, with what up until now would have been said to be safe, and now they are demonstrating bone marrow and genetic changes in those workers.

I think, you know, looking back, you know, historically at the studies that have been done on non-Hodgkin's lymphoma where organic solvents were used as

the only exposure description, you know, it might have been that there was benzene in those organic solvent mixtures. And no one has ever really taken, let's say, a hexidene or a xylene or toluene and demonstrated that they have the same carcinogenic effects. They don't -- those organic solvents, for example, don't have these epigenetic phenomenon that are much less mutagenic than benzene. Benzene just happens to be the bad actor, that's all.

**Q But I guess that's my point, you just referred to the Chinese worker study. They were specifically measuring, in some instances, the benzene concentration, whereas other studies are not, fair?**

A These other studies I referred to are older studies where they didn't characterize what the organic solvent was in detail.

**Q Right. That's my only question.**

**On those studies that only speak to organic solvents, you can't say that it is specifically referencing benzene or there's an association between benzene and the disease, at least in that article that only speaks to organic solvents?**

**MR. MORRISON:** Objection to the form of the question.

BY MR. AGATI:

**Q Right?**

A What I said was and I -- it seems like -- the organic solvent studies that have reported increased lymphoma may have included benzene.

**Q Or may not have?**

A Or they may not have.

**Q Okay. Now, in your opinion was Mrs. Pluck's disease caused by xylene?**

A No data.

**Q In your opinion was Ms. Pluck's disease caused by toluene?**

A Again, no data. All the other components of organic solvents have not been implicated in causing leukemia or lymphoma, as far as I know.

**Q Just so I clear up one other issue that's out there, is it your opinion that Ms. Pluck's illness was caused by ethylbenzene?**

A No, not that I'm aware of, not that there's any data to support that idea.

**Q All right. What, sir, is, in your opinion, the latency period between NHL and exposure to benzene?**

A Well, it can be quite short. I think Mehlman made the point that it could be like three years. Both leukemia and lymphoma tend to have a shorter latency than solid tumors, which tend to be longer. My review of the literature, I think the range is anywhere from 3 years to

25 or 30 years. There's --

**Q Why the difference?**

A Well, we don't know. I mean, it has to do probably with individual susceptibility, age of when they were exposed. Older people have shorter latencies, I believe, than young.

**Q What about --**

A This is true for many of the other carcinogenic agents. But there's interactions that cause latencies to be quite variable.

**Q What about the dose, would the dose or exposure impact the latency period?**

A I'm sure that it does, but there's not a lot of good data on that question. But the -- basically with latency what we have is a range, and we don't really have much more precision, other than the fact that with asbestos, for example, the latency does appear to be shorter if the exposure is an older age group. And certainly with childhood leukemia the latencies have to be shorter. But we're not -- we're talking about adult non-Hodgkin's lymphoma, and I think three years is probably the shortest latency that's been reported.

**Q Is there -- when you say that's the shortest latency period reported, do you know what the exposure level was for that?**

A I don't know. Probably it was an occupational exposure, so it might be fairly high.
**Q Okay. What about an exposure level around background levels, let's say if you have a cumulative exposure of 4 parts per billion, what would be the latency period?**
A There's no data on that question.
**Q Ms. Pluck's exposure, what data do you have that correlates that with the latency period of three years?**
A None. I don't know of any data on dose and latency. Theoretically you might say there was an increased risk in shorter latency with higher dose, but I don't know of any data on that point.
**Q Have you ever testified that the lower the dose, the longer the latency?**
A I just said that we could infer that, but there's not any data to support it. It just kind of makes sense intuitively, but in terms of data on that point, I'm not aware of any.
**Q Do you have any data that Ms. Pluck's exposure level corresponds with a latency period of five to six years?**
A That's typical. Five years is a very typical latency for lymphomas or leukemias.
**Q Is that based on occupational studies?**

A Yes.
**Q And exposure levels there are typically reported in the part per million ranges?**
A No, except for the ones I just told you about, every study --
**Q The Rinsky --**
A No -- the Rinsky study, the original Infante and Rinsky study showed a short latency period. I told you Francis Hunter's people observed people developing hematologic problems and leukemias after short-term low-level exposures. So no, there is no -- susceptibility is extremely important, dose probably has some role, but, frankly, most of the studies have emphasized susceptibility as being more important in this issue of how long it takes for the disease to manifest than dose. With the exception that, you know, some people have written about peak level of exposures. In other words, if you have a lot of high-level exposures, your risk is going to be higher and, theoretically, latency might be shorter. That's the reason why there's a short-term exposure limit for benzene.
**Q What is the short-term exposure limit for benzene?**
A OSHA's is 5 parts per million.
**Q What's the -- is --**

A HCGIH is 2 1/2 and NIOSH is 1.

**Q Part per?**

A Million, for 15-minute exposures. And, you know, Glass has commented on possibly increased risk in some of her people who reported higher exposures.

**Q Again, when you refer to Glass, you're referring to the 2003 article of Glass?**

A No. I think one of her follow-up papers was talking about peak exposures. Somebody --

**Q I thought you told me earlier you --**

A Yeah. I had forgotten that, but I think I realized that she did have one paper where she talked about peaks. These were comment papers, they weren't data.

**Q So comment papers you don't put much stock in?**

A Well, certainly I'll go back and read them, but I don't recall them changing any of the basic findings.

**Q Okay. Just so I have an understanding of your description of the Chinese worker studies, are you saying that it was around 100 to 200 parts per billion that they were showing bone marrow and genetic damage?**

A Yes.

**Q Do you know if below 1 part per million they were showing an incidence of non-Hodgkin's lymphoma?**

A No. They haven't reported the disease states in

those lower-exposed people yet. But we do know that people exposed -- some of the worker studies on policemen, taxi drivers and others are beginning to show -- I would have to go back and look at that question, I didn't research that recently, but -- I believe some of them are starting to show the disease states occurring at those low-dose levels. What's clearly showing --

**Q Before you go on, the policemen and taxi men driver studies --**

A The Italian studies.

**Q When were those published?**

A Well, in the last three, four, five years.

**Q The authors?**

A I don't recall. I may have printed out one of them -- I guess not.

**Q Okay.**

A Batali, this DNA methylation pattern, yeah, this paper was published in 2007, and it talks about certain changes in the chromosomes of these individuals, filling-station attendants and traffic officers.

**Q Okay.**

A And the reason it's important is because these types of changes, this particular methylation paper, talks about the fact that that's a known risk factor for AML.

**Q For AML?**

A Uh-huh. Right. That was the hypotheses they were studying in this case. That's not just AML. Methylation of DNA is an important risk factor for any of the cancers that would occur, they talk about lung cancers increased.

**Q Have you ever studied -- or, I'm sorry, run experiments regarding human DNA?**

A Well, I don't have a laboratory that does those. I would send them out for analysis.

**Q So have you done any human DNA tests?**

A We did, yes, on some people exposed to chemicals, including benzene, from a wood treatment plant in Ryan, Mississippi.

**Q Was that involved in litigation?**

A Yes.

**Q Was that published?**

A Yes.

**Q It was published in a peer-reviewed article?**

A Yes.

**Q What article is that?**

A Well, it was republished in Chemosphere in 2006, I believe it was, and what we did is we did DNA adducts in these people living next to the wood treatment plant. Their exposures were -- we were focused on the PAH exposure at the time, but we now know, from studies that

I've done in Somerville, Texas, and were published by a group from Spain.

**Q Is that involved in litigation, the Somerville?**

A Somerville is involved in litigation, yes. We know that benzene is a major contaminant associated with wood treatment plants.

**Q Sir, in your expert report I think you cited, like, 78 articles, and apparently on this CD you have your whole library of benzene articles.**

A No, actually, we don't. It's just -- I asked my staff to try to pull together all the articles, and there's about, I think, 1500 articles. There are many more than that that involve benzene. We not only have a library, but they've published -- this is a representative sample. I mean, the literature on benzene is just huge and growing all the time.

**Q So just let me ask you this, is there anything, to streamline, is there any one, two or three articles that you would say this is the one I would most rely on?**

A No. Obviously many, many articles one has to rely on, and I could say there's constantly new ones being published, and this one, for example, on the methylation in the low-dose exposed workers is an extremely important type. But there's dozens of papers that are coming out in the last three, four, five years on this subject of low-

dose exposure and it's effect on people.

**Q Are you aware of any studies that show there is a -- there is not a statistically significant association between benzene and NHL?**

A No. Even Otto Wong's paper, where he tried to say -- there was an increase, he just said it wasn't statistically significant. In his first paper in '85, he actually said it was high, and then subsequently he said no. But as I've said his --

**Q I'm asking about you. I'm just asking about you, Doctor. I don't know why we're going --**

A Because I'm aware of the study where there were negative, and I'm trying to explain it to you.

**Q You just said no, and then you went on. So I apologize. Go ahead.**

A No.

**Q Is that the only study that you're aware of that found a negative association -- did not find a statistically significant association between NHL and benzene?**

A Yes. There are a number of studies that have not shown an excess of NHL with benzene exposure, all done by industry, all suffering from what I call exposure misclassification. They don't go in and characterize the exposure carefully, they don't have large enough numbers

of exposed people to get statistical significance. That was the problem with Glass's paper. She had an excess, but it wasn't statistically significant, and -- I don't know why but -- clearly the Chinese studies are by far the best. And they have -- they don't have exposure misclassification, they have large numbers, they're not comparing it to the general population, like many of the other studies that were done by industry people have done. So, yeah, there are negative studies on NHL, there's no question, but I think each one needs to be looked at in the context of all the data that we have, particularly the best studies, and clearly there's a relationship.

**Q In your opinion are the negative studies, if you will, they're only done by, quote, industry people?**

A I think so. I'm not aware of any negative studies that were done by independents who were not -- who found that there was no association.

**Q What would be an independent?**

A Someone who's funded by, you know, maybe a government agency or foundation, rather than by the petroleum industry.

**Q Or by plaintiffs' lawyers?**

A I'm not aware, other than the studies I've done, that -- any studies that have been related to plaintiff lawyers. Plaintiff lawyers don't usually fund cases of

research.
**Q What percentage of your income is derived from expert services in litigation?**
A Oh, 80 percent.
**Q Say in the past year, how much income did you derive from expert litigation services?**
A I don't know.
**Q How many hours would you estimate you've spent on expert-related services, say, in 2008?**
A I don't know.
**Q Do you advertise your services to plaintiffs' law firms or law firms in general?**
A No.
**Q Would you consider yourself an independent researcher?**
A Of course.
**Q Okay. You talked about exposure misclassification. How do you avoid exposure misclassification?**
A By doing what they did in the NCI studies, going and putting a personal monitor on the workers and measuring their exposure.
**Q Okay. Have you ever designed an epi study that was not in litigation with regard to benzene?**
A Well, the study that I published, the only thing

I've published on benzene, the case had been settled, I worked on the case, the subjects of the research were not people that I saw, they probably were in litigation, because we got the information from the lawyer, but we didn't have anything to do with their case. In other words, the case was settled and then we did the report.

**Q Right.**

A So you could say it was litigation-related, in other words, the data was gathered, the people came and told us their story, we got their medical records, and so on, from the litigation process.

**Q Have you seen anybody else --**

A But we weren't paid by the lawyers to do the study or do the publication.

**Q Have you seen anybody else's medical records other than Mrs. Pluck with regard to this case?**

A No.

**Q Are you aware of any studies that do not show an association between benzene and CLL?**

A I'm sure there are. I mean, I haven't looked at that particular question. CLL is a rare disease. I don't know how to answer that question without doing some research.

**Q All right. In your report there's a number of pages spent summarizing the medical records?**

A Yes.
**Q Do you do that summary or does someone else do it?**
A I think, in '06, this may have been done by a doctor that was working for me then. I would have to go look at my notes to see if I could figure who it was. But I do have people that help me review records.
**Q Okay. Where are those notes?**
A Well, they would just be my notes from the payment of the people. In other words, I had, you know, to pay them for their time. So I would have to go to my payroll records and see whether I paid -- you know, who I paid to do -- write medical record review at that time.
**Q Would that be reflected, though, on your invoices to Mr. Morrison?**
A Probably.
**Q Is there any significance, sir, in your opinion to the fact that Mrs. Pluck's daughter had cervical dysplasia?**
A No, I wouldn't think that would be of any great significance.
**Q Is it of any significance to you, because it was noted in your summary, that Mrs. Pluck had uterine cancer according to the medical records?**
A Yeah, I think that was a mistake, though, as I

recall. I don't think she actually had uterine cancer. I think she had fibroids, but somebody called it cancer.

**Q How do you know it's a mistake? Because it's not in your report that it's a mistake.**

A I don't know. I don't recall. This was a couple years ago that I looked at those records, but I --

**Q Just assume -- put her medical records aside. Let's just assume someone has uterine cancer. Would that impact your analysis in determining what was the cause of a person with NHL?**

A I'm not aware of any linkage between uterine cancer and NHL.

**Q What about the treatment of uterine cancer?**

A Uterine cancer is usually treated surgically, and depending, of course, on the state of the -- if there were metastases she might have been treated with chemo, but it's not routine.

**Q Also, you summarize in your report, chronic mono, I believe. Any significance to your opinion?**

A Well, mono is an EB virus infection, and whether she had that or not is not clear to me, but that could be an issue, particularly with -- I don't recall when that was.

**Q What do you mean it could be an issue?**

A Prognostically. The paper that -- that was

discussed earlier about EB virus and, I think it was, CLL. The prognosis -- prognostically people who had the EB virus and CLL did poorly, because the argument was that their immune system was so impaired by the disease, that the EB virus was able to grow and somehow interacted with their overall ability to fight off the cancer.

**Q But you don't believe that EB virus is a risk factor for CLL specifically?**

A 100 percent of the U.S. population has EB virus antibodies by the time they're 25, 30 years old. There's not any evidence, I'm aware of, that that would increase anybody's risk.

**Q Are you aware of any literature that suggests that virus infections or viruses are a risk factor for NHL or CLL?**

A There's one lymphoma that occurs in Africa called Birkett's lymphoma that's been linked to a virus. But none of the other lymphomas around the world have ever been linked to a virus. They -- they hired a guy from Africa to come to SC to see if he could find a viral cause for cancer. So far he hasn't been able to.

**Q Are you familiar with the Reference Manual on Scientific Evidence, Doctor?**

A Yes.

**Q Do you refer to it?**

A Well, I've certainly read it, and I believe that the methodology that I follow is identical to what they have stated there. As I said, a lot of their reasoning is based on the Hill paper of 1965, Sir Bradford Hill, and I've been following that basic methodology all -- you know, my entire career, so it's totally consistent with what I've always done.

**Q There's a chapter in the Reference Manual on Scientific Evidence on Toxicology. Are you aware of that?**

A Yes.

**Q Have you read that chapter before?**

A Yes.

**Q Do you agree with its --**

A Well, I tend to think that the Medical chapter is much closer to what I do.

**Q Okay.**

A And the Toxicology chapter is a little bit strange, because it contradicts the Medical chapter in several important points.

**Q What about the Epidemiology chapter, have you reviewed that?**

A Yes. As I -- it also contradicts in many important ways. For example, in the Medical chapter, which is what I think is closest to what someone in my field should follow, the collection of data from the

patient and their description of symptoms and -- for example, in this case the description of odor from the gasoline is an important piece of information that you should take into account in doing your assessment. The Toxicology chapter would tend -- never mentions taking a history from the patient. Well, that's because toxicologists are usually Ph.D.s, and they don't deal with patients. Epidemiologists are dealing with, you know, numbers, they don't deal with patients. So there's a disconnect, which I think makes for serious deficiencies if you just use the Toxicology or the Epidemiology chapters. Because oftentimes the details of an individual patient or in this case an individual plaintiff are important and should be taken into account in assessing the issue of causation.

**Q Any other disconnects, in your opinion, between the chapter on Medical Causation and the chapters on Toxicology and Epidemiology?**

A No. I think if you take into account the people who wrote the chapters and what their background, training, experience would be, that you can understand, you know, why they have this narrow view.

I think what should be done is what Bradford Hill called for, which is to look at the set of facts and say can I explain these facts on any other basis than, you

know, what my hypothesis is. And I think -- Bradford Hill actually represents, you know, also the EPA technique, which has been battered a little bit in recent years, but the idea is that you look at all the evidence and you reach a conclusion that is supported by the biology, the experimental evidence, the epidemiology, and, you know, what we know about what other chemicals cause, we can use extrapolation and analogy, all these things are important and all are covered by Bradford Hill's paper, and then have been picked up by the scientific manual, which is, you know, heavily dependent, at least in my opinion, in terms of looking at all of the evidence and not just one narrow piece.

**Q Right. For general causation issues -- and you understand that phrase, you've used the word "general causation" before, right?**

A Yes.

**Q You don't need to interview a patient?**

A Oh, no. General causation is another issue besides individual.

**Q Right. So on that score, the chapter regarding Epidemiology in the Reference Manual is really speaking to general causation, is it not?**

A It is, that's true.

**Q In that regard, I guess you have no, quote,**

**disconnects as it pertains to general causation?**
A Well, I think that if there is a body of literature on epidemiology, the best body of evidence that exists for any chemical is this benzene literature, which is overwhelming.
**Q That wasn't my question.**
A Oh, well, everything that's raised in that chapter is satisfied by the Epidemiology chapter. There's no disconnect there. The disconnect is when you get to specific causation.
**Q That's what I meant. I'm talking about general scientific principles.**
A There's no disconnect between the epi chapter and the scientific literature on benzene toxicity at this point, in my opinion.
**Q Again, that wasn't my question either, but my question was: Do you have any belief that the description of the -- of epidemiology in that chapter in the Reference Manual is wrong in any way?**
A I'd have to go back and review it to see if there's any specific criticisms. I think I told you what I thought, which was it was written from the very narrow focus of an epidemiologist --
**Q Right.**
A -- which is fine. It's just -- they want you to

use -- I mean, exactly some of the points that I raised earlier, you know, you want to look at the best studies. There's studies that are done that are not very good because they don't have good exposure data, they don't have large enough numbers, they haven't ruled out other confounders properly. I mean, there's all these things that go into sifting through the epidemiology literature. And, as I've said, that's -- with benzene, we have some of the best studies that go through and take into account all of those issues.

**Q Right. But, I mean, really the chapter on epidemiology in the Reference Manual is just sort of the basic nuts and bolts of epidemiology, right?**

A It's a pretty straightforward document in that respect, yeah. They discuss what makes a good epi study and how you can read the literature critically, that's, I think, the point of that chapter.

**Q In some ways it's nothing really earth-shattering --**

A No. One of the problems with epidemiologists that drives me absolutely crazy is that they tend to talk a lot.

**Q And you don't?**

A Well --

**Q Are you an epidemiologist? Because you have been**

**talking a lot today in response to some of my questions.**
A I hope I haven't been as confused as some of the writings that I have read by epidemiologists when they're trying to explain why they do some of the things they do.
**Q Let me ask you this. Have you met the Plucks?**
A No.
**Q Have you spoken to the Plucks?**
A No.
**Q Have you communicated with the Plucks in any way?**
A No. All my communication has been through the attorneys.
**Q With regard to odor, Ms. Pluck's complaint of odor, one time, as far as you know?**
A As far as I know, that was what she said, yes.
**Q Okay. Is there -- to use a phrase, is there individual susceptibility regarding the ability for people to perceive odors?**
A Yes.
**Q What is that individual susceptibility, if you know?**
A Well, the literature on odors, which we've talked about a little bit earlier, does indicate that some people have a lower threshold than others. What values I've given you are the average values.
**Q Have you ever heard of something called the**

**science of olfaction?**

A Yes, I've heard of it.

**Q Are you an expert in olfaction?**

A No.

**Q Any drafts of your expert report that you maintain?**

A No.

**Q Does Exhibit 2 contain your entire file? I don't mean the benzene literature. I mean your entire file on this matter.**

A Yes.

**Q Are you a tenured professor at UCLA?**

A No.

**Q Are you on emeritus status?**

A No. No. They still have me listed as an assistant clinical professor.

**Q How long have you been an assistant clinical professor?**

A Well, I was assistant professor from '75 to '77, and I've been a clinical professor since '77. So that's 32 years.

**Q So do you teach?**

A Lately I haven't been doing any teaching.

**Q When's the last time you taught?**

A I'd say probably a year and a half ago, two years

ago.

**Q When you were teaching -- I'm -- just help me out here. I'm sort of picturing Dr. Dahlgren every day in class --**

A No. No. I wasn't paid faculty. I was what they called a volunteer faculty. From '77 -- '75 to '77 I was paid faculty, then I went into private practice and maintained a clinical status, and what I did for the first 20 years or so -- well, it wasn't 20 years, about 15 years -- I had students and residents come to my office and see patients with me.

**Q So that brings us up to about 1992?**

A Right. And then after that, my clinical treatment practice went way down due to changes in the workers' comps laws. So then I started doing consulting predominantly. So I -- the only teaching I did then was to go to the university and attend rounds, meet individually with residents and students, and then as the years went by, I did less and less. I'd give a few lectures here and there. Right now most of the residents spend most of their time at Kaiser doing orthopedics, which I find very interesting, dealing with mainly the physical injuries that are treated by Kaiser in their occupational medicine clinic. There's less and less emphasis on toxicology, which I think is unfortunate.

**Q Do you specialize in occupational medicine?**
A Well, my specialty is -- when I finished my residency, I did a fellowship in infectious disease and toxicology, and I did research on antibiotics and some other things that had to do with toxicity, but then I became interested in environmental -- well, occupational exposures to toxic agents, and began some studies in lead workers, some workers from the local oil refineries and the rubber plants, and basically changed my focus to occupational and environmental toxicology, which I've been practicing since 1973. That's been my total focus of activity. So it's -- both occupational and environmental toxicology is my focus of practice and research and publication over the last 30-plus years.
**Q When did you start offering expert services for the purposes of litigation?**
A Well, the very first case that I saw from the oil refinery was a guy that worked with tetraethyl lead who developed neurological problems. That was a workers' comp case.
The second case I saw was a group of 115 lead workers from a smelter, all of whom filed workers' comp. So I've been involved with -- what I've learned is that no one is interested in what causes someone to be sick unless there's litigation involved, either workers' comp or --

well, what is nowadays toxic litigation, toxic torts. By and large, when people get sick and they think it's due to some kind of environmental thing, they often file lawsuits, so most of the cases I'm involved in involve litigation.

**Q Okay. So this would have been back -- I guess 30 years you've been a --**

A 35 years.

**Q 35 years in litigation?**

A Yeah. I mean, as I say, every one of these cases -- I mean, there were some situations that -- when that refinery worker came to me with his tetraethyl lead poisoning, it became clear when I met with other members of the local union who had sent the guy to me in the first place, we ended up examining and treating at UCLA first while I was a fellow and then when I went into private practice, literally dozens and dozens of workers from the oil refineries that had various illnesses, some related to benzene exposure, hematological problems, leukemias, lymphomas.

**Q Going back to the teaching, when is the last time you've given any lectures?**

A To a --

**Q At UCLA.**

A Yeah. Four, five years ago probably was the last

lecture I gave. When you get to be age 65, they let you go on -- it's sort of a -- once you've done 35 years of service, you know -- they don't have to put in as much time as you used to to maintain -- the main advantage of being on the faculty at the moment is that I get to use the library and the library has lots of advantages like, for example, these articles, we're able to get online because we have library privileges.

**Q I guess, what do you have to do to sort of remain affiliated with UCLA, if you will?**

A Nothing, because I'm -- I've put in all these years of service already. So they -- I used to be on the clinical faculty committee when I was full time, and we reviewed each of the clinical faculty members, and after they served 25 years, we would have let them off the hook, they didn't have to put time in in order to remain on the faculty. So once you've gone, you know, past 35 years, you're off the hook in terms of having to show up and help with the teaching, you've done your duty. And they don't -- apparently they don't have an official emeritus status, but that's sort of what it's like because I don't have to do any more work.

**Q Do you have to apply for that?**

A No. It's automatic.

**Q What's your hourly rate that you charge in**

**litigation?**
A Well, it depends. When I'm reviewing articles or writing reports or seeing patients, it's 465 an hour.
**Q Does your rate change for other activities?**
A Depositions are 950 an hour.
**Q What about trial?**
A The same.
**Q Same, 950 an hour?**
A Correct.
**Q How long has it been 950 an hour for trial?**
A Ten years.
**Q Has that ever changed?**
A Well, it hasn't changed in ten years.
**Q So for ten years you've charged $950 an hour at trial?**
A Yeah. Trials are rare. I do one trial every three or four years.
**Q Did you make any exceptions to that rule?**
A Well, I suppose. If you mean negotiate -- someone might negotiate a lower price or a higher price, whatever the case may be. But like I say, trials are not a major issue.
**Q Do you know, in the last ten years have you ever charged less for trial testimony?**
A Yes. I think I negotiated a few times a lower

fee because the attorney was a -- you know, didn't have enough money.

**Q What were those cases, do you know?**

A I think the Watsonville case that I was involved in.

**Q Where was that?**

A Watsonville, California.

**Q What about -- any other one?**

A Not that I recall at the moment.

**Q Have you reached an agreement with Mr. Morrison about what you will charge for trial?**

A No. We haven't discussed it.

**Q But you're charging me here today 950?**

A Yes. That's correct. That's my normal fee.

**Q Do you negotiate your deposition rate?**

A No. Usually I've never negotiated that. That is always -- sometimes we've had to go to the judge to get, you know, someone to pay that amount, but we've never had to negotiate a lower amount.

**Q I was just -- do you know if a judge has ever ordered a lower rate for your deposition?**

A Not yet. But this crunch in the economy, it might happen. I don't know. It looks like maybe we're in a deflation, so I may have to lower my prices.

**Q Just so I have an understanding of how you define**

**things, in your report you reference some epi studies, there was a reference to relative risk, or RR.**

A Yes.

**Q Okay. What's your understanding of what relative risk means?**

A Well, you have your exposed population, you're exposing it, and you're comparing it to an unexposed population that's otherwise similar, and you're looking at the comparison between the rate in exposed versus nonexposed group, and the difference between the two is sometimes referred to as relative risk.

**Q Is there a continuum of the strength of the relative risk?**

A Well, I suppose what you're saying is if the relative risk is 1, there's no difference between the two groups.

**Q Right.**

A If the relative risk is 3, that means that in the exposed group the risk for the particular endpoint is three times higher than in the control group.

**Q Earlier you talked about analyzing epi studies. Do you look for a particular relative rate?**

A Well, go back to Bradford Hill --

**Q I'm just asking you when you're just looking at --**

A No, I don't, because it depends on the details of the study as to whether or not a 15 percent increase in risk might be statistically significant and biologically plausible and makes sense from all of the evidence that we have, whereas we might have a threefold increase in risk that doesn't make sense so -- when all the factors are analyzed.

So it's not automatic that strength of the association, which is what this is called, is an absolute issue.

What Hill suggested, and unfortunately it got codified in a law in Texas, is that a doubling of the risk is reassuring that you're probably dealing with a significant factor. The thing that Hill said was it doesn't have to be statistically significant if you have all the other criteria fulfilled. And, unfortunately, the Havner decision said it had to be not only doubling but statistically significant. So they took bits and pieces out of Hill and used it to their end.

The point is, yeah, doubling of the risk has gotten more attention than it should. Many, many, many, many of the important risk factors for, using cigarette smoking as an issue, many of the cancers are not twice as high in cigarette smokers, but they are increased, and it's probably attributable to smoking, because smoking has

carcinogenic effect on not only the lung, but other tissues.

**Q Is the relative risk of smoking -- the relative risk or the strength of association between smoking and lung cancer below 2?**

A No. It's a dose thing. If you hit the 20 pack-years, the rate is, I don't know, 4 or something like that. It's a dose-dependent thing, too. I mean, it's also a question of numbers. In other words, when you get -- if you take a bunch of -- well, let's take the lowest exposed group, people who were exposed passively, the increase in lung cancer is only 15 percent, it's not doubling, and yet we are making public health decisions because a 15 percent increase in risk in millions of people is significant.

**Q OR, odds ratio, would you summarize that the same way as you have as relative risk?**

A You just use a different statistical package to do odds ratios. It's not really -- it has the same kind of meaning. It's looking at strength of association.

**Q Okay. Have you ever heard of the phrase "idiopathic"?**

A Yes.

**Q What's your understanding of that?**

A Well, it's derived from the Greek meaning "I

don't know."

**Q Is there a certain percentage of NHL cases that are diagnosed each year that are idiopathic?**

A Well, I imagine the majority are, and that's because the doctors involved are not asking questions about exposures. They don't -- for treating patients, it doesn't matter what the cause was. So most cases are not investigated as to their cause. And I don't think they would be called idiopathic unless they were investigated. So most of the time if you investigate these cases, you probably will find some cause. I mean, let's face it, every cancer and every illness probably has a cause or a series of causes, things that contribute to the risk and, therefore, result in the ultimate expression of the disease, but that is not part of what most people in the medical profession are focused upon. They are focused upon treatment.

**Q For all cancers there's a certain percentage that there's not a known cause, the cause is unknown, right?**

A Well, I just said that most of the time the cause is not investigated. I'm trying to think of tumors for which there are no known causes, and none come to mind.

**Q All right. Let me ask you this. Do you know whether or not even after, say, a full investigation, asking the right questions, whether a certain percentage**

**of NHL, the cause is unknown?**

A I don't think anybody has ever done that study that I am aware of where they've gone to a cancer center and investigated the patients who had -- you know, investigated their environmental, occupational exposures and looked for causes.

I do know that Dr. Lauwerys did, in Belgium a few years ago, the study where he went to general medical wards with his residents, he's an occupational medicine doctor, toxicology guy, and they found that 60 percent of the patients admitted to the general medical ward had illnesses related to their occupation that were not recognized by their treating doctors because they hadn't asked and they weren't knowledgeable about how the various environmental and occupational exposures could add to and contribute to disease.

The reason it's important is that it had to do with what to do to prevent the person from going back into the environment where they were going to be aggravating the illness that they had. Unfortunately, the -- that, plus other pleas that have been made through the years to try to educate the general doctors about occupational and environmental illness, has fallen on deaf ears.

UCLA has one doctor on full-time staff who's in the field of occupational and environmental medicine. He

has exactly two hours to lecture in four years of medical school. He's not going to be able to impart everything there is to know about occupational and environmental medicine in two hours of lecture. That's true throughout the country, all the medical schools have only a few hours, maximum, of exposure of the students to occupational and environmental issues, including in their rotation in the cancer ward. Because oncologists don't focus on that issue either. The average oncologist will tell you that they are interested in treating the patient, they want to make an accurate diagnosis and provide them the best treatment possible. And they have to spend a lot of time keeping up with their literature on treating cancer. It's a huge job. They don't have time to start studying the literature on benzene, for example; not something they can do.

So you look at the textbooks on oncology. There'll be one page or maybe two on occupational and environmental causes of cancer, and -- you know, it's not a big deal for them, it's not their issue.

**Q In your opinion, Doctor, even after you do a full work-up, is there any percentage of NHL that the cause is unknown?**

A Probably there would be. I just don't think that anybody's ever really done a study to figure out what that

number would be.

**Q Okay. Would that be the same answer for CLL?**

A Correct.

**MR. AGATI:** All right. Why don't we take our lunch break. We can go off the record.

(Lunch recess.)

**MR. AGATI:** We're back on the record.

**Q Doctor, do you have your laptop with you?**

A Yeah, I do. Do you want me to look at the CD?

**Q Yeah. For the record, the CD is Exhibit 2, which has been marked as Dr. Dahlgren's file for this case, excluding the general benzene literature that is marked as Exhibit 1.**

A But I'm opening Exhibit 2, right?

**Q Right. Right. I'm just describing --**

**(Discussion off the record.)**

**BY MR. AGATI:**

**Q Is it charging up?**

A It takes a long time for these things to boot up, I don't know why, but people tell me it's because there's so many things that get loaded.

**MR. MORRISON:** I think it's more of a product of our desire for instant gratification.

**THE WITNESS:** We just don't have any patience, that's true.

I did not look at this before I came over here. I just took the word of my staff that they had taken care of them.

All right.

BY MR. AGATI:

**Q Okay.**

A What do you want?

**Q There is a folder called "Report References," yes?**

A Yes.

**Q And that refers to the articles that are cited in your written report that was submitted to me, right?**

A Well, I think so. I think that's what the intent was. I haven't gone through and checked to make sure that, in fact, is the case, but --

**Q That was the intent of that subfolder called "Report" --**

A Yes, it was. I think that's what -- I'm surprised that you didn't have -- maybe I didn't -- didn't we supply these with the original report?

**Q No, you didn't.**

A Well, I think we did send them to the attorney.

**Q Well, I didn't get them. That subfolder is called "Report References" and the intent is to have copied the articles that were referenced in your written**

**report, fair?**

A Yes. Uh-huh.

**Q I have a follow-up from this morning's questioning.**

**Do you know if the Australian Health Watch Studies have been updated since 2003?**

A I don't recall offhand. I think I said this morning I wasn't aware that there had been any change in the data, that I was aware that there had been some publications, but I don't recall if they changed any of the major conclusions of the '03 paper.

**Q If they had changed the major conclusions of the '03 paper, how would that affect your opinions?**

A Well, not at all because this is just one study, and what I think I've tried to emphasize to you over and over again throughout the morning was that there's growing evidence with almost every published article that 1 ppm is not a safe level, there are diseases in populations, genetic changes, bone marrow toxicity below a part per million, so that if they -- if somehow Glass's study subsequently changed their opinion in a material way, then it wouldn't be supportive of the low-level exposure any longer, but that wouldn't be the only evidence we have.

**Q Right. Okay. But you don't know if that opinion's been changed by Glass/Australian Health Watch**

**Study Group?**

A Her opinion might change, but the data -- I'm not aware that any change in the data has occurred.

**Q I'm going to -- I want to go over the articles that you had brought with you today.**

**We've marked as -- wait. Before you close that, it's a good idea. There is a subfolder there called "Ohio BP America" -- is that "NR 010807." Could you open that folder. Have you opened it, or has it opened?**

A Well, it's not a folder. It's an Adobe document with 726 kb documents, so let's see what the document says.

**Q Is the document open yet?**

A Not yet. One of the things -- trade-offs about this tiny machine is that it has a very slow processor, but it's a very small machine so it's easy to carry.

All right. It's a January '08 letter from Amer Cunningham, it says Gary Williams, M.D., and it's apparently some medical records from that doctor.

**Q There's about, I think, 38 total pages in that Adobe document?**

A Yes.

**Q Do you see any other medical records on that CD?**

A It looks like they didn't put all the medical records on here. We may not have scanned all of them,

which I don't even know where they might be. It was supposed to be everything that we had in the file, and I asked for -- if we had a paper file, in addition to this electronic file, and -- you know, there may be some additional documents that -- additional medical records that we have paper copies of that we didn't scan that we just reviewed for the '06 report which are not here.

**Q Did you ask your staff to put all your file for this matter on that CD?**

A Yes.

**Q Are there any particular medical records that you rely on for your opinion in this case?**

A Well, the records that confirm that she has NHL.

**Q Okay. I mean, other than just, I guess, the diagnosis of NHL, is there anything particular in any of the medical records that you rely on for your opinion?**

A Gosh, I don't know how to answer your question. All of the data that we've reviewed is somehow probably related to the opinion.

**Q Right. Doctor, I'm trying to find out if there's any particular medical record on which you relied, or medical records, any particular ones. What I'm trying to get at here is, Doctor, is at trial I don't want to be surprised where you're saying, "I'm citing to this medical record," and you comment on it, and then you cite to**

**another medical record and comment on that.**

A Well, it depends on what questions I would be asked, obviously. I mean, I don't have any preconceived notion about what is important in the medical records.

**Q So based on your review you have no notion of what is important -- what was important to your opinion that you set forth?**

A I didn't review the medical records recently at all. I read them -- read through my staff's review of the records back in '06, when I prepared this report. I didn't go through these records again in the last few days, so I don't even -- I'm not even sure. There may be something in these records that's interesting.

**Q But you can't tell me right now as you sit here today?**

A Right.

**Q Okay. Do you know, back in '06, if you went through the medical records or you just had the staff do it?**

A I had the staff do it. I'm pretty sure I didn't go through the records.

**Q I think you can close that now.**

A Okay.

**Q Exhibit 3 is the Runion paper?**

A Uh-huh.

(Dahlgren Exhibit 3 marked.)

BY MR. AGATI:

**Q You've got to say yes.**

A Yes, it is.

**Q It's dated 1977?**

A Correct.

**Q And it is not cited in your written report?**

A No. Because in my written report there wasn't any information that would lead me to need to make this referral -- reference here.

**Q In Runion he indicates that a previous survey in 1974 showed levels generally below, looks like, 1 percent of benzene in gasoline.**

**Is that what he writes? Am I interpreting what he writes there correctly?**

A Where are we looking?

**Q Up in the --**

A Yeah. Well, there was still -- tetraethyl lead was still in gasoline then. They increased the benzene level after that because of the -- taking TEL out, so they had to raise octane, and they used benzene to raise the octane.

**Q Was that a government requirement to take the lead out?**

A Uh-huh. Yes, it was.

**Q All right. Do you know if the release --**

A By the way, the reason was to preserve the catalytic converters.

**Q The releases at issue in this case occurred in 1949 and 1952, correct?**

A Uh-huh. Correct. Wait a minute. I don't know that that was the only releases. I know there were releases on those two dates. I think there were other releases on other dates that Mr. Morrison showed me.

**Q Right. But those releases, I'm sure Mr. Morrison also told you that Dr. Augustino was not referring to those releases, which, as he described it, were on the eastern side of the Weaver Woodlands allotment.**

A I don't recall any detail about that issue. All I know is that when Mr. Morrison went through the explanation of the releases, he showed several dates. I wasn't aware of Dr. Augustino's saying that those others had no relevance.

**Q Now, in Runion's chart there are different -- a number of different percentages, if you will, of benzene content in Gulf Oil products.**

A Uh-huh. Yeah.

**Q What was the average levels for each of those?**

A 1.24, 1.25, 1.26.

**Q Do you know why, or do you have an understanding**

**why amongst a single company's different products the benzene content is different?**

A It depends on the post -- when they -- after taking the lead out in '77, '78, '79, I think it was when they phased out lead, they -- the higher octane gas had more benzene in them. I don't know any more details about it than that. But clearly this whole paper was predicated on the notion that they were going to have to increase benzene levels in the gasoline, and that he was trying to address the issue of what that would mean for the occupational exposure limit for gasoline.

**Q Well, all right, here's my -- maybe -- I'm sorry, my question wasn't well phrased, then.**

**If you look at -- it says "Refinery Source," "A," and it has, under "Good Gulf" -- I don't know what that means -- it says .54 percent of benzene in gasoline, right?**

A I understand.

**Q Then you have Refinery B, again still under Good Gulf, now you have a benzene concentration of 1.99. Do you see my point?**

A Of course I see your point.

**Q Why is there a difference in benzene concentration from --**

A In the era that those came from they were using

tetraethyl lead to control the octane, and they didn't pay attention to the benzene content. So depending on what benzene content was in the crude oil, there would be different concentrations in the oil they made from it -- the gasoline they made from it.

**Q So depending on where you get your crude oil, the benzene percentage can be different?**

A Oh, yeah.

**Q Do you know where BP got its crude oil for the gasoline that was going through the pipeline at issue?**

A No. I have not seen any data on that question.

**Q Exhibit 4 is the Kim paper?**

A Yes. Uh-huh.

**Q And that's dated 2004?**

A Uh-huh. Correct.

(Dahlgren Exhibit 4 marked.)

BY MR. AGATI:

**Q Is that an epi study?**

A It is an epi study -- more of a molecular epidemiology study, if you will, in other words, looking at chromosomal changes and genetic polymorphisms in a group of people with exposures to low levels of benzene.

**Q In other words, it's not a --**

A It's not a cohort study, per se, where they're comparing this group's outcomes of cancer with another

group's outcome of cancer, which is the common epi study. But he's looking at a group of people with exposure, without exposure, and looking at their chromosomes. So this falls into that category that's very popular now called molecular epidemiology.

**Q Okay. Are you a molecular epidemiologist?**

A Well, I'm a wannabe. I mean, we more and more try to get data. As I told you earlier, we did a study on the PAH-DNA adducts of some workers living next to -- not workers, residents living next to a wood treatment plant.

**Q But do you consider yourself an expert in molecular epidemiology?**

A Well, I don't know how to really answer that question. I think I know a lot about the subject. I'm engaging in doing those types of studies. I guess you could say I am certainly more expert than the average person in terms of understanding it and executing these kinds of studies.

**Q And -- I'm sorry, have you published any molecular epidemiological studies?**

A Yes. I just told you about the study we did where we looked at the DNA adducts in a group of people living next to a wood treatment plant. That's a molecular epidemiology study, we compared the DNA adducts in that group versus a control group.

**Q And is that the article published in Chemosphere?**
A Correct.
**Q Who were the co-authors on that article?**
A Co-authors on that article were Dave Phillips, who did the DNA adduct studies in the Cancer Institute in England, and I think Pam Mahoney might have been on that paper. I don't recall all the names on the paper right off the top of my head.
**Q Pamela Mahoney is -- what is her expertise?**
A She's the epidemiologist that I work with, the Ph.D. epidemiologist. And there were some other authors. I just don't recall from memory all of them.
**Q Do you know if there was any chromosome analysis for Ms. Pluck?**
A Not that I recall.
**Q Exhibit 5 is the Lan article?**
A Yes. Uh-huh.
(Dahlgren Exhibit 5 marked.)
BY MR. AGATI:
**Q If you can help me out, Exhibit 6 is also a Lan article?**
A Well, this is --
**Q Or a Lan manuscript?**
**(Dahlgren Exhibit 6 marked.)**
**THE WITNESS:** This is what it says, "Supporting

Online Material." This was published in Science Magazine.

BY MR. AGATI:

**Q Exhibit 5 --**

A Exhibit 5 was published in Science, and then they indicated that on the Internet you could go and get their underlying data in more detail, because Science Magazine has a strict limit on how much they will put in one article, and they had a lot more to say, so you went and got Exhibit 6 off the Internet.

**Q But Exhibit 5 and Exhibit 6, then, are --**

A Are together.

**Q -- are together?**

**And Exhibit 5 was published in 2004?**

A That's right. That's correct.

**Q And that's not in your expert report, right?**

A I don't think I included it. I should have. But, you know, as I said there's so many articles and you can't always know exactly what's going to be an important issue at the time you write the report.

**Q The Kim article, Exhibit 4, that wasn't in your expert report?**

A No.

**Q It was?**

A No, it wasn't. I don't think so. No.

**Q On page 7 of Exhibit 6, it states,**

**"Evaluation of potential confounders showed that age (continuous variable), sex, current cigarette smoking status (yes/no), current alcohol consumption...recent infections (flu or respiratory infections in the previous month) and BMI (Body Mass Index) were associated with one or more endpoints and therefore all results shown in Table 1, and in the text were adjusted for these variables," at the bottom of page 7.**

A Okay.

**Q Does that mean that those various variables impact genes or chromosomes?**

A Well, as they said, they controlled for them, so that if they did contribute to any of the findings, they would have been taken into account. See, what you want to do when you do multiple regression analysis is you want to look and see whether the effect of the exposure of interest continues to be significant even when you adjust for -- for example, age is probably the most common thing, but all these other things can affect white counts and bone marrow function. So if there was a difference between your various groups, you want to make sure that

it's not caused by those things, and if those things in toto or in each isolated thing causes the effect and removes the significance of your exposure effect, then you have documented that your exposure was not the cause.

**Q Okay. Just so I'm clear, and I'm just reading these briefly during the break, but, the Lan study, they were looking at white blood cell counts?**

A Well, they were looking at all -- the complete blood count.

**Q Okay. What are the various variables, generally speaking, that can impact a person's white blood count?**

A Well, if you have an infection your white count will go up. I mean, there's a lot of things that can affect the white count, that's why they control for all those variables.

**Q Right. In other words, those variables are things that can impact the white blood cells -- white blood cell count?**

A Right. So they adjusted for those, isolating the effect of the exposure.

**Q Exhibit 7 is the Bollati study. Is this the Italian taxi and police officer study that we talked about briefly earlier this morning?**

A Yes.

(Dahlgren Exhibit 7 marked.)

BY MR. AGATI:

**Q Does it address --**

A By the way, there are many studies, but I just picked this one as representative.

**Q Right. Okay. Just so we have it on the record, that's not in your expert report?**

A No.

**Q It's -- is it in your expert report?**

A No. It was published in 2007, it couldn't have been.

**Q Right. But your expert report in this case was produced in 2008.**

A Well, maybe to you, but I wrote it in 2006.

**Q Right. Okay. Does it specifically speak to non-Hodgkin's lymphoma or CLL?**

A No, it doesn't. It's mainly a discussion of DNA changes.

**Q Can I borrow that again?**

A Uh-huh.

**Q Okay. Have you ever heard of non-Hodgkin's lymphoma being classified as G diffuse?**

A You mean a type of NHL called G diffuse?

**Q Yes.**

A No, I haven't heard of that.

**Q Exhibit 8 is the Lindstrom study that we referred**

**to earlier?**
A Yes.
(Dahlgren Exhibit 8 marked.)
BY MR. AGATI:
**Q And that's not in your ex- -- strike that.**
**Is that in your expert report?**
A I don't know. I don't think so. That's one of the reasons I brought it this morning, to make sure that we talk about it.
**Q Okay. Exhibit 9 are invoice statements dated February 12th, 2009, or is that just sort of a report of all the work on the matter?**
**(Dahlgren Exhibit 9 marked.)**
**THE WITNESS:** I think this is one of those things where we print out all of the work, the payments and charges on a case.
BY MR. AGATI:
**Q Okay. Can I see that. Do you require a $4,000 retainer?**
A That's apparently what we required in this case.
**Q I'm trying to understand your billing. Does negative 4,000 mean --**
A That was --
**Q -- the retainer --**
A That was advanced as a retainer, yes.

**Q Okay. "Project coordination," 1.5 at $165 an hour. Who -- would that be you at $165 an hour?**

A No. That would be the -- in this case I believe it was Carla Montanara, that was who that letter was that we saw in January of '07, and that would have been her task at that point.

**Q It says "Preparation of report," again 165. Is that --**

A Well, that would have been her working on -- that was a half-hour of her time. She probably took something that I did or the doctor who did the medical review here -- she probably was putting stuff in order for me and the other doctor reviewing the medical records to review.

**Q And then "Review of medical records" at 235, that would be someone else?**

A Yeah. Dr. -- most likely in '06 it would have been Dr. Zwass.

**Q And then "Preparation of report" at 465 an hour, that would be you?**

A That's right.

**Q "Review of medical records" at 235 would be someone else?**

A That's what I just said.

**Q "Literature retrieval" at $85 would be someone else?**

A Correct, a research assistant.

**Q Is this accurate -- is this complete up to today?**

A Well, the last billing was on the 29th, so there has been some work since then that's not reflected yet, it hasn't yet been invoiced or recorded in the billing system.

**Q Do you know what work's been done since January 29th, 2009?**

A No. I think I met with Mr. Morrison, did a little bit of work yesterday, as I've told you, work on Tuesday, I believe, after I met with Mr. Morrison, and my staff may have done some work at my request. I don't recall what all I did, but there might be some additional billing.

**Q Sir, I'm going to hand you what's been marked as Exhibit 10 to your deposition, and this is an April 1998 "Carcinogenic Effects of Benzene: An Update," and I believe you cited that in your expert report, right? You cited that in your report? Why don't you go ahead and check the exhibit to --**

**(Dahlgren Exhibit 10 marked.)**

**THE WITNESS:** I can' recall why we cited this particular document as a source, because usually review documents don't contain any new information. We usually try to focus on the various exposure levels -- I mean,

citations that underlie the documents. Let me see. Where did we have this one? I think it might be quicker to go over here.

Yes. It looks like we did quote the -- as supporting the notion that benzene is carcinogenic.

BY MR. AGATI:

**Q Okay. On page 13, the first full paragraph --**

A Of my report?

**Q No. Of Exhibit 10.**

A Page 13, okay. Yes.

**Q It says,**

**"Although most of the attributes considered important in a long-term retrospective study of this nature and magnitude were addressed by the authors, some uncertainties and potential weaknesses still remain."**

**Were you aware that the EPA had written that?**

A Oh, I didn't remember that sentence, if that's your question.

**Q One of the problems that they note, at the bottom, was the development of exposure estimates -- at the bottom of page 13.**

A Okay. "Second potential problem was exposures estimates," okay.

**Q Did you remember these comments by the EPA?**

A No, I didn't remember those particular points.

**Q Okay. That's all.**

**I'm going to hand you what's been marked as Exhibit 11. It's the Gist, G-i-s-t, article that you cite in your expert report?**

A Yes.

(Dahlgren Exhibit 11 marked.)

BY MR. AGATI:

**Q Does it reference the Benzene Subregistry?**

A Well, this was -- you know, Ginger Gist and Jeanne Burg were in charge of the subregistry studies for HSDR, and this was a review of literature that they published in '97 on benzene.

**Q Do you know if they've updated this at all?**

A No.

**Q They haven't or you don't know?**

A No. No. I know they haven't. Jeanne Burg retired shortly after this was published, and the whole subregistry project appears to have disappeared, can't find any evidence for its continued existence.

**Q Was this more than just a literature review?**

A As I know, that's all it was. That's what it says, "Review of the literature," then if you read through it, it talks about all the different studies that have

been done up to that point in time.

**Q I was just looking at the abstract, and it says,**

**"A literature review of the impact on human health of exposure to benzene was conducted. Special emphasis in this report is given to the health effects reported in excess of national norms by participants in the Benzene Subregistry of the National Exposure Registry."**

A Uh-huh. Yeah. They're referring to another paper that they -- I think they did publish it -- but, anyway, they had done a study of the health effects of people whose water had been contaminated with benzene, and so this paper focused on the positive findings in the Benzene Subregistry study.

**Q Right. Is that summarized in the abstract, what the positive findings --**

A No. What it says is the health effects reported an excess, and they used a .01 statistical significance, by some or all of the sex and age groups studied, and then they mention diabetes, kidney disease, respiratory allergies, skin rashes and urinary tract disorders, anemia for females.

**Q But not significantly so, right?**

A That particular one did not reach the .01 statistical significance that they applied, that's correct.

**Q Right. Do you know, in this article, if they found a statistically significant excess of non-Hodgkin's lymphoma or CLL?**

A This wasn't the report of the Subregistry. This was a review of the literature where they looked at the endpoints that they just listed there. They haven't commented on cancer in either this study or any other.

**Q Do you know of any other papers regarding the Benzene Subregistry?**

A No. I -- I asked Jeanne Burg why they didn't publish any more and she said well, they just told us to stop.

**Q Who told her to stop?**

A Her boss.

**Q Who was her boss?**

A I didn't ask.

**Q In the 2003 Glass study that you cited, do you know if an association was found between non-Hodgkin's lymphoma and benzene?**

A There was an elevation, but it wasn't statistically significant, as I told you earlier.

**MR. AGATI:** Number 12.

(Dahlgren Exhibit 12 marked.)
BY MR. AGATI:
**Q Is Exhibit 12 the Kraut study that you cite in your expert report? Was that cited in your report, Doctor?**
A Well, apparently. I don't know why we had cited that one. Let me see if I can figure it out.
It appears to me that it probably shouldn't have been quoted because it has nothing to do with the issue in hand in this case. There's probably another paper by Kraut that's more relevant, that same year, and this just got accidentally included.
**Q Can you -- going through the articles in your folder there that are -- that is keyed to the report prepared in this case, can you identify any other articles that really shouldn't have been included?**
A Well, this is not an uncommon problem. You know, there's two papers in '88 by Kraut, and one of them is about non-Hodgkin's lymphoma and the other one is about something else, and they just included the wrong one.
I'd have to go through each article to make sure there wasn't another mistake like that, but I don't think it -- is that relevant to, well, everything else that's going on here.
**Q From a -- Doctor, how do you go about making the**

**diagnosis of NHL?**

A Biopsy.

**Q Anything else?**

A No. That's the definitive way a pathologist would make a diagnosis like NHL is to biopsy the lymph node or the bone marrow or both and look at it under the microscope and make a determination as to the presence or absence of malignant cells under the microscope.

Now, you know, they've added on over -- in recent years they started doing -- some centers, I didn't see it in her case, but sometimes they'll do some additional staining to subclassify the cancers and they'll do some chromosomal studies to classify the cancers, but I didn't see that in her case.

**Q What about symptoms, if you were treating a patient, what symptoms would you look for, if any?**

A Nonspecific. I mean, patients with lymphoma have frequently come in with fever, fatigue, weight loss, enlarged lymph nodes, cough, shortness of breath, GI complaints, skin rash. I mean, there's a -- nothing specific in the symptom complex that would lead you to a diagnosis. Usually a patient like that you would do -- you'd check the lymph nodes, realize they were enlarged, and you'd probably send them to the surgeon for pathology, you know, a biopsy, pathology exam, do a chest x-ray, do

liver function studies, do CBC, you know, all the normal things you do to work up a patient, but the diagnosis would ultimately be determined by the pathologist.

**Q And CLL, any difference in determining the diagnosis?**

A Well, they often don't have elevated enlarged lymph nodes, they have elevated lymphocyte count in their blood count. But, again, it would be by diagnosis. If you look in the peripheral blood with a microscope, you might find blasts in their -- lymphoblasts, if they have acute lymphoma, lymphoblasts, but if it's chronic, it's usually in the bone marrow that you make the diagnosis. So you biopsy the bone marrow and look at their bone marrow cells, because that's where you'd see the leukemic cells, the cancer cells of the blood-forming organs.

**Q Does this case have anything to do with pesticides?**

A I'm not aware of any relationship to pesticides.

**Q The Quintana article, 2004, does that deal with pesticides?**

A Well, you're asking me to say from memory.

**Q No. You can look at your --**

A Q-u-e-n-t-a?

**Q Q-u-i-n-t-a-n-a.**

A Q-u-i-n?

**Q Q-u-i-n.**
A I'm not finding it.
**Q You don't have it there?**
A Well, I didn't find it in the report. Let's see if I can find it. I see it in the list of articles.
**Q Right. Does that deal with pesticides?**
A Yes. I think I told you earlier that there is a link between pesticides and NHL that's been described. I didn't -- I don't think -- I can't find it in my report. Maybe --
**Q Quintana is on page 19.**
A Page 19, you say?
**Q Yeah.**
A I don't know why that got snuck in there. It obviously isn't relevant to the question at hand.
**Q Okay. Is the Eskenazi, E-s-k-e-n-a-z-i, article you cite, does that deal with pesticides, do you know?**
A Yeah. His paper deals with pesticides. I don't know why they snuck their way in. I'm trying to find my page 19. Let me see if I can see any possible reason why they might have been mentioned.
Well, Eskenazi has to do with the age differences. This is not relevant in this case.
**Q Okay.**
A It just -- there's a paragraph that snuck in here

about the children being at different risks.
Quintana, in the same page you say, page 19?
**Q Yeah. Quintana is page 19.**
A It shouldn't have been in there, really. It's not that relevant.
**Q Okay. On page 19, at the bottom, of your report, you talk about, looks like, Xu, X-u, and Zenz, talking about young children and pregnant women.**
A Uh-huh. Yeah.
**Q Is that pertinent, those studies, in this case?**
A I'd say no. I'd say it's a general point, but it doesn't apply to Ms. Pluck, per se.
**Q All right. David Savitz, you cite his article. Are you familiar with that name, Savitz, S-a-v-i-t-z?**
A I'm familiar with the name. I'm just looking for why we have his name in here. Yeah, he did a study of lymphoma.
**Q Do you consider him an industry expert?**
A I don't know. I don't recall what his affiliation is.
**Q Okay. Does this case deal with chlorophenol?**
A No. Chlorophenol is not relevant.
**Q How about phenacetin, acetaminophen?**
A No. Those have been linked to lymphoma, but they're not relevant to this case.

**Q In the Scherr, S-h-e-r-r (sic), study --**
A I don't see that name. Let's see. Spell it again.
**Q S-c-h-e-r-r.**
A What's the question?
**Q If you go to Table 2 -- do you have that article in your computer there?**
A Table 2?
**Q Yes.**
A Okay. What's the question?
**Q Is gasoline or kerosene -- what was -- was that statistic -- was that associated with non-Hodgkin's lymphoma?**
A No, gasoline was not.
**Q What about --**
A According to this.
**Q And benzene?**
A Benzene was increased.
**Q Was it statistically significant?**
A No. None of the associations in this study were statistically significant.
**Q Could you go to page 55 -- 5506 S.**
A Okay.
**Q Starting with the last paragraph --**
A The discussion, you mean?

Q Yeah.
A Okay.
Q It says,
"We do not observe an increased risk for those exposed to benzene," then it says,
"The association between lymphoma and benzene has been reported by Vianna and Polan where they compare the proportional mortality rate for lymphoma among those who had worked in an industry that used benzene with a rate for those who worked in all other industries. A review of the article showed that the strength of their association was strongly supported by an increased risk of a disease presumably due to benzene for woodworkers and farmers. Subsequently it has been suggested that the increased risk among woodworkers and farmers may be due to other agents. The later study also found no increased risk with exposure to benzene."
Would you agree with that explanation of the, or

**discussion of the Vianna study?**

A Well, I'd have to go back and look at the Vianna study. But the whole point about including these studies is that they are consistent with the whole literature. We don't rely just on this one study. That's what I meant by saying we look at all the evidence and try to figure out what's going on.

**Q Is Scherr --**

A Obviously this paper is not definitive in any way. It's just consistent with the much stronger evidence which is now coming forward. And, by the way, even Vianna did not do a complete review of the literature, even as of '92, but it's okay.

**Q In this study by Scherr they found no association with benzene?**

A That's not true. They had a 20 percent excess.

**Q That's right. They did not find a statistically significant association?**

A They didn't find a significant excess of anything. All their findings were not statistically significant, which is not unusual in these types of studies where they have small numbers.

**Q Would you consider Scherr to be an industry person?**

A I don't -- what's his affiliation? Yeah, he

doesn't say why he did the study or if anybody supported it. Let's see.

**Q He's -- I think he's with -- I think it indicates he's with Harvard, Harvard Public Law.**

A Well --

**Q Not Public Law, Public Health.**

A Everybody is with something. But the question is why did he do the study. And he doesn't say too much. It says he was supported by a government grant.

**Q Okay. With regard to his review of the Vianna study, are you in a position to agree or disagree with that?**

A Well, I've already told you that this is not the evidence on which we are basing the opinion. This is just simply one of the articles that I had in my database. We commented on it. It's certainly consistent with all the other evidence that does show an excess of NHL from benzene exposures. I mean, we know -- sitting here in 2009, we know a lot about benzene and its effect on people than we knew back in -- whenever this person did this study.

**Q Right.**

A I've never seen his name before or since. It says that after this paper was published he went to work for the Aging Studies Branch of the National Center For

Chronic Disease and Prevention and Health Promotion. So, you know, I don't think -- I don't think he's a person with all that much interest in this subject, unlike others.

**Q That's pure and utter speculation, right?**

A I'm just saying I've never heard of him before or since, that's what I'm pointing out, whereas a lot of these other studies that we were talking about, people have spent their whole lives studying this question of benzene toxicity.

**Q And published?**

A And published, yeah. I'm not saying that there's anything wrong with this paper, but I don't think it's the definitive work.

**Q We're not going to go through every single article that you cite on your report.**

**MR. MORRISON:** Good. Let's take a break.

**MR. AGATI:** Okay.

(Recess.)

**THE WITNESS:** There's a main paper I noticed that really should be here --

BY MR. AGATI:

**Q What are you doing?**

A Well, it's a 2007 paper --

**Q Wait, Doctor. Before you do anything on**

**Exhibit 2, I don't want you to do anything on Exhibit 2.**

A How can I? I can't do anything to Exhibit 2. What are you talking about?

**Q Well, are you adding something to the CD?**

A No. I wasn't planning to. Why would you be so worried about me adding something to the CD?

**Q Because I'm trying to make sure we understand what the exhibits are and what they --**

A If I add something to it, why would that be a problem?

**Q If you want to add another one, that's fine, as Jack knows, our position is any article that was not cited in the report will be moved to strike any reliance on. Now, that's not an issue for you, Doctor. That's an issue for Jack.**

A So the courts, they have ruled that new evidence cannot be introduced after --

**MR. MORRISON:** I guess so.

BY MR. AGATI:

**Q Well, new evidence -- let's see. I'm looking at articles from '94, that you're throwing up here, a whole library, and you did your report in '06, the reports were due in '08, you had plenty of time to supplement. That will be our position.**

A Well, I understand.

**Q As I said, it's not your concern.**

A I didn't prepare it in '08, I didn't touch this case in '08.

**Q Right. Someone else has a responsibility. That's why I said it's not your issue, Doctor.**

A Uh-huh. Okay. I think you got a copy of that Smith report, 2004.

**MR. MORRISON:** Martyn Smith?

**THE WITNESS:** Martyn Smith's paper that I gave you on Tuesday.

**MR. MORRISON:** I may. I don't know if I brought it with me.

**THE WITNESS:** I think we should add it to our list here, if you can.

BY MR. AGATI:

**Q You're not adding anything to the list. You can mark it as an exhibit. But I think your Martyn Smith paper, you may have already cited that document. Maybe that was Dr. Landolph.**

A Well, he did a review of the link between benzene and non-Hodgkin's lymphoma, which I don't have it with me here, where he did a review of the literature. I think it was 2005 or '-6.

**Q It was 2004.**

A 2004?

**Q Yeah. Again, that was a literature review?**
A Yeah, where he looked at all the different articles, and I think he also did some analysis, if I remember correctly.
**Q That was -- again, it was published in 2004?**
A I think so.
**Q You did your report in 2006?**
A Yes.
**Q Doctor, have you ever received any government grants to study benzene?**
A No.
**Q Have you ever received any government grants to perform any epi studies?**
A No.
**Q There is a book where you are the editor, it's called "Human Toxic Chemical Exposure," that you list in your CV?**
A Yes.
**Q Is that still in circulation?**
A It is a book that we published at the toxicology lab for our customers to interpret the biological monitoring data that they were receiving. In other words, the lab was set up originally by me in 1985, to do tests of human exposure to organic solvents, PCBs, heavy metals, pesticides, and in order to help doctors interpret the

data, because, as I told you, most doctors don't get any training in this area, we prepared that book, and -- it wasn't sold, it was distributed to the customers of the lab to interpret the data.

**Q Do you have any left over?**

A I can -- I have copies of the book, yes.

**Q So when it says "Specific Toxicology Labs," the publisher was you?**

A Yeah. It was a self-published book on the topic of human toxic exposures, as I've told you, to interpret biological monitoring data.

**Q Okay. I'm going to mark 13.**

**(Dahlgren Exhibit 13 marked.)**

**BY MR. AGATI:**

**Q Exhibit 13, is this the Drinker study you've been referring to, the 1943 Drinker study.**

A Yes.

**Q Can you show me, in that paper, where Drinker was trying to determine an odor threshold.**

A Well, I think it says here the threshold toxicity of gasoline vapors, so he was -- he started at --

**Q Well --**

A -- one level and he went down until he didn't get any more symptoms.

**Q Right. Well, I want you to show me specifically**

**where he studied odor thresholds as opposed to threshold toxicity, because as I read it, and I could be reading it wrong, Doctor, as I read the paper there were various experiments done and the experiments were where people would walk into a room and there would already be gasoline vapor at a certain level as soon as they entered.**

A Correct. There was a set concentration and he put them in the different rooms and then observed what their symptoms were.

**Q Okay. What were the set concentrations for each experiment?**

A Well, it looks like it was from, what is it, someone has written here 270.

**Q Those were my notes, I think that is -- isn't that right?**

A I think that's correct, yeah. I think that's consistent. So they ranged from 270 to 140.

**Q Of ppm?**

A ppm, yeah.

**Q Okay. So in any of those experiments did he run a test where he had someone sit in a room, then started increasing the exposure and say, does anyone smell it?**

A That's not the way he did it.

**Q Okay. So is it possible, then, based on the manner in which those experiments were done that the**

**gasoline odor threshold is actually lower?**

**MR. MORRISON:** Objection to the form of the question.

**THE WITNESS:** Well, we talked about this earlier. We're talking about an average level. Some people will smell at one level, some at another. The one here that four out of the eight people at 150 noticed -- described an odor of weak gasoline, three of strong gasoline, so seven of the eight described the smell of gasoline.

BY MR. AGATI:

**Q Right.**

A Four, the majority -- I'm sorry, five of the eight, the majority, described it as weak, three as strong, which is individual variation, four subjects lost the smell during the day, after two hours, one late in the afternoon, which is consistent with if you're around something, it's not uncommon for olfactory fatigue to occur and you stop noticing the odor. But as you notice, they did have some complaints, but they were in it for -- I forget how long they were in it, but they were in there for quite a while.

**Q Would you conduct that experiment today?**

A I wouldn't, no, because I wouldn't want to expose people to those chemicals at those concentrations. But I think, in 1943, there was a little different knowledge

about the toxicity of the ingredients in gasoline and, you know -- I don't know really what motivated Dr. Drinker to do this, but he did.

**Q Right. But back to my example -- not example.**

**Just so we're clear here, the experiments were conducted in a manner in which he had people enter a room at a certain level where the gasoline concentration was already at a certain level?**

A Yes, that's right, that's the way he did it.

**Q Okay. Have you ever run an odor threshold experiment?**

A No.

**Q Are you aware of any other literature that reports odor thresholds of gasoline?**

A I don't recall any offhand. That study I quoted to you this morning, Amoore, A-m-o-o-r-e, he looked at components in the gasoline. I don't think he looked at the mixture.

**Q Okay. Do you know if Drinker's study has ever been used by any governmental agencies regarding odor threshold determinations?**

A I don't know.

**Q I'm going to hand you what we'll mark as Exhibit 14 -- I won't mark that.**

**Okay. Exhibit 13 was the Drinker study, right?**

**MR. MORRISON:** Uh-huh.

BY MR. AGATI:

**Q We'll hold off on Exhibit 14 for a bit.**

**Exhibit 14, Doctor, is a fax that was sent from your office to my office today, it is three -- the fax was originally actually five pages, but we've marked your invoices as a separate exhibit.**

A Uh-huh. I understand.

**Q But this exhibit contains three pages, right?**

A Yeah.

(Dahlgren Exhibit 14 marked.)

BY MR. AGATI:

**Q It was faxed this afternoon, right?**

A That's right.

**Q On page 2 you have "Travel to New Orleans," I think, is that right, N-O?**

A Page 3, you mean?

**Q Page 3 of Exhibit 14, it says "Travel to NO"?**

A I just had some paper sitting next to my phone and I wrote a few notes to myself. I don't think that page is relevant to this case.

**Q I'm just trying to make sure. "Heather Ostrow," I think that's what you wrote up there.**

A Yeah. Just another note to myself about something else.

**Q "Alessa to New York"?**
A Uh-huh.
**Q That has nothing to do with this case?**
A Nothing to do with this case.
**Q "Refer for testing." What's that about?**
A That's not to do with this case.
**Q "Root canal."**
A Uh-huh.
**Q I take it nothing to do with this case?**
A Nothing to do with this case, no.
**Q It says "Need money."**
A Nothing to do with this case.
**Q "Fred laptop." What's that?**
A Which?
**Q It says "Fred laptop."**
A Again, has nothing to do with this case.
**Q "Intermittent" -- what does it say, "intermittent" what?**
A "Motherboard."
**Q Anything to do with this case?**
A No.
**Q 998, the number, anything to do with this case?**
A No.
**Q "Compare our data to census." Is that what that says?**

A Uh-huh. That's right.
**Q Does that have anything to do with this case?**
A No.
**Q Then it says "Age, income, gender, race." Does that --**
A Those are demographic variables. Nothing to do with this case.
**Q Then there is, finally, on this second page, it looks like some sort of --**
A Calculation.
**Q -- calculation.**
A Uh-huh.
**Q Does that have anything to do with this case?**
A I don't know. Let me see. Like I said, I scribbled notes on a piece of paper next to my computer. I don't recall offhand what that calculation was about.
**Q All right. But that's not about this case?**
A Really nothing on that page is relevant to this case. Each scribble on that page has nothing to do with this case.
**Q "April '96 to October '96," what's that?**
A That's the months that the Plucks lived in the house before they put in the new well.
**Q "180 day"?**
A That's my estimate of six months.

**Q All right. "3.6 part per billion," what's that?**
A That was the amount they found in the water in October.
**Q Of what?**
A '96. That was reported by BP.
**Q Then you have -- what's the next -- below that you have some sort of -- I don't know what to call it.**
A Calculation.
**Q What does this calculation show?**
A I'm not sure.
**Q Okay. So I'm going -- if you don't mind, is it okay, so we're not confused, I'm going to put a box around this calculation, label it "#1," and that's the one that you just said you're not sure about?**
A Uh-huh. That's right.
**Q Okay. And I'll just -- so if someone looks at this exhibit, I'll put my initials, A.A.**
A Okay.
**Q All right. I'll put quotes "Not sure." Okay? Is that fair?**
A Yeah. I mean, I -- just glancing at it, I don't recall what the significance of that particular calculation might be.
**Q All right. Now, there's a second calculation, let's call this #2 -- and I'm writing on this exhibit.**

**What is the second calculation?**
A It would be an attempt to convert the 3.2 parts per million -- let me see. It's 3.6 -- yeah, see, this top number is mislabeled. It should be 3.6 ppm -- ppb.
**Q So -- okay. Well, let's go back to this first number, 3.6 ppm. Where do you get 3.6 ppm?**
A From Dr. Augustino's report.
**Q Okay. Assuming it was 3.6 ppbs -- strike that.**
**All right. So you got 3.6 ppms from Dr. Augustino's report.**
A Or maybe not. Maybe I should look at Dr. Augustino's report and get the accurate amount. Because I may be -- this may be right, the 3.6 ppb. I'd have to look at his report to be sure. Anyway, these notes were an attempt to look at that question --
**Q Right.**
A -- about how much exposure she would have had from the water.
**Q Let's put aside the 3.6 ppb. All right? But you wrote that, 3.6 ppb?**
A Uh-huh.
**Q You wrote this last night?**
A Yes, or yesterday afternoon.
**Q What's this equation that we have marked as -- put a box around and marked as "#2"? What does that show?**

A I don't know.
**Q Okay.**
A I'm not sure about any of these scribbles. You know, it was -- there was some mental process I was going through when I was writing those down, but I don't recall from memory now what it was.
**Q Is it okay if I write "Not Sure" again around box #2?**
A Uh-huh. Yes, I think that's fair at this point.
**Q We're going to put -- put a box around some -- I don't know what it is -- more numbers, Box 3. And, again, would you be not sure?**
A No, I'm not sure about these calculations and what they lead up to and my thinking.
**Q So "Not Sure" there.**
**Same thing, if I wrote "Not Sure" next to these numbers on -- that I've labeled as Box 4, you're not sure?**
A Nope, not sure.
**Q "Not Sure."**
**And if we group this last one under Box 5. Again, is that "Not Sure"?**
A Like I say, it just -- it was just some mental process I was going through, and I don't recall now what the significance of those numbers are.
**Q Is it okay if I write "Not Sure" for that?**

A Yeah, that's fine.

**Q That's Exhibit 14.**

**Do you know how long Ms. Pluck would take for an average shower?**

A No.

**Q The Linet paper -- no, Lindstrom paper. I'm sorry.**

A Lindstrom was the one about the gasoline and the contaminated domestic water.

**Q And the average showers that were there, that they were looking at, was 20 minutes?**

A They did 20-minute showers on three different days. That's how they did it.

**Q Do you remember what the benzene content in the groundwater well located on that property was?**

A 300 micrograms per liter.

**Q Is that 300 parts per billion?**

A No.

**Q Parts per million?**

A No.

**Q What is it?**

A 100 parts per billion.

**Q Okay.**

A Actually a little less. Probably 90.

**Q Is that the only study you're aware of measuring**

**shower benzene concentrations, if you will?**

A Off the top of my head, I don't know. There's other shower studies with other chemicals. I don't recall if there's any other benzene shower studies.

**Q Okay. All right. Are you aware of any reports of an odor threshold of benzene being .25 parts per million?**

A No.

**MR. AGATI:** Exhibit 15.

(Dahlgren Exhibit 15 marked.)

BY MR. AGATI:

**Q Did you cite the -- is this the ACGIH gasoline summary document?**

A Are you asking me if I cited it?

**Q Yeah.**

A I don't think so, no.

**Q Okay. But does that indicate, on page 1, an odor threshold of .25 parts per million?**

A Yeah, it does.

**Q Okay.**

A They cite the Coast Guard study.

**Q Okay.**

A Which is available through the -- supposedly the Government Printing Office in 1985.

**Q Okay.**

A I've never seen a report of that low a value.
**Q Okay. Well, you cited this article, didn't you, in your report?**
A I don't recall citing it.
**Q Do you want to check in your references?**
A All right.
**Q It would be Exhibit 2.**
A Yeah, I guess I did quote the ACGIH 2001 document.
**MR. AGATI:** Okay. Let's take a 15-minute break.
**MR. MORRISON:** Okay.
**MR. AGATI:** I need to look at my notes, and then also -- I just need to look at my notes.
(Recess.)
BY MR. AGATI:
**Q Dr. Dahlgren, you were looking for a -- was it a Smith article?**
A 2004, the review article on non-Hodgkin's lymphoma that he wrote.
**Q By Martyn Smith?**
A Yes.
**Q 2004?**
A Well, you said 2004. I was trying to remember what year it was.
**Q Yeah. Because I -- was it 1996?**

A No. It was much more recent than that. It was in the 2000s. I just -- I don't see it here in any of our --

**Q Yeah. Because I don't see the 2000 (sic) Smith article even in Landolph's citations.**

A Well, let me look. Maybe it is.

**Q Are you thinking of Mehlman as opposed to Smith?**

A Well, Mehlman certainly has some relevant literature review on the subject.

**Q Okay. So you are talking about Smith?**

A I'm talking about --

**Q Martyn T. Smith?**

A -- Martyn T. Smith.

Exactly. Let me -- I don't know. Probably there's -- as usual, there's always something that you don't remember to bring.

Yeah, I -- looking at all these Smith papers on this, and none of them are the one about non-Hodgkin's lymphoma. It just isn't here today. That's all. I thought I gave a copy to Mr. Morrison on Tuesday.

**Q I don't have that one. I thought I did. I apologize. So I do not have that one. It was not in your report, right?**

A It wasn't in the report, right.

**Q You don't have it with you today?**

A I don't have it with me today, correct.
**Q Okay.**
A He's got the Mehlman 2008 paper, I believe. Do you have that one? So we can attach it to the deposition.
MR. MORRISON: No.
**THE WITNESS:** Because it covers Smith's review, and it references some tables.
BY MR. AGATI:
**Q Okay. That's not in your report of 2008, obviously.**
**Do you have that one, Jack?**
**MR. MORRISON:** What's that?
**THE WITNESS:** The Mehlman 2008 paper.
**MR. MORRISON:** Uh-huh.
**MR. AGATI:** So that I can refer to that. Okay.
**MR. MORRISON:** There's Mehlman.
**MR. AGATI:** This is what we'll do. Let's take a little break.
**THE WITNESS:** Okay.
BY MR. AGATI:
**Q Well, this isn't the Mehlman 2008 paper.**
A It's 2004. It's an earlier one. So there's an updated one. But I believe he has a whole section on NHL, which is obviously relevant. And his table --
**Q Did Mehlman in 2004 just summarize --**

A Literature.
**Q Okay. That's all -- here's my question. Did he do a -- you referred to a meta analysis?**
A Well, that's what Martyn Smith did.
**Q Did Mehlman do a meta analysis?**
A I don't think so. He just listed all the studies and showed the odds ratios and the statistics.
**Q All right.**
A It's certainly relevant, but there's not a meta analysis, per se.
**Q Okay. It's not a meta analysis, period?**
A Correct. I mean, you could say it's an extensive literature review.
**Q Okay. Did Mehlman, in 2008, do a meta analysis?**
A That's my recollection, that he did do a combination of --
**Q Here's my question. Do you have the Mehlman '08 paper today here with you?**
A Well, I -- let me look and see if I do. Yeah, I have it here. I could --
**Q Where do you have it when you say you have it?**
A I have it on this disk.
**Q It's not -- it's on your, what?**
A I don't think it's -- it may be on this thing. I'd have to look there and see. Should I look and see?

Q Let's go off the record. Let's take a 15-minute break. I'll go look at this myself. I'm going to look for the Mehlman '08 and the Martin '04.

A Okay.

Q In the meantime, if you can have the Mehlman '08 -- I was going to say faxed here, but --

A We could print it from here.

MR. AGATI: Let's just take a 15-minute break.

(Recess.)

BY MR. AGATI:

Q Doctor, we're back on the record.

One of the things we looked for was a Martyn T. Smith article you had thought was published in 2004, but after looking at benzene articles provided on Exhibit 1, the article that you were referencing was actually dated in 2007 by Martyn T. Smith, right?

A Yes, sir.

Q And that article is not in your report, right?

A Correct.

Q That article -- can you just give us the title and the publication.

A "Benzene exposure and risk of non-Hodgkin's lymphoma," published in the journal called Cancer Epidemiology Biomarkers and Prevention, Volume 16.

Q Okay. And Martyn T. Smith did not do a meta

**analysis in that paper, correct?**
A No, he did not.
**Q Okay. You also had referred to a 2008 Mehlman paper?**
A Yes, sir.
**Q Do you know where it was published?**
A European Journal of Oncology.
**Q Do you know when it was published?**
A 2008.
**Q Do you know when in 2008?**
A Well, it was received on November 16th and published on December 18th --
**Q Okay.**
A -- or accepted on December 18th. So it was -- of 2007. Published in Volume 13, pages 7 to 19 in 2008.
**Q Okay. Is there a meta analysis performed in that paper?**
A No. He did the same thing that Dr. Smith did. He has -- well, let's see, in this particular paper, different than '04, he doesn't have a whole table of -- he refers to his earlier paper, which has the table with all the -- the 2004 paper with all of the citations. Dr. Smith's paper has tables with all the NHL papers.
**Q We've marked the Mehlman paper as Exhibit -- the 2008 Mehlman paper as Exhibit 16.**

**(Dahlgren Exhibit 16 marked.)**

**BY MR. AGATI:**

**Q .14 parts per million, is that 140 parts per billion?**

A Yes.

**Q I have nothing further for you, Doctor.**

**MR. MORRISON:** All right. He'll read.

**MR. AGATI:** And I just want to put on the record, Jack, that, as you know, we have a difference of opinion regarding what articles are fair game and not. I understand your position. I think you understand mine. I just also want you to know that with regard to questioning regarding the, quote, dose reconstruction, unquote, I did go ahead and ask those questions, but we are reserving our right to simply strike it as being non-disclosed, just so you know that. Okay?

**MR. MORRISON:** Well, you've made a statement. I heard your statement. Obviously I disagree with you.

**MR. AGATI:** Right.

**MR. MORRISON:** That's fine.

**MR. AGATI:** I -- just so you understand that, but --

**MR. MORRISON:** Very good. He'll read.

**MR. AGATI:** Okay. Thank you.

///

I, JAMES GEORGE DAHLGREN, do hereby declare under penalty of perjury that I have read the foregoing transcript; that I have made any corrections as appear noted, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

EXECUTED this _____ day of _____________,

20____, at _________________________, ________________.

(City) (State)

_____________________________________

JAMES GEORGE DAHLGREN

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [X] was [ ] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: MAR 02 2009

Cheryl R. Kamalski

CHERYL R. KAMALSKI
CSR No. 7113

## A

**aberrations** 4:12
**ability** 88:6 94:16
**able** 88:5,21 99:7 107:2
**abnormality** 59:10
**abnormally** 71:4
**absence** 39:15 132:8
**absent** 24:23
**absolute** 103:9
**absolutely** 14:12 44:4 53:12 93:21
**abstract** 129:2,17
**absurd** 22:22
**accept** 66:23
**acceptable** 44:3,11 45:10 50:24 67:15
**accepted** 66:25 161:14
**accidentally** 131:12
**account** 90:4,14,19 93:9 121:18
**accumulated** 32:4
**accurate** 53:1 107:11 126:2 152:12
**acetaminophen** 135:23
**ACGIH** 155:12 156:8
**action** 164:16,17
**active** 22:24 23:6 28:8
**activities** 9:12 10:16,17 100:4
**activity** 97:12
**actor** 73:8
**actual** 13:1 29:3
**acute** 133:11
**add** 106:15 141:9 141:11 142:13
**added** 132:9
**adding** 141:4,6 142:16
**addition** 112:3
**additional** 34:7 64:18 68:14,15 69:18,20 112:5,5 126:13 132:11
**address** 30:3,17 54:14 64:11,19 116:10 123:2
**addressed** 55:6 127:15
**adds** 28:17,22
**adduct** 119:5
**adducts** 80:22 118:9,22,24
**adequately** 70:6
**adjust** 121:21
**adjusted** 121:11 122:19
**administered** 6:5
**admitted** 106:11
**Adobe** 111:10,21
**adult** 75:20
**adults** 54:23
**advanced** 124:25
**advantage** 99:4
**advantages** 99:6
**adverse** 24:21 50:17
**advertise** 84:11
**affect** 110:13 121:23 122:14
**affiliated** 99:10
**affiliation** 135:20 138:25
**Africa** 88:16,20
**afternoon** 146:16 148:13 152:23
**AGATI** 3:9 4:5 6:9 16:3,9 38:14,19 54:7 63:20,22,24 73:24 108:4,7,17 109:5 114:2 117:17 119:19 120:2 123:1 124:4,17 127:6 128:9 130:25 131:2 140:18,22 141:19 142:15 144:14 146:10 148:2,12 155:9 155:11 156:10,12 156:15 158:8,15 158:17,20 160:8 160:10 162:2,8 162:19,21,24
**age** 21:24 22:16,17 75:4,18 99:1 121:2,22 129:21 134:22 150:4
**agencies** 65:21 66:19 147:20
**agency** 83:20
**agent** 70:4 71:19
**agents** 23:20 56:17 75:9 97:7 137:21
**ages** 21:25
**aggravating** 106:19
**Aging** 139:25
**ago** 9:5 39:11 43:9 61:21 87:6 95:25 96:1 98:25 106:8
**agree** 65:5,7 89:13 137:25 139:11
**agreed** 42:13
**agreement** 101:10
**agrees** 28:11
**ahead** 82:15 126:19 162:14
**AIDS** 23:13,13,17
**AIG** 11:4
**air** 25:9 26:4 28:21 29:1,10 31:3,15 38:17,18 45:16 45:21 53:2 68:2 69:14
**Akron** 3:6 30:5
**al** 4:13,15,16,18,20 5:7,8
**alcohol** 121:5
**Alessa** 149:1
**Allen** 5:6
**allergies** 129:23
**allotment** 115:13
**allows** 39:25
**alluded** 19:6
**Amer** 3:4 4:21 111:18
**America** 111:8
**American** 43:1 51:22
**Americas** 3:10
**AML** 79:24,25 80:2
**Amoore** 39:4,8 147:16
**amount** 27:19 28:8 28:24,25 29:2 33:13 38:16 56:17 65:9 71:17 101:18,19 151:2 152:12
**analogy** 91:8
**analysis** 33:6,20 69:24 80:9 87:9 119:13 121:19 143:3 159:3,5,10 159:11,14 161:1 161:16
**analyzed** 103:7
**analyzing** 102:21
**Anderson** 62:13
**Andrew** 3:9 4:20
**anemia** 42:21 59:20 129:23
**Angeles** 1:16 2:18 6:1 11:15,15 25:7 30:8
**angiosarcoma** 58:9 58:11
**animal** 60:17 65:25 66:6
**animals** 70:22
**answer** 19:17,21 40:22 54:12 85:22 108:2 112:17 118:13
**answers** 6:19 40:24
**antibiotics** 97:4
**antibodies** 23:3 88:10
**anybody** 53:11 63:13 85:12,15 106:2 139:1
**anybody's** 88:12 107:25
**anymore** 32:14 61:21
**anyway** 64:9 129:13 152:14
**API** 59:4 60:1,1,5
**aplastic** 42:21 59:20
**apologize** 61:5 82:15 157:22
**apoptosis** 71:2,3
**apparently** 81:8 99:20 111:19 124:20 131:6
**appear** 75:17 163:11
**APPEARANCES** 3:1
**appears** 128:20 131:8
**applied** 130:2
**apply** 99:23 135:12
**approached** 12:5
**approximate** 56:3
**April** 30:21 126:16 150:21
**AQMD** 25:7
**aquifer** 68:11
**area** 8:2,18 10:6 18:18 20:25 26:17 30:8,10 46:2 144:2
**areas** 30:9 46:4
**argue** 40:3 52:12
**argument** 88:3
**arising** 48:20
**article** 22:23 62:15 63:5 73:20 78:7 80:18,20 110:17 119:1,3,4,16,21 120:8,20 128:5 130:4 131:21 133:19 134:16 135:13 136:6 137:13 140:16 141:12 156:2,17 156:18 157:5 160:13,15,18,20
**articles** 4:9 15:19 15:20,25 16:10 16:13 41:3 46:18 58:25 69:9 81:8 81:9,11,12,18,20 99:7 100:2 109:11,25 111:4 120:17 131:13,15 134:5 139:15 141:21 143:3 160:14 162:10
**asbestos** 12:6,19 12:25 13:9 14:1 22:11 75:17
**Asia** 27:19
**aside** 87:7 152:19
**asked** 54:1 57:9 63:5 81:10 106:14 112:3 113:3 130:13
**asking** 6:19 17:10 20:15 63:4 82:10 82:10 102:24 105:5,25 133:21 155:14
**aspect** 12:25 33:3 52:20
**assessing** 90:14
**assessment** 4:23 39:13 51:17 52:16 90:4
**assistant** 61:16 95:16,17,19 126:1
**associated** 23:9,25 24:5 41:8 46:6 47:22 81:5 121:8 136:12
**association** 4:13 28:4 53:15 73:19 82:3,18,19 83:17 85:19 103:9 104:4,20 130:21 137:6,15 138:14 138:18
**associations** 136:20
**assume** 29:11 55:2 87:7,8
**assuming** 17:10 55:25 152:8
**atmosphere** 28:18
**attach** 158:4
**attached** 163:12
**attachments** 5:10
**attacks** 57:20
**attempt** 71:16 152:2,15
**attend** 96:17
**attendants** 79:20
**attention** 70:20 103:21 117:2
**attorney** 3:5,9 101:1 109:22

164:17
**attorneys** 94:11
**attributable** 103:25
**attributed** 70:11
**attributes** 127:12
**Augustino** 115:11
**Augustino's** 115:17 152:7,10 152:12
**Australian** 41:22 47:11 110:5
**authors** 61:17 79:13 119:11 127:16
**Autoimmune** 24:6
**automatic** 99:24 103:8
**available** 16:19 18:20 19:2,6,8 155:23
**Avenue** 3:10
**average** 26:4,8,13 31:5 35:18 67:4 94:24 107:9 115:23 118:16 146:5 154:4,10
**averages** 25:8 31:9 35:12
**avoid** 84:18
**aware** 26:3 31:2 39:25 52:8 59:25 60:3,4 74:17 76:19 82:2,12,17 83:15,23 85:18 87:11 88:11,13 89:9 106:3 110:8 110:9 111:3 115:17 127:18 133:18 147:13 154:25 155:5
**A-m-o-o-r-e** 39:4 147:16
**A.A** 151:17
**a.m** 2:18 6:2

**B**

**B** 4:20 48:15,16 116:19
**back** 8:17 35:1 38:5 42:22 53:10 54:7 62:17 71:16 71:22 72:23 78:16 79:4 92:20 98:6,21 102:23 106:18 108:7 113:10,17 138:2 139:20 147:4 152:5 160:11
**background** 24:25 25:5,8,10,21,23 25:25 28:12,13 29:5 45:19,23 54:9,16,23 55:16 55:20 76:4 90:20
**bad** 37:15 73:8
**ban** 58:13
**Bangkok** 46:2
**banks** 12:13
**banned** 45:7 58:4,8
**banning** 25:24
**based** 19:22 20:4 25:17 30:19 47:5 55:21 58:5,7,16 59:5,22 65:25 66:5 76:25 89:4 113:5 145:24
**basement** 68:8,8
**basic** 78:17 89:5 93:13
**basically** 34:18 41:17 43:2 58:7 68:23 75:14 97:9
**basing** 139:14
**basis** 32:22 51:17 90:25
**Batali** 79:17
**bath** 30:24
**bathing** 68:1
**battered** 91:3
**bedroom** 68:21
**began** 59:13 97:7
**beginning** 2:18 79:3
**behalf** 2:16
**Belgium** 106:7
**belief** 92:17
**believe** 21:3 43:24 54:17 55:8 59:24 67:21 68:7 75:6 79:5 80:22 87:19 88:7 89:1 125:3 126:11,18 158:3 158:23
**benzene** 4:9,11,13 4:15,17,19,22 5:4 5:12 14:19,20 15:19,24 16:10 17:4 18:5,7,20 19:20 22:5,6 24:18 25:2,14,18 26:5 27:14,16,19 28:10,11,15,21 29:9 30:2,16 31:6,11,13,14,16 31:18,21 33:9,13 33:20,24 35:7,10 35:16 36:1 38:16 38:21,24 39:7,9 40:9 41:8,19 43:3,10,25 44:12 45:11,12 46:4,7 46:10 48:18 49:18 53:7,16 55:9,10 56:4,8,24 57:4 58:23 59:12 59:13,14,20 60:17,20 61:8 64:16,18 66:24 67:1,14,18 68:6 68:12,25 70:1,3 70:13,21,21,23 71:1,3,8,9,15,17 71:19,23 72:1,4,7 72:11,16 73:2,7,8 73:11,19,20 74:3 74:20 77:21,23 80:12 81:5,9,13 81:15 82:4,20,22 84:24 85:1,19 92:4,14 93:8 95:9 98:19 107:15 108:12 114:13,19,21 115:20 116:2,6,9 116:16,20,23 117:2,3,7,22 126:17 127:5 128:10,14 129:5 129:9,14,16 130:12,22 136:17 136:18 137:5,7 137:11,17,24 138:15 139:18,19 140:10 142:20 143:10 154:14 155:1,4,6 160:14 160:22
**Benzene's** 71:17
**benzene-exposed** 24:17 42:19 46:13 56:22
**best** 52:15 53:8,13 83:5,12 92:3 93:2,9 107:12
**big** 50:22 107:20
**billing** 16:5,7,8 35:5 124:21 126:3,5,14
**billion** 25:8 26:18 26:20,21 28:20 28:20 29:6 30:8 32:6,7 36:5,10 43:12,15,15 44:7 45:5,21 49:12 50:14 72:20 76:5 78:20 151:1 154:17,22 162:4
**billions** 45:14,14
**billion-year** 30:18
**billion-years** 29:22 36:7
**biological** 53:6 143:21 144:11
**biologically** 103:3
**biology** 15:5,6,8 91:5
**Biomarkers** 160:24
**biopsy** 132:2,5,25 133:13
**Birkett's** 88:17
**bit** 21:23,23 27:17 89:17 91:3 94:22 126:10 148:3
**bits** 103:18
**blasts** 133:10
**blood** 33:13 42:24 48:10,18 49:4 122:7,9,11,17,18 133:8,9
**blood-forming** 133:15
**BMI** 121:8
**board** 7:12,14,17 62:18 63:13,16
**body** 92:2,3 121:8
**Bollati** 4:18 122:21
**bolts** 93:13
**bone** 42:3 43:23 46:14 48:12,13 48:15 56:22,24 59:13 72:21 78:21 110:19 121:24 132:6 133:12,13,13
**book** 143:15,20 144:2,6,9
**boot** 108:19
**borrow** 123:18
**boss** 130:17,18
**bottom** 121:12 127:22,23 135:6
**box** 151:12 152:25 153:7,10,11,17 153:20
**BP** 1:7 2:7 4:9,10 111:8 117:9 151:5
**BP's** 17:25 33:1 35:9
**Bradford** 89:4 90:23 91:1,9 102:23
**Branch** 139:25
**break** 7:5 35:3 38:3 54:4 108:5 122:6 140:17 156:10 158:18 160:2,8
**breakdown** 11:6
**breath** 29:4 132:19
**breathing** 29:2 68:2,5,9
**briefcase** 37:19 38:6 41:3
**briefly** 122:6,23
**bring** 15:13,16,20 16:7,8 41:11 157:16
**brings** 48:1 96:12
**brought** 11:17 15:16 33:20 37:17 59:23 68:18 111:5 124:8 142:11
**building** 13:15
**buildings** 25:24
**bunch** 104:10
**Burg** 5:5 128:12,18 130:13
**bystander** 28:1
**bystanders** 27:23
**B-cells** 48:8

**C**

**calculate** 40:8
**calculated** 30:4 36:5,19 45:23
**calculating** 34:13
**calculation** 30:19 34:12,22,25 38:16 40:21 55:25 150:10,11 150:16 151:8,9 151:13,23,24 152:1
**calculations** 40:16 153:13
**calculator** 34:13 34:15
**California** 1:16 2:18 6:1 43:8 45:3 101:7 164:2
**call** 11:14 82:23 151:7,25
**called** 9:4 18:4 45:3 48:16 57:18 71:7 87:2 88:16 90:24 94:25 96:6 103:9 105:9 109:8,16,24 111:7 118:5 123:22 143:16 160:23
**canal** 149:7
**cancer** 9:10,12 10:4,5,21 18:8,11 19:11 22:17 27:24,25 32:15 34:10 42:1 43:11 46:16 50:20 56:15 65:18 66:1 70:22 71:6 86:23 87:1,2,8,12,13,14

88:6,21 104:5,12 105:12 106:3 107:8,14,19 117:25 118:1 119:5 130:10 133:15 160:23
**cancerous** 48:21
**cancers** 18:6 23:14 42:24,24 56:20 56:21,23 66:25 71:10 80:4,4 103:23 105:18 132:12,13
**carcinogen** 5:12 57:1,3,4,5,8 66:14 67:8
**carcinogenic** 4:22 56:17 73:5 75:8 104:1 126:17 127:5
**carcinogens** 65:17 65:19
**care** 109:2
**career** 89:6
**carefully** 53:5 82:25
**Carla** 125:4
**carry** 23:3 111:16
**CAS** 5:11
**case** 4:20 11:11,12 11:19,24,24 12:6 12:8,10,19 13:7,7 13:9,10,16,17 14:1,4,7,16 16:12 32:24 34:4 35:8 37:22 38:6 39:19 40:2,18 41:5 55:7 59:6,7,7 68:19 80:2 85:1 85:2,5,6,16 90:2 90:13 97:17,20 97:21 100:21 101:4 108:11 109:15 112:12 115:4 123:11 124:16,20 125:3 131:10,15 132:11 132:14 133:16 134:23 135:10,21 135:25 142:3 148:21 149:3,4,6 149:9,10,12,16 149:20,22 150:2 150:7,13,17,19 150:20 164:13
**cases** 11:7 13:12,23 13:24 21:22 22:1 33:5 39:21,24 40:1 47:21 52:2 58:16 59:8 83:25 98:4,11 101:3
105:2,7,10
**catalytic** 115:3
**catch** 47:16
**category** 118:4
**causation** 57:17 90:15,17 91:14 91:16,19,23 92:1 92:10
**cause** 12:8,20 23:1 23:6,16 24:21 26:22 70:21,23 75:9 87:9 88:20 91:7 105:7,8,11 105:12,19,19,20 106:1 107:22 122:4
**caused** 41:19 55:8 55:9 56:12 64:16 64:18 70:1 74:7 74:9,16 122:1
**causes** 24:23 32:5 56:20 97:24 105:13,22 106:6 107:19 122:2
**causing** 24:1 46:5 71:8,10,21 72:1 74:12
**CBC** 133:1
**CD** 4:9,10 15:16 16:10 81:8 108:9 108:10 111:23 112:9 141:4,6
**cell** 21:6 48:19 122:7,18
**cells** 42:3 43:23 48:15,17,17,20 48:20 71:4,6 122:17 132:8 133:14,15,15
**cell/CLL** 49:3
**cement** 71:19
**census** 149:24
**center** 4:23 106:3 139:25
**centers** 132:10
**century** 39:23
**certain** 7:25 8:9 18:23,25 19:19 23:3 24:14 45:20 66:15 79:18 105:2,18,25 145:6 147:7,8
**certainly** 20:25 39:14 75:19 78:16 89:1 118:16 139:16 157:8 159:9
**certainty** 18:25 19:18,25 30:1,16
**certified** 2:20 7:12 7:14,17 164:1
**certify** 164:2,15
**cervical** 86:18
**change** 47:5 62:23 100:4 110:8 111:2,3
**changed** 51:9 60:2 97:9 100:12,13 110:10,12,21,25
**changes** 4:17 19:12 19:15 38:9 42:3 42:7 46:5 50:15 54:22 72:22 79:19,23 96:14 110:19 117:21 123:17
**changing** 78:17
**chapter** 89:8,11,14 89:17,18,20,23 90:5,17 91:21 92:8,8,13,18 93:11,17
**chapters** 90:12,17 90:20
**characterize** 72:4 73:14 82:24
**charcoal** 45:8
**charge** 99:25 101:11 128:12
**charged** 100:14,24
**charges** 124:16
**charging** 101:13 108:18
**chart** 115:19
**check** 126:20 132:23 156:5
**checked** 33:16 109:14
**chemical** 18:15 45:2 56:19 92:4 143:16
**chemicals** 52:18 70:19 80:11 91:7 146:24 155:3
**chemistry** 14:25
**chemo** 87:16
**Chemosphere** 80:21 119:1
**chemotherapeutic** 23:20
**chemotherapy** 19:14 23:19
**CHERYL** 1:21 2:20 164:23
**chest** 132:25
**childhood** 23:21 54:19 75:19
**children** 23:20 46:1,3 135:1,8
**China** 72:18
**Chinese** 49:18 51:13,15,20 52:7
53:7,16 55:3 72:14 73:10 78:19 83:4
**chloride** 58:9
**chlorophenol** 135:21,22
**chromatograms** 33:21,21
**chromatographs** 33:22
**chromosomal** 4:12 38:9 117:21 132:13
**chromosome** 119:13
**chromosomes** 79:19 118:3 121:15
**chronic** 21:7,10 70:11 87:18 133:11 140:1
**cigarette** 25:20 26:1 28:4,5,9 56:11,14,20 103:22,24 121:4
**cigarettes** 25:22,25 28:11,15 56:16
**circulation** 143:19
**citations** 127:1 157:5 161:22
**cite** 16:11 37:13 59:1 112:25 128:5 131:3 134:17 135:13 140:16 155:12,21
**cited** 46:18 81:7 109:11 114:7 126:18,19,22 130:20 131:4,6 141:12 142:18 155:14 156:2
**cities** 45:22
**citing** 112:24 156:4
**City** 163:16
**claims** 25:7
**class** 96:4
**classes** 9:6
**classifications** 49:7
**classified** 56:25 57:4,7 67:7 123:21
**classify** 57:6 132:13
**classifying** 57:3
**clean** 19:16 71:18
**clear** 43:14 67:21 74:14 87:21 98:13 122:5 147:5
**clearer** 20:11
**clearly** 18:14,22
19:21 32:17 51:2 79:7 83:4,12 116:7
**clinic** 96:24
**clinical** 95:16,17 95:20 96:8,13 99:13,14
**CLL** 21:13 22:24 23:9 24:10 36:24 85:19,21 88:1,3,8 88:15 108:2 123:15 130:6 133:4
**close** 54:20 111:6 113:22
**closer** 89:15
**closest** 89:24
**Coast** 155:21
**codified** 57:15 103:12
**cohort** 117:24
**collected** 33:7 34:2 39:8
**collection** 33:10 89:25
**combination** 159:16
**come** 13:21,22 14:14 22:22 26:15 44:6 88:20 96:10 105:22 132:18
**comes** 70:25
**coming** 32:6 68:9 81:24 138:11
**comment** 51:5 78:13,15 112:25 113:1
**commented** 78:4 130:10 139:16
**comments** 46:24 47:2,4 62:17,19 62:21,23 63:2,6,9 128:1
**committee** 43:1 60:2 99:13
**common** 53:18 56:15,21,23 59:3 118:1 121:22
**communicated** 94:9
**communication** 94:10
**comp** 97:19,22,25
**companies** 10:18 10:24 11:2,3,4
**company** 1:7 2:7 11:21 41:13 61:19 62:1
**company's** 116:1
**compare** 137:8

149:24
**compared** 28:10 29:13 46:12 52:19 118:24
**comparing** 83:7 102:7 117:25
**comparison** 102:9
**competing** 56:19
**complaint** 94:12
**complaints** 132:20 146:19
**complete** 8:24 122:8 126:2 138:12
**completion** 164:13
**complex** 132:21
**complicated** 20:3 24:24
**components** 74:11 147:17
**compounds** 39:9
**comps** 96:15
**computer** 136:7 150:15
**concentrated** 56:17
**concentration** 31:18 34:1 35:7 35:10 38:17 73:11 116:20,24 145:7 147:7
**concentrations** 31:12 117:4 145:10 146:24 155:1
**concept** 66:11,17
**concern** 142:1
**conclusion** 91:5
**conclusions** 12:18 51:10 58:3 110:11,12
**conduct** 146:22
**conducted** 60:16 129:5 147:6
**confidence** 53:24 59:2
**confirm** 112:13
**confounders** 93:6 121:2
**confused** 94:2 151:12
**conservative** 66:11 66:17
**consider** 7:11,19 7:21 19:9 44:8,9 84:14 118:11 135:18 138:23
**considerably** 67:6
**consideration** 57:19
**considered** 39:23 43:10 65:23 127:13
**consistent** 32:3 89:6 138:4,10 139:16 145:17 146:16
**constantly** 81:21
**constituents** 70:5
**constitutes** 31:3
**consulting** 10:17 10:18,20,25 96:15
**consumption** 121:5
**contain** 95:8 126:24
**contained** 31:20 163:13
**contains** 35:23 148:9
**contaminant** 81:5
**contaminants** 70:2
**contaminated** 32:9 32:25 33:1 34:8 55:14 68:2 129:14 154:9
**contamination** 13:14 67:25 68:20
**content** 31:6,11,13 115:21 116:2 117:2,3 154:14
**context** 57:10 83:11
**continued** 5:1 128:21
**continues** 121:21
**continuous** 121:3
**continuum** 102:12
**contract** 18:11
**contracted** 55:25
**contractor** 13:14 13:15
**contracts** 20:13
**contradicted** 60:15
**contradictory** 60:10
**contradicts** 89:18 89:22
**contribute** 25:18 25:21 27:5 28:6 28:8 55:14,17 70:6,19 105:13 106:16 121:17
**contributes** 25:10
**contributing** 17:12 18:2 56:8
**contribution** 27:6
**contributor** 55:15
**control** 44:13 102:20 117:1 118:25 122:14
**controlled** 121:16
**convert** 152:2
**converters** 115:3
**coordination** 125:1
**copied** 109:25
**copies** 15:23 112:6 144:6
**copy** 16:18 39:6 142:6 157:20
**correct** 47:1 60:25 100:9 101:14 108:3 114:6 115:5,6 117:15 119:2 120:14 126:1 130:3 145:7,16 158:1 159:12 160:19 161:1 163:14
**corrected** 163:13
**corrections** 163:11
**correctly** 28:17 60:12 114:15 143:4
**correlates** 76:9
**corresponds** 76:21
**cost** 45:13
**cough** 132:19
**count** 122:9,11,12 122:14,18 133:7 133:8
**countries** 25:6
**country** 26:15 45:12 107:5
**counts** 121:23 122:7
**County** 11:15 13:19 14:2,17,18
**couple** 16:17 21:21 28:17 51:23 58:1 87:5
**course** 8:16,23,24 9:1,2,3 24:15 27:9,11 46:12 53:17,20 60:7 84:16 87:15 116:22
**court** 1:1 2:1 6:24
**courts** 141:16
**covered** 91:9
**covers** 158:6
**co-authors** 61:11 119:3,4
**crazy** 93:21
**create** 65:10,14 66:1
**creates** 33:8
**Creech** 58:10
**Creek** 39:18
**criteria** 57:17,18 103:16
**critically** 93:16
**criticism** 52:4
**criticisms** 51:19 52:6,8 53:3 92:21
**criticize** 51:22,24 52:24 53:12
**crude** 25:13,17 117:3,6,9
**crunch** 101:22
**CSR** 1:22 164:24
**cubic** 28:17,23
**cultural** 52:20
**cumulative** 29:21 30:1 35:25 36:12 36:13 40:9 41:7 76:4
**Cunningham** 3:4 4:21 111:18
**current** 121:3,5
**currently** 9:20,22 66:9
**customers** 143:21 144:3
**cut** 71:16,22
**CV** 143:17
**CYPE** 49:21

**D**

**Dahlgren** 1:15 2:16 4:3,8,21 5:3 5:10 6:4,12,13 16:2 96:3 114:1 117:16 119:18,24 122:25 124:3,13 126:21 128:8 131:1 144:13 148:11 155:10 156:16 162:1 163:9,20
**Dahlgren's** 108:11
**damage** 32:5,7 43:23 46:3 78:21
**damaged** 70:25
**damages** 48:18 71:1
**data** 12:22,23 17:1 17:6,10,14,15,16 17:18 26:3,25 27:22 29:8 31:2 31:9 32:3,6 34:3 39:8 47:5 56:11 57:22 74:8,11,18 75:14 76:7,8,10 76:13,17,18,20 78:14 83:11 85:9 89:25 93:4 110:9 111:2,3 112:18 117:11 118:8 120:6 143:22 144:1,4,11 149:24
**database** 139:15
**date** 16:24 164:18
**dated** 5:9 16:22,22 114:5 117:14 124:10 160:15 164:21
**dates** 115:8,9,16
**daughter** 86:18
**Dave** 119:4
**David** 135:13
**day** 29:12,13 31:22 33:14,14,14,14 33:15 96:3 146:15 150:24 163:15
**daylighting** 68:6 69:3,3,5,12
**days** 26:1 33:6,25 44:15 59:3 113:12 154:13
**DBCP** 45:3,6,8 58:4
**de** 66:4,5
**deaf** 106:23
**deal** 90:7,9 107:20 133:19 134:6,17 135:21
**dealing** 90:8 96:22 103:13
**deals** 134:18
**Deborah** 51:4,9
**December** 161:12 161:14
**decision** 103:17
**decisions** 104:13
**declare** 163:9
**decline** 33:24
**defeat** 52:1
**defend** 13:16
**defendant** 1:8 2:8 2:17 3:7 11:7 32:16
**defendants** 12:1 52:3
**defending** 11:10
**defense** 11:10,12 11:22 12:3,5 13:13
**deficiencies** 90:10
**deficits** 50:2
**define** 101:25
**definition** 48:2
**definitions** 48:7
**definitive** 132:4 138:9 140:14
**deflation** 101:24
**degree** 7:23,25 18:24 19:18,25 30:1,15 65:8
**demographic**

150:6
**demonstrated** 73:4
**demonstrating** 72:21
**DEMPSEY** 3:8
**Dennis** 51:24
**depend** 27:7
**dependent** 91:11
**depending** 87:15 117:2,6
**depends** 26:14,15 28:16 100:2 103:1 113:2 116:3
**deposition** 1:15 2:16 6:15 101:15 101:21 126:16 158:4 164:12
**Depositions** 100:5
**derive** 84:6
**derived** 25:15 84:2 104:25
**described** 115:12 134:8 146:7,9,13
**describing** 69:5 108:15
**description** 73:1 78:19 90:1,2 92:17
**designed** 84:23
**desire** 108:23
**detail** 14:12 73:15 115:14 120:6
**details** 33:3 90:12 103:1 116:6
**detection** 32:16,20 32:21
**determination** 132:7
**determinations** 147:21
**determine** 144:19
**determined** 133:3
**determining** 18:16 87:9 133:4
**develop** 18:6
**developed** 25:6 32:15 59:19,20 97:19
**developing** 22:24 23:14 48:21 49:25 77:9
**development** 127:22
**device** 39:21
**diabetes** 129:22
**diagnosed** 21:4 105:3
**diagnosis** 64:20 107:11 112:15 132:1,5,22 133:2 133:5,8,12
**difference** 49:15 55:5 75:2 102:10 102:15 116:23 121:24 133:4 162:9
**differences** 134:23
**different** 20:12 26:16 29:19 31:12 39:9 45:11 48:4,22 49:8,20 62:14 104:18 115:19,20 116:1 116:2 117:4,7 128:25 135:1 143:2 145:8 146:25 154:12 161:20
**differentiate** 48:3
**differently** 24:19
**diffuse** 123:21,22
**direction** 164:8
**disagree** 139:11 162:18
**disappeared** 128:20
**discoloration** 11:17
**disconnect** 90:10 92:9,9,13
**disconnects** 90:16 92:1
**discuss** 93:15
**discussed** 68:4,15 72:1 88:1 101:12
**discusses** 67:14
**discussing** 67:5 72:11
**discussion** 108:16 123:16 136:25 138:1
**disease** 12:20 15:4 19:4,22 20:5,7,10 21:3 24:22,23,24 48:12 49:25 55:25 65:4 73:20 74:7,9 77:15 78:25 79:6 85:21 88:4 97:3 105:15 106:16 129:22 137:16 140:1
**diseases** 21:16 24:6 50:15 110:18
**disk** 16:20 38:12 42:10 159:22
**disorders** 9:19 129:23
**distance** 35:4
**distinct** 18:22
**distinction** 20:17
**distinguishing** 13:7
**distributed** 144:3
**DISTRICT** 1:1,1 2:1,1
**DIVISION** 1:2 2:2
**DNA** 4:17 70:25 71:1,2 79:17 80:3,7,10,22 118:22,24 119:5 123:16
**doctor** 6:15 11:25 22:3 30:1 34:19 43:24 46:17 54:8 72:9 82:11 86:5 88:23 106:10,24 107:21 108:8 111:19 112:20,23 125:11,13 131:5 131:25 140:25 141:14 142:5 143:9 145:3 148:4 160:11 162:6
**doctors** 105:5 106:13,22 143:25 144:1
**document** 93:14 111:10,11,13,21 126:23 142:18 155:13 156:9
**documented** 27:2 27:15 122:4
**documents** 63:1 111:11 112:5 126:24 127:1
**doing** 19:3,5,10 50:10 53:6 84:20 85:22 90:4 95:23 96:15,21 118:15 132:10 140:23
**dollars** 45:14
**domestic** 68:25 154:9
**dominant** 28:10
**dose** 18:13 20:18 20:20,24 28:11 55:12 65:6,10 66:1 75:11,11 76:10,12,14 77:12,15 82:1 104:6 162:13
**doses** 43:22 56:18
**dose-dependent** 104:8
**doubling** 103:12 103:17,20 104:13
**downtown** 46:2
**dozens** 25:16 39:9 81:24 98:17,17
**Dr** 5:10 6:13 57:15 58:10 67:13 96:3 106:7 108:11 115:11,17 125:16 125:17 142:19 147:2 152:7,10 152:12 156:16 161:18,23
**drafts** 95:5
**drilled** 30:20 32:12
**Drinker** 5:8 31:1,4 40:17 43:2 144:15,16,18 147:2,25
**Drinker's** 147:19
**drinking** 31:19 43:10,13 55:18 67:22 68:1
**driver** 79:9
**drivers** 46:9 79:3
**drives** 67:19 93:21
**driving** 65:11
**due** 42:16 64:17 96:14 98:2 137:17,21 141:23
**duly** 164:6
**duty** 99:19
**dysplasia** 86:19

**E**

**E** 4:11
**earlier** 18:2 24:11 54:8 55:19 58:4 65:24 78:10 88:1 93:2 94:22 102:21 118:8 122:23 124:1 130:24 134:7 146:4 158:22 161:21
**early** 12:17 71:15
**ears** 106:23
**earth** 93:18
**easier** 6:25
**eastern** 1:2 2:2 115:13
**easy** 111:16
**EB** 22:20 87:20 88:1,3,5,7,9
**economy** 101:22
**editor** 143:15
**editorial** 63:13,16
**educate** 106:22
**effect** 24:21 28:3 49:11 50:12,17 65:14,18 82:1 104:1 121:20 122:2,3,20 139:19
**effects** 4:22 5:4,6 12:8 28:9 46:14 73:5 126:17 129:7,13,19
**eight** 43:9 146:7,9 146:13
**either** 9:17 42:4 92:16 97:25 107:9 130:10
**electronic** 112:4
**element** 67:18 71:9
**elements** 48:18
**elevated** 133:6,7
**elevation** 130:23
**else's** 85:15
**emeritus** 95:14 99:20
**emphasis** 96:25 129:6
**emphasize** 110:15
**emphasized** 77:13
**employee** 164:16
**ended** 98:15
**endpoint** 102:19
**endpoints** 121:9 130:9
**engaging** 118:15
**England** 119:6
**English** 20:2
**enlarged** 132:19,23 133:6
**enter** 147:6
**entered** 145:6
**entire** 89:6 95:8,9
**entities** 10:19,19 11:10,22
**entity** 11:12,13,20
**environment** 18:4 25:16,19 44:13 106:19
**environmental** 4:23 24:12,22 43:7 67:6 97:6 97:10,12 98:3 106:5,15,23,25 107:3,7,19
**environmentally** 54:22
**environments** 54:23
**enzyme** 70:25 71:5
**enzymes** 18:19
**eosinophils** 48:11
**EPA** 33:17 51:17 52:7,8 57:1 65:20 66:18,22 91:2 127:18 128:1
**epi** 8:23 57:10 59:6 59:22 60:19 62:12 84:23 92:13 93:15 102:1,21 117:18 117:19 118:1 143:13

**epidemiological** 7:24 8:19 23:8 40:10 41:9 57:16 58:3,8,13,25 61:2 118:20
**epidemiologist** 61:14,24 62:8 92:23 93:25 118:6 119:10,11
**epidemiologists** 90:8 93:20 94:3
**epidemiology** 7:22 8:2,5,5,7,10,14 8:15,16 9:4,6 54:3 61:25 62:12 89:20 90:11,18 91:6,22 92:3,8,18 93:7,12,13 117:20 118:5,12 118:24 160:24
**epigenetic** 71:7 73:6
**Epstein-Barr** 22:25 23:1,2,9
**equation** 152:24
**era** 116:25
**escape** 39:25
**Eskenazi** 134:16 134:22
**estimate** 53:4 65:10,24 84:8 150:25
**estimates** 44:22 56:3 127:22,25
**estimating** 39:14 39:19 65:25
**et** 4:13,15,16,18,20 5:7,8
**ethylbenzene** 74:16
**Europe** 35:24
**European** 161:7
**Evaluation** 121:1
**evaporates** 33:10
**everybody** 18:7 25:21 139:7
**evidence** 23:7 58:2 58:19 59:8 70:3 70:5 88:11,23 89:9 91:4,6,12 92:3 103:4 110:17,23 128:21 138:6,10 139:14 139:17 141:16,20
**evolved** 48:19
**ex** 124:5
**exact** 19:24 37:5 37:25
**exactly** 20:6 93:1 107:1 120:18 157:14
**exam** 132:25
**EXAMINATION** 4:2 6:8
**examined** 6:5
**examining** 98:15
**example** 25:7 33:4 33:12 42:18 58:4 73:6 75:17 81:22 89:23 90:2 99:7 107:15 121:22 147:4,4
**examples** 58:2,20
**exceedingly** 46:12
**exception** 77:16
**exceptions** 100:18
**excess** 41:22 66:25 82:22 83:2 129:7 129:20 130:5 138:16,19 139:17
**excluding** 108:12
**EXECUTED** 163:15
**executing** 118:17
**exhibit** 15:24,25 16:4,10 95:8 108:10,13,14 113:24 114:1 117:12,16 119:16 119:18,20,24 120:3,4,9,10,10 120:13,20,25 122:21,25 123:25 124:3,10,13 126:16,20,21 127:9 128:5,8 131:1,3 141:1,1,2 142:17 144:13,15 147:24,25 148:3 148:4,7,9,11,18 151:17,25 154:2 155:9,10 156:7 160:14 161:24,25 162:1
**exhibits** 4:7 5:2 16:2 141:8
**existence** 128:21
**existing** 56:11
**exists** 92:4
**experience** 90:21
**experiencing** 40:19
**experiment** 145:11 146:22 147:11
**experimental** 91:6
**experiments** 60:17 69:11 80:7 145:4 145:4,20,25 147:5
**expert** 7:19,21 8:10 9:8,12,14,17 9:18 14:21,23,25 15:2,5,9,11 16:11 16:18 69:1,3,4 81:7 84:3,6 95:3 95:5 97:15 118:11,16 120:15 120:21 123:6,8 123:11 124:6 126:18 128:6 131:4 135:18
**expertise** 7:11,11 7:25 8:3,22 10:6 21:1 119:9
**experts** 22:21
**expert-related** 84:9
**explain** 40:22,24 82:13 90:25 94:4
**explanation** 20:9 115:16 137:25
**explored** 70:7
**expose** 146:23
**exposed** 4:12,14,17 17:4 18:7 23:2,5 23:20 25:1 26:2 31:17 32:9,21 36:16 41:24 42:2 42:24 52:17 54:22 55:19 56:1 70:9 72:18 75:5 79:2 80:11 81:23 83:1 102:6,9,19 104:11,11 137:5
**exposing** 102:7
**exposure** 4:19 5:6 11:25 12:7,19,24 13:1,2,5,10 14:5 14:5,13,13 17:1 17:10,11,11,16 17:18 20:17 22:10 24:20,23 25:17,18,23 27:16,22 29:21 30:2,11,16 31:19 31:24 32:8,14 33:19 34:5,7 35:25 36:12,12 36:13 38:8 39:15 40:1,2,4,5 41:8 43:3 44:17 46:10 46:11 47:22 50:23 51:2 52:15 52:22,22,23 53:7 54:16,24,25 55:18,21 56:2,4 58:15 59:5,15 64:19 65:5,7,8,9 65:12,13 66:13 67:1,2,15,22,24 68:14,14,16,22 69:24 70:12 72:8 73:1 74:20 75:11 75:18,24 76:2,3,5 76:8,20 77:2,20 77:22 80:25 82:1 82:22,23,25 83:5 84:17,18,22 93:4 98:19 107:6 110:22 116:11 118:2,3 121:20 122:3,4,20 126:25 127:22 129:4,10 137:23 143:16,24 145:22 152:17 160:22
**exposures** 8:20 10:23 24:15 30:7 39:20 40:9 44:14 52:1 53:4,6,9 55:9,13 61:1 64:21 67:5,6 68:3 69:18,21 77:11,17,18 78:3 78:5,9 80:24 97:7 105:6 106:5 106:15 117:22 127:24 139:18 144:10
**expressed** 29:22 30:17
**expression** 105:14
**extensive** 159:12
**extent** 8:9,11
**extra** 66:1
**extrapolate** 55:2
**Extrapolating** 27:24
**extrapolation** 65:25 91:8
**extrapolations** 66:8
**extrapolation's** 66:6
**extremely** 77:12 81:23
**eye** 40:19
**E-s-k-e-n-a-z-i** 134:16

**F**

**face** 105:11
**fact** 19:3,22 20:4 25:22 44:12 51:6 56:7 58:5 68:19 72:8,11 75:16 79:24 86:18 109:15
**factor** 17:12 18:3 22:16,17 23:12 29:20 45:20 46:5 52:18 70:16 79:24 80:3 88:8 88:14 103:14
**factors** 18:3 22:4 22:13 23:24,25 55:15 103:6,22
**facts** 90:24,25
**faculty** 96:5,6,7 99:5,13,14,17
**faint** 31:4
**fair** 7:6 15:25 73:12 110:1 151:20 153:9 162:10
**fairly** 12:13 76:2
**Fairwood** 30:3,17 64:11,19
**fall** 48:6
**fallen** 106:23
**falls** 118:4
**familiar** 88:22 135:14,15
**families** 24:15
**family** 24:9,13,24
**far** 30:10 51:18 52:25 74:13 83:4 88:21 94:13,14
**farmers** 22:9 137:18,21
**fast** 40:25
**fatigue** 132:18 146:17
**fax** 5:9 148:4,5
**faxed** 35:3 148:13 160:6
**feasible** 44:14
**February** 1:17 2:19 6:1 124:11
**Federal** 164:12
**fee** 101:1,14
**feel** 7:5 8:3,9
**fellow** 98:16
**fellowship** 97:3
**female** 21:22
**females** 129:24
**fever** 132:18
**fibroids** 87:2
**field** 8:1,6,13 9:11 89:25 106:25
**fight** 88:6
**figure** 86:6 107:25 131:7 138:6
**figures** 31:17
**file** 4:10 15:13,21 15:23,25 16:4 95:8,9 98:3 108:11 112:2,3,4 112:8
**filed** 97:22
**filling** 79:19
**filter** 45:8
**finally** 150:8
**financially** 164:15
**find** 41:23 42:4,6 42:12,23 66:20

82:18 88:20 96:22 105:11 112:20 128:21 133:10 134:4,5,9 134:19 138:17,19
**finding** 46:14 134:2
**findings** 78:17 121:17 129:15,18 138:20
**fine** 6:14 92:25 141:11 154:1 162:20
**finished** 62:4 63:12 97:2
**firm** 12:2,5,11,12
**firms** 84:12,12
**first** 16:21 66:21 82:7 96:8 97:17 98:14,15 127:7 152:5
**five** 76:21,23 79:12 81:25 98:25 146:12 148:6
**Floor** 2:17 3:10
**Flower** 2:17
**flu** 121:6
**Foamex** 11:1
**focus** 92:23 97:9 97:11,13 107:9 126:25
**focused** 42:21 61:4 80:24 105:16,16 129:15
**folder** 109:8 111:9 111:10 131:14
**follow** 89:2,25
**following** 53:10 89:5
**follows** 6:6
**follow-up** 78:8 110:3
**follow-ups** 46:17
**foregoing** 163:10 164:3,5,9,11
**forget** 146:20
**forgotten** 78:11
**form** 73:22 146:2
**formed** 66:21
**formulas** 48:10
**forth** 60:6 113:7 164:4
**forward** 60:14 138:11
**found** 41:22 53:15 70:10 82:18 83:17 106:10 130:5,21 137:22 138:14 151:2
**foundation** 83:20
**four** 22:12 33:14 33:15 36:18,20 58:10,16 79:12 81:25 98:25 100:17 107:1 146:7,12,14
**fourfold** 31:25 32:1
**fraction** 72:16
**Francis** 42:20 59:7 77:9
**frankly** 35:2 77:13
**Fred** 149:13,15
**free** 7:5
**frequently** 24:16 57:24 65:4 132:18
**fulfilled** 103:16
**full** 6:10 99:13 105:24 107:21 127:7
**full-time** 106:24
**function** 121:24 133:1
**fund** 83:25
**funded** 83:19
**further** 162:6 164:11,15
**future** 46:16

**G**

**G** 123:21,22
**game** 162:10
**gap** 53:5
**Gary** 111:18
**gas** 33:21,22 54:21 116:5
**gasoline** 4:11 5:8 5:11 15:20 18:1 30:23,25 31:5,6 31:12,16,21 32:8 35:10,17,23 38:8 38:17,24 55:14 55:18 56:25 57:3 57:5,7 67:7,16,19 67:20 68:10,14 70:5 90:3 114:13 114:19 116:9,11 116:16 117:5,10 136:11,14 144:21 145:5 146:1,8,8,9 147:1,7,14,17 154:8 155:12
**gasoline-contami...** 4:19 33:18 56:4
**gathered** 85:9
**gender** 150:4
**gene** 18:4 24:12,21 24:22
**general** 18:20 21:17,18 22:8 25:19 28:6 55:11 83:7 84:12 91:14 91:15,19,23 92:1 92:11 106:8,11 106:22 108:12 135:11
**generally** 114:12 122:10
**generation** 54:14
**genes** 121:15
**genetic** 4:13 18:23 18:25 19:12,14 19:19 24:14,18 24:20,25 32:5,7 42:7 46:3,5 49:20 50:14 54:21 55:5 72:22 78:21 110:19 117:21
**genetically** 18:10 43:18,19,20
**geology** 14:21
**George** 1:15 2:16 4:3 6:4,12 163:9 163:20
**getting** 65:1
**GI** 132:20
**Ginger** 5:4 128:11
**gist** 5:4 44:15 128:5,11
**give** 17:24 31:22 45:2 58:1 96:19 160:20
**given** 21:24 31:12 38:17,17 40:23 44:11 58:20 70:21 94:24 98:22 129:6 164:10
**glancing** 151:21
**Glass** 41:21 46:18 46:21 47:9,9 51:4,9 78:4,6,7 130:20
**Glass's** 83:2 110:20
**Glass/Australian** 110:25
**go** 6:13,22 8:14 18:16 62:6 64:22 68:5,12 78:16 79:4,8 82:15,24 86:5,11 92:20 93:7,9 96:17 99:2 101:17 102:23 108:5 111:4 113:11,21 120:5 122:13 126:19 127:2 131:21,25 136:6 136:22 138:2 140:15 152:5 160:1,2 162:14
**goes** 56:24 68:21 68:21,22
**going** 12:9 14:1,11 29:3 46:18 50:18 51:2 53:2,5 77:18 82:11 84:20 98:21 106:18,19 107:2 111:4 116:8 117:10 120:18 126:15 128:4 131:13,24 138:7 140:15 144:12 147:23 151:11,12 153:4,10,23 160:2,6
**good** 15:3 75:14 93:3,4,15 111:7 116:15,20 140:17 162:23
**Gosh** 112:17
**gotten** 56:5 103:21
**government** 83:20 114:23 139:9 143:9,12 155:24
**governmental** 147:20
**grant** 139:9
**grants** 143:10,12
**granulocytes** 48:10
**gratification** 108:23
**great** 71:17 86:20
**greater** 49:24
**greatly** 34:4
**Greek** 104:25
**Ground** 4:19
**groundwater** 154:15
**group** 21:24 36:25 43:19 50:1,2,2,3 50:4,25 62:3 72:17 75:18 81:2 97:21 102:10,19 102:20 104:11 111:1 117:22 118:2,22,25,25 153:20
**groups** 41:24 43:18 43:20 51:7 61:1 102:16 121:25 129:21
**group's** 51:1 117:25 118:1
**grow** 88:5
**growing** 81:16 110:16
**GSTM** 49:22,23
**GT** 49:22
**Guard** 155:21
**guess** 7:24 19:21 28:14 29:22 30:5 30:23 73:9 79:15 91:25 98:6 99:9 112:14 118:15 141:18 156:8
**Gulf** 31:11 35:14 37:16 115:21 116:15,20
**guy** 88:19 97:18 98:14 106:10
**G-i-s-t** 128:5

**H**

**half** 10:12,15 95:25
**half-hour** 125:10
**hand** 52:21 126:15 128:4 131:10 134:15 147:23
**handle** 24:18
**handwritten** 34:24 41:4
**happen** 12:9 26:1 44:25 49:5 69:6 101:23
**happened** 59:9
**happens** 73:8
**hard** 45:9
**Hardell** 70:15
**Hardell's** 72:6
**Harp** 61:21,23
**Harpreet** 61:14
**Harvard** 139:4,4
**Havner** 103:17
**Hay** 53:17
**Hazardous** 43:7
**HCGIH** 78:1
**head** 12:2 22:13,15 24:4 41:13 49:9 119:8 155:2
**headed** 43:2
**health** 5:4 8:17 9:5 12:8 45:16 46:6 47:11,12 65:20 67:10,11 104:13 110:5,25 129:4,7 129:13,19 139:6 140:1
**heard** 57:17 94:25 95:2 104:21 123:20,24 140:6 162:18
**Heather** 148:22
**heavily** 17:4 91:11
**heavy** 14:6,8 143:24
**help** 13:16 86:7 96:2 99:18 119:20 143:25
**helpful** 39:22
**hematologic** 77:10

**hematological** 9:19 59:10 98:19
**hematologists** 9:19
**hematology** 9:14 9:15,17
**Hematoxicity** 4:14
**hereto** 163:12
**hexidene** 73:4
**He'll** 162:7,23
**high** 17:10 18:13 22:9 26:10 32:16 53:25 55:19 59:18 76:2 82:8 103:24
**higher** 22:18,24 26:19 31:23 32:10 35:23 36:7 50:9 55:20 56:5 76:12 77:19 78:5 100:20 102:20 116:5
**highest** 70:12
**highly** 54:4 57:11
**high-level** 77:18
**Hill** 57:14,15,17 89:4,4 90:23 91:1 102:23 103:11,14,19
**Hill's** 57:19 91:9
**hired** 11:18 12:1 13:13 88:19
**historically** 72:24
**history** 24:9,13,24 39:20 51:25 65:3 90:6
**hit** 104:6
**Hodgkin's** 39:17 60:22
**hold** 9:20 148:3
**home** 26:18 28:19 29:1,9 31:20 32:9 56:5 67:25 68:3,11,13,20,23
**homes** 26:5,11,12 26:19 28:21 29:10
**hook** 99:15,18
**hope** 94:2
**hospital** 9:20
**Houlihan** 63:23
**hour** 100:3,5,8,10 100:14 125:2,2 125:18
**hourly** 99:25
**hours** 84:8 107:1,4 107:6 146:15
**house** 30:20 150:23
**Howard** 4:11
**HSDR** 128:13
**huge** 81:15 107:14
**human** 56:25 57:3 57:4,5,8 66:7 67:8 80:7,10 129:4 143:16,24 144:10
**humanly** 44:14
**humans** 70:22
**hundred** 21:22 22:1 59:8 66:25
**hundreds** 25:16
**Hunter** 42:21
**Hunter's** 59:7 77:9
**hydrogeology** 14:23
**hydrologist** 32:24
**hygiene** 15:11
**hygienist** 39:18 40:15,20
**hygienists** 40:3
**hypotheses** 47:5 80:1
**hypothesis** 91:1

**I**

**IARC** 65:20 67:7 67:11
**idea** 57:20 63:18 74:18 91:4 111:7
**ideal** 19:13
**identical** 89:2
**identified** 22:8,14 70:16
**identify** 51:7 131:15
**idiopathic** 104:22 105:3,9
**II** 4:11
**illness** 55:8 70:1 71:21 72:1 74:15 105:12 106:20,23
**illnesses** 24:6 98:18 106:12
**imagine** 105:4
**immune** 23:4 24:2 24:4 88:4
**immunosuppres...** 23:11,17 24:1
**impact** 75:12 87:9 121:15 122:11,17 129:4
**impaired** 88:4
**impart** 107:2
**imperfections** 52:13
**implicated** 74:12
**important** 13:6 18:14 28:25 34:17 39:24 40:6 55:21 71:3 77:12 77:14 79:22 80:3 81:23 89:19,23 90:3,14 91:8 103:22 106:17 113:4,6,6 120:18 127:13
**imposing** 59:21
**inappropriate** 57:23
**incidence** 21:17,19 78:24
**include** 16:5,14 22:6 25:25 39:7 58:23
**included** 38:11 41:11 68:3 74:3 120:16 131:12,16 131:20
**includes** 16:13
**including** 22:18 23:15 39:9 53:2 55:10 80:12 107:7 138:3
**income** 84:2,5 150:4
**incorrect** 60:4
**increase** 24:3,7,10 27:1,25 29:12 32:1,11 42:15 43:11 53:21 54:19,21 68:24 70:8,10 82:6 88:11 103:2,5 104:12,14 116:8
**increased** 18:22 22:10 23:14,21 31:22,24 41:25 43:6 46:15 48:21 49:4 50:15 56:12 56:14 70:16 74:2 76:12 78:4 80:5 103:24 114:19 136:18 137:4,16 137:20,23
**increases** 22:11 31:24 50:20 55:12,12
**increasing** 22:14 54:25 145:22
**independent** 83:18 84:14
**independents** 83:16
**Index** 4:1 5:1 121:8
**indicate** 31:23 94:22 155:17
**indicated** 30:22 49:10 50:10 65:22 66:7 71:11 120:5
**indicates** 67:18 114:11 139:3
**indicative** 19:4
**individual** 75:4 90:12,13 91:20 94:16,19 146:14
**individually** 18:17 19:20 20:1,7,13 54:11 96:18
**individuals** 23:3 27:21 46:15 49:15 52:2,17 79:19
**indoor** 26:4 28:19
**induced** 19:12,15
**industrial** 15:11 39:18 40:3,15,20
**industries** 137:13
**industry** 44:5 52:5 71:16 82:23 83:8 83:14,21 135:18 137:11 138:23
**Infante** 42:18 77:7
**infection** 22:25 23:6 87:20 122:12
**infections** 88:14 121:6,7
**infectious** 97:3
**infer** 76:16
**information** 13:2,5 30:6 47:6 64:21 65:9 85:4 90:3 114:9 126:24
**ingredients** 147:1
**inhalation** 68:22
**inhaled** 29:3
**initial** 64:20
**initialed** 163:12
**initials** 151:17
**injuries** 96:23
**injury** 64:25 65:2
**ink** 163:12
**insignificant** 50:5
**instances** 73:11
**instant** 108:23
**Institute** 42:2 43:1 51:22 119:5
**insurance** 11:2,3
**intent** 109:13,16 109:24
**interacted** 88:5
**interaction** 18:4,7 24:12,22
**interactions** 75:9
**interest** 52:4 121:21 140:3
**interested** 97:6,24 107:10 164:16
**interesting** 18:12 96:22 113:13
**interestingly** 22:11
**interfered** 71:3
**interferes** 70:24 71:1,5
**intermediate** 50:1 50:24
**intermittent** 149:17,18
**internal** 7:12,14 8:18
**Internet** 120:5,9
**interpret** 143:21 143:25 144:4,10
**interpreting** 114:14
**interval** 53:24 59:2
**interview** 91:18
**introduced** 141:17
**intrusion** 68:13 69:1
**intuitively** 76:18
**investigate** 105:10
**investigated** 105:8 105:9,21 106:4,5
**investigation** 105:24
**invoice** 124:10
**invoiced** 126:5
**invoices** 86:14 148:7
**involve** 10:21 14:19 36:22 81:13 98:4
**involved** 8:19 9:10 10:8 11:24,25 48:13 52:3 80:14 81:3,4 97:23,25 98:4 101:4 105:5
**involves** 10:22 48:13,14
**involving** 13:10 14:4
**irritation** 40:19
**isolated** 122:2
**isolating** 122:19
**issue** 11:25 12:6,20 12:25 24:12,14 24:25 28:25 46:6 67:14 74:14 77:14 87:22,24 90:15 91:19 100:22 103:10,23 107:9,20 115:4 115:14 116:10 117:10 120:19 131:9 141:14,14 142:5
**issues** 10:21,22 11:1 23:11 55:1 91:14 93:10 107:7
**Italian** 79:10 122:22
**Italians** 46:8

**Italy** 27:18

**J**

**Jack** 3:4 16:9 63:20 141:12,15 158:11 162:9
**James** 1:15 2:16 4:3,21 5:10 6:4 6:12 163:9,20
**January** 111:17 125:5 126:8
**Jason** 61:15,22
**Jeanne** 5:5 128:12 128:18 130:13
**job** 1:23 46:11 107:14
**Johnson** 45:19
**journal** 160:23 161:7
**journals** 62:14
**JR** 3:4
**judge** 101:17,20

**K**

**Kaiser** 62:7 96:21 96:23
**KAMALSKI** 1:21 2:20 164:23
**kb** 111:11
**keep** 20:15 63:8
**keeping** 107:13
**Kemper** 11:4
**kerosene** 136:11
**keyed** 131:14
**kidney** 129:22
**kids** 54:23
**killing** 71:4
**Kim** 4:13 42:4 50:13 117:12 120:20
**Kim's** 42:6
**kind** 25:23 44:2,14 60:9 67:17 76:17 98:3 104:19
**kinds** 10:23 22:18 56:15 118:18
**Klein** 61:15
**knew** 32:18 139:20
**know** 8:6,12,15 10:11 12:9,10,16 13:4 14:3 17:1 21:17 23:8,10 24:11 26:8 27:19 28:1,7,10 29:3,21 29:24 30:11,12 30:24 32:18 33:1 33:7 35:7,16,21 35:22 36:11 37:4 37:13,17 38:20 39:10,12,16,16 39:20 40:11 41:10 44:2,12,23 45:1 47:2,6 48:12 49:24 50:9 50:13,25 51:1,3,4 51:9,15,16,18,19 51:25 52:6,9,10 52:11,23 53:11 53:11,14 54:12 54:13 55:1,3,11 56:3,10 58:17 59:8 60:2,2 62:6 62:11 63:13,16 65:8,10,24 67:7 68:22 69:4 70:6 70:14,18 72:19 72:23,23 73:1 74:13 75:3,24 76:1,10,13 77:16 78:3,23 79:1 80:25 81:5 82:11 83:4,19 84:7,10 85:22 86:10,12 87:3,5 89:6 90:8 90:22 91:1,2,6,7 91:11 93:2 94:13 94:14,20 99:3,17 100:23 101:1,3 101:18,20,23 104:7 105:1,23 106:4,7 107:3,19 108:20 110:5,24 112:1,4,17 113:17 115:1,6,7 115:15,25 116:6 116:15 117:9 118:13,14 119:13 120:17,18 124:7 126:7 128:11,15 128:17,18,23 130:4,11,21 131:6,17 132:9 132:25 133:1 134:14,17,19 135:19 139:18,19 140:2 142:11 147:2,2,19,22 150:14 151:7 153:1,4,11 154:3 155:2 157:14 161:6,8,10 162:9 162:12,16
**knowing** 33:3
**knowledge** 51:11 146:25
**knowledgeable** 106:14
**known** 18:19 33:13 33:23 43:5 54:15 65:23 69:5 79:24 105:19,22
**knows** 141:12
**Korean** 55:4
**Kraut** 5:6 131:3,11 131:18

**L**

**L** 5:4
**lab** 19:8 143:21,23 144:4
**label** 151:13
**labeled** 153:17
**laboratory** 10:18 33:5,12 80:8
**labs** 19:9 144:7
**Lamb** 51:23
**Lan** 4:15,16 41:25 42:5,5 50:12 119:16,20,23 122:6
**Landolph** 142:19
**Landolph's** 157:5
**laptop** 108:8 149:13,15
**large** 43:19 50:2 82:25 83:6 93:5 98:2
**larger** 55:14 56:17
**largest** 52:16
**Las** 13:20
**late** 146:15
**Lately** 95:23
**latencies** 75:5,9,19
**latency** 74:20,23 75:12,15,17,22 75:24 76:5,9,11 76:12,15,21,24 77:8,19
**Lathrop** 58:6
**Lauwerys** 106:7
**law** 3:5,9 12:2,11 12:12 84:11,12 103:12 139:4,6
**laws** 96:15
**lawsuit** 11:17
**lawsuits** 98:4
**lawyer** 85:4
**lawyers** 83:22,25 83:25 85:13
**lead** 97:7,18,21 98:12 114:9,18 114:24 116:4,5 117:1 132:21 153:14
**learned** 97:23
**lecture** 99:1 107:1 107:4
**lectures** 96:20 98:22
**left** 62:1,4 144:5
**letter** 111:17 125:4
**let's** 29:11 34:11 54:7 73:3 76:4 87:8 104:10 105:11 111:11 134:4 136:2 139:2 140:17 141:20 151:25 152:5,19 156:10 158:17 160:1,1,8 161:19
**leukemia** 21:7,10 23:21 31:25 32:2 32:11 41:23 42:19,22 47:25 48:3,6,9,12 53:18 53:25 54:19 70:11 74:13,23 75:19
**leukemias** 36:19 36:24 41:18 76:24 77:10 98:19
**leukemic** 133:14
**level** 12:24 13:2 25:5,8 27:7,16 28:15 29:5,9 30:10 31:3 32:10 32:13 36:11 40:1 42:14,25 43:3,10 44:5,8,16,17,17 44:19,24 45:9,10 45:13 50:7,16,19 50:23,24,25 51:2 54:9,16 55:16 57:21 58:15 59:5 59:15 60:8,11 66:4,5,5,9,13,15 66:20 67:1,14,15 75:25 76:3,21 77:11,17 110:18 114:20 144:23 145:6 146:5,6 147:7,8
**levels** 4:13,15 18:14 22:9 25:10 26:4,8 28:19 32:10,15,22 33:1 33:19 45:17,20 46:7,11 50:11,16 50:23 54:9,24 55:19 65:23 76:4 77:2 79:7 114:12 115:23 116:9 117:22 126:25
**library** 81:9,14 99:6,6,8 141:22
**lifetime** 55:10 67:1
**likelihood** 19:4
**limit** 32:16,21 41:1 60:6 67:3 77:20 77:22 116:11 120:7
**limits** 32:20
**Lindstrom** 4:20 33:17 38:7 68:17 123:25 154:6,8
**Linet** 154:6
**link** 134:8 142:20
**linkage** 87:11
**linked** 46:4 88:17 88:19 135:24
**liquid** 31:10,13
**list** 22:5,7 134:5 142:14,16 143:16
**listed** 95:15 130:9 159:6
**liter** 32:17 154:16
**literally** 98:17
**literature** 5:4 37:14 41:9 74:25 81:15 88:13 92:3 92:4,14 93:7,16 94:21 95:9 107:13,15 108:12 125:24 128:13,22 128:24 129:3 130:8 138:4,12 142:22 143:1 147:13 157:9 159:1,13
**litigation** 10:9 11:6 11:8 80:14 81:3 81:4 84:3,6,24 85:3,11 97:16,25 98:1,5,9 100:1
**litigation-related** 85:8
**litigation-support** 10:16
**little** 21:23,23 26:18 42:20 89:17 91:3 94:22 126:10 146:25 154:24 158:18
**lived** 30:4,6,20 150:22
**liver** 58:11 133:1
**lives** 64:10 140:9
**living** 31:20 46:1,3 54:20 68:3,21 80:23 118:9,10 118:23
**loaded** 108:21
**local** 97:8 98:14
**located** 154:15
**long** 27:10 36:11 51:25 77:15 95:17 100:10 108:19 146:20 154:3
**longer** 64:10 74:24 76:15 110:23
**long-term** 127:13
**look** 11:19 12:24

19:13,16 24:19 26:14,16 28:16 29:4 36:6 37:5 37:24 38:1,1 40:11 41:10 47:24 49:1 59:9 60:13 63:4,7 79:4 86:6 90:24 91:4 93:2 102:22 107:17 108:9 109:1 116:14 121:20 132:6,16 133:9,13,22 138:2,6 152:11 152:14,15 156:12 156:13 157:6 159:19,25,25 160:2,2
**looked** 33:4 45:24 46:13 47:25 49:19,20 60:25 65:21 72:15 83:10 85:20 87:6 106:6 118:22 130:8 143:2 147:16,17 160:12
**looking** 8:20 12:23 18:19 34:6 41:15 42:3 50:19,22 53:5,9 72:18,23 91:12 102:8,24 104:20 114:16 117:20 118:2,3 122:7,8 129:2 135:15 141:20 154:11 156:16 157:17 160:14
**looks** 55:4 101:23 111:24 114:12 127:4 135:7 145:12 150:9 151:16
**Los** 1:16 2:18 6:1 11:15,15 25:7 30:8
**loss** 132:18
**lost** 146:14
**lot** 26:16 30:9 32:3 40:24 45:14 46:10 49:20 57:6 71:21 75:13 77:18 89:3 93:22 94:1 107:12 118:14 120:8 122:13 139:19 140:7
**lots** 99:6
**Louisville** 58:10
**low** 4:13,14 17:11 18:14 28:12 42:25 43:22 44:10,14 46:7,12 47:20 50:14 77:10 81:25 117:22 156:1
**lower** 30:7,11 32:19 33:8 34:1 43:12 45:9 50:22 51:2 56:18 66:9 67:2,6 76:14 94:23 100:20,25 101:19,21,24 146:1
**lowered** 45:6 67:3
**lower-exposed** 79:1
**lowest** 41:7,24 44:17 104:11
**low-dose** 4:17 38:9 79:7 81:23
**low-level** 110:22
**lumps** 52:22
**lunch** 35:3 108:5,6
**lung** 27:24,25 56:15,18 80:4 104:1,5,12
**lymph** 48:10,14 132:5,19,23 133:7
**lymphatic** 70:11
**lymphoblasts** 133:10,11
**lymphocyte** 133:7
**lymphocytes** 48:16 49:4
**lymphocytic** 21:7 21:10
**lymphohematop...** 41:25 43:6
**lymphoma** 21:7,8 21:10,12 22:12 23:15,18,22,23 24:3,5,10 36:23 39:17 41:23 42:11 47:25 48:3 48:8,9,13,15 49:5 56:13 60:23 70:10,17 72:25 74:3,13,23 75:21 78:24 88:16,17 123:15,21 130:6 130:22 131:19 132:17 133:11 135:17,24 136:13 137:6,10 142:21 156:19 157:19 160:23
**lymphomas** 41:18 76:24 88:18 98:20
**L-a-n** 42:1
**L.A** 13:19 14:1,17 14:18 26:17
**L.L.P** 3:8
**L.P.A** 3:4

**M**

**machine** 34:14 111:15,16 164:7
**Magazine** 120:1,6
**magnitude** 127:15
**Mahoney** 62:13 119:6,9
**main** 3:5 25:13 99:4 140:20
**maintain** 95:6 99:4
**maintained** 96:8
**major** 8:21 12:25 13:25 71:9 81:5 100:22 110:11,12
**majority** 13:24 105:4 146:12,13
**make-up** 18:23 19:1,19 60:2
**making** 53:3 104:13 131:25
**malignant** 132:8
**malpractice** 11:24 13:10 14:4
**manifest** 77:15
**manifestations** 48:5
**manner** 47:23 145:25 147:6
**manual** 88:22 89:8 91:10,22 92:19 93:12
**manuscript** 62:15 62:24 63:11,12 119:23
**manuscripts** 63:6
**mark** 15:24 38:14 142:17 144:12 147:23,24
**marked** 16:2 108:11,12 111:6 114:1 117:16 119:18,24 122:25 124:3,13 126:15 126:21 128:4,8 131:1 144:13 148:6,11 152:24 152:25 155:10 161:24 162:1
**marrow** 42:3 43:23 46:14 48:12,13 48:15 56:22,24 72:22 78:21 110:19 121:24 132:6 133:12,13 133:14
**marrows** 59:13
**Martin** 160:3
**Martyn** 42:9 142:8 142:9,17 156:20 157:12,13 159:4 160:12,16,25
**mass** 33:21 121:8
**massive** 28:2
**master's** 8:14 61:25
**matched** 52:19
**material** 4:16 110:21 120:1
**matter** 11:23 35:17 95:10 105:7 112:9 124:12
**matters** 10:19,20 11:6
**maximum** 107:6
**MCL** 43:12 45:3
**McMichaels** 70:9 71:14
**mean** 7:23 8:5 11:8 13:6,22 14:11,14 16:24 23:13 24:16 25:13 26:16 32:18 48:11 55:16 57:13 60:25 62:23 63:9 64:22 65:11 66:16 69:4 70:7 75:3 81:15 85:20 87:24 93:1 93:6,11 95:9,9 98:10,11 100:19 104:8 105:11 112:14 113:3 116:10 118:7 121:14 122:13 123:22 124:22 126:25 132:17,20 136:25 139:18 148:17 151:21 159:12
**meaning** 104:20,25
**means** 102:5,18 116:16
**meant** 92:11 138:5
**measured** 28:24 32:16 33:14
**measurement** 66:3
**measurements** 17:25 39:15 53:3
**measuring** 27:19 73:11 84:22 154:25
**mechanisms** 70:22 71:2
**medical** 4:21 61:20 64:5 85:10,15,25 86:13,24 87:7 89:14,18,23 90:17 105:16 106:8,11 107:1,5 111:19,23,24 112:5,11,16,21 112:22,24 113:1 113:4,8,18 125:11,13,14,21
**medicine** 7:12,15 8:18 96:24 97:1 106:9,25 107:4
**meet** 96:17
**Mehlman** 5:12 41:10,12 74:21 157:7,8 158:3,13 158:16,21,25 159:5,14,17 160:3,6 161:3,24 161:25
**Mehlman's** 41:11 47:19
**members** 98:13 99:14
**memorize** 21:5
**memory** 12:13 119:12 133:21 153:6
**men** 58:11 79:8
**mental** 153:4,22
**mention** 45:16 129:22
**mentioned** 24:11 24:18 37:17 45:21 58:4 59:4 60:22 70:15 134:21
**mentions** 90:5
**merit** 13:7
**met** 94:5 98:13 126:9,11
**meta** 159:3,5,9,11 159:14 160:25 161:16
**metabolites** 27:20
**metabolize** 18:19
**metals** 14:6,8 143:24
**metastases** 87:16
**meter** 28:18,23
**methodology** 89:2 89:5
**methylation** 4:17 79:17,23 80:3 81:22
**micrograms** 28:17 28:22,23 32:17 36:4 154:16
**microscope** 132:7 132:8 133:9
**million** 30:17 31:5 31:14 32:4 36:4 38:25 39:1 42:3 58:15,16 59:16

59:16,17 60:12 66:2,22 72:19 77:3,24 78:3,23 110:20 152:3 154:19 155:7,18 162:3
**millions** 28:2 104:14
**million-years** 32:2
**mind** 13:21,22 105:22 151:11
**mine** 162:11
**minimis** 66:4,5
**minimum** 36:2,9
**minor** 62:20
**minute** 34:19 115:6
**minutes** 54:5 154:11
**misclassification** 82:24 83:6 84:18 84:19
**mislabeled** 152:4
**Mississippi** 80:13
**Missouri** 39:18
**mistake** 86:25 87:3 87:4 131:22
**mixture** 147:18
**mixtures** 73:3
**Mobil** 41:13
**modified** 66:22,23
**mold** 13:14
**molecular** 117:19 118:5,6,12,20,23
**moment** 13:24 99:5 101:9
**money** 101:2 149:11
**monitor** 84:21
**monitoring** 40:4 53:6 143:22 144:11
**mono** 87:18,20
**monocytes** 48:11
**Montanara** 125:4
**month** 12:14 121:7
**months** 30:19 31:21 32:8 36:9 42:25 61:21 62:4 150:22,25
**morning** 41:12 110:8,16 122:23 124:8 147:16
**morning's** 110:3
**Morrison** 3:4 17:23 30:22 33:4 38:11 63:21,23 64:3 73:22 86:15 101:10 108:22 115:9,10,15 126:9,11 140:17
141:18 142:8,11 146:2 148:1 156:11 157:20 158:5,12,14,16 162:7,17,20,23
**mortality** 137:9
**Motherboard** 149:19
**motivated** 147:2
**move** 25:23 40:24
**moved** 64:12 141:13
**moving** 30:2
**multiple** 52:17 53:2 121:19
**multi-organ** 5:12
**mutagenic** 73:7
**mutations** 70:23
**Myron** 5:12 41:12
**M.D** 111:18

**N**

**name** 6:10 10:24 11:13,19,21 12:1 12:10,12 13:17 62:13 135:14,15 135:16 136:2 139:23 164:19
**names** 52:10,10 119:7
**narrow** 90:22 91:13 92:22
**national** 4:23 42:1 129:8,10 139:25
**natural** 65:3
**nature** 127:14
**NCI** 24:17 43:16 49:18 51:12 52:15,24 72:15 84:20
**necessarily** 19:13 24:16
**need** 7:5 16:9 40:3 50:18 58:8,12 91:18 114:9 149:11 156:12,13
**needed** 58:18,21
**needs** 65:8 68:7 83:10
**negative** 82:13,18 83:9,13,15 124:22
**negligible** 44:25
**negotiate** 100:19 100:20 101:15,19
**negotiated** 100:25 101:16
**neighborhood** 40:19
**neither** 164:15
**neurological** 15:3
97:19
**neuroscience** 15:2
**Neurotoxic** 5:6
**never** 90:5 101:16 101:18 139:23 140:6 156:1
**Nevertheless** 50:4
**new** 3:10,10 30:20 34:9 47:5,6 81:21 126:24 141:16,20 148:15 149:1 150:23
**NHL** 20:13 21:14 21:18 22:4,18 23:6,9,25 26:22 26:24 28:3,7 41:8,18 47:23 48:22 49:8 53:16 53:18,22 56:21 64:1,24 74:20 82:4,19,22 83:9 87:10,12 88:14 105:2 106:1 107:22 112:13,15 123:22 132:1,5 134:8 139:17 158:23 161:23
**night** 152:22
**NIOSH** 67:2 78:1
**node** 132:6
**nodes** 48:14 132:19 132:23 133:7
**nomogram** 35:15
**nonexposed** 102:10
**nonlitigation** 10:19 10:20
**nonsmoking** 26:17
**Nonspecific** 132:17
**non-disclosed** 162:15
**non-Hodgkin's** 21:8,9,12 22:12 23:23 24:9 36:23 42:11 56:13 70:17 72:25 75:21 78:24 123:15,20 130:5 130:21 131:19 136:12 142:21 156:18 157:18 160:22
**non-smokers** 26:11,12 27:20 28:21 29:10
**Nope** 153:18
**normal** 101:14 133:1
**norms** 129:8
**north** 11:15,15
**NORTHERN** 1:1
2:1
**note** 127:21 148:24
**noted** 86:23 163:12
**notes** 34:24,24 41:4 49:2 86:6,8 86:9 145:14 148:20 150:15 152:15 156:12,13
**notice** 146:18
**noticed** 22:21 140:20 146:7
**noticing** 146:18
**notion** 113:4,5 116:8 127:5
**November** 30:21 34:9 161:11
**nowadays** 17:11 98:1
**NQ** 49:21,23
**NR** 111:8
**number** 5:11 7:23 11:2 19:9,10 22:7,7 26:6 29:4 33:9 36:1,2,3,9 36:11 44:2,6 46:1 52:16 59:19 60:14 82:21 85:24 108:1 115:20 130:25 149:22 152:4,6
**numbers** 57:24 82:25 83:6 90:9 93:5 104:9 138:22 153:11,17 153:24
**nuts** 93:13
**N-O** 148:16

**O**

**oath** 6:5 7:8
**Objection** 73:22 146:2
**observe** 137:4
**observed** 77:9 145:8
**obtain** 35:4
**obviously** 8:16 13:6,24 15:7 18:8 44:1 51:21 57:4 59:18 65:12 81:20 113:3 134:15 138:9 158:10,24 162:18
**occupation** 106:12
**occupational** 67:2 67:5 76:1,25 96:24 97:1,6,10 97:12 106:5,9,15 106:22,25 107:3 107:7,18 116:11
**occur** 27:15 68:24
69:6 80:4 146:18
**occurred** 34:10 111:3 115:4
**occurrence** 50:15
**occurring** 27:22 39:17 54:24 79:6
**occurs** 27:15 88:16
**octane** 114:21,22 116:5 117:1
**October** 16:22 17:2 150:21 151:3
**odds** 104:16,19 159:7
**odor** 31:2,4 38:20 39:5,8,12,19,23 40:2,5,6,8 90:2 94:12,13 144:19 145:1 146:1,8,18 147:10,14,20 155:6,17
**odors** 39:21 94:17 94:21
**OEHA** 43:7 44:3 65:24
**offering** 97:15
**offhand** 49:1 110:7 147:15 150:16
**office** 10:2 35:1,4 43:7 96:10 148:5 148:5 155:24
**officer** 122:22
**officers** 79:20
**official** 99:20
**officials** 52:8
**off-gassing** 68:2
**oftentimes** 90:12
**Oh** 16:15 69:8 84:4 91:19 92:7 117:8 127:19
**Ohio** 1:1 2:1 3:6 4:9,10 111:8
**oil** 1:7 2:7 25:13,17 31:11 39:17 41:13 97:8,17 98:18 115:21 117:3,4,6,9
**okay** 13:9 15:5,9 15:22 16:1 17:6 29:25 34:21 35:6 35:19 36:17 38:4 40:12 43:24 46:17 47:9 48:1 51:15 61:11 63:22 65:5 69:16 69:20 72:13 74:6 76:3 78:18 79:16 79:21 84:17,23 86:8 89:16 94:15 98:6 102:4 104:21 108:2

109:6 110:24 112:14 113:17,23 118:6 121:13 122:5,10 123:5 123:14,20 124:10 124:18 125:1 127:7,10,24,25 128:3 134:16,24 135:6,21 136:10 136:23 137:2 138:13 139:10 140:18 142:6 144:12 145:10,20 145:24 147:10,19 147:25 151:11,12 151:16,18,19 152:5,8 153:2,7 153:25 154:23 155:5,17,20,22 155:25 156:2,10 156:11 157:10 158:2,9,15,19 159:2,11,14 160:4,25 161:3 161:13,16 162:16 162:24
**old** 88:10
**older** 22:18 73:13 75:5,18
**olfaction** 95:1,3
**olfactory** 146:17
**once** 99:2,17
**oncologist** 107:9
**oncologists** 9:13 49:7 107:8
**oncology** 9:8,9,10 9:15 107:17 161:7
**ones** 16:11 64:8 77:4 81:21 112:22
**one's** 45:24 48:4
**One-one** 47:18
**online** 4:16 99:7 120:1
**onsite** 33:20
**open** 111:8,13
**opened** 111:9,9
**opening** 108:14
**opinion** 13:3 14:7 18:24 19:18 22:3 26:21,24 27:3,4 29:25 30:15 41:7 41:14 46:25 48:24 52:24 55:25 64:19 65:2 67:17 69:25 74:6 74:9,15,19 83:13 86:17 87:19 90:16 91:11 92:15 107:21 110:21 111:2 112:12,16,19 113:6 139:14 162:9
**opinions** 37:22 110:13
**opinion's** 110:25
**opportunity** 40:23
**opposed** 44:21 145:1 157:7
**order** 28:2 30:25 40:4 58:3 65:10 65:13 99:16 125:12 143:25
**ordered** 101:21
**organic** 22:6 70:8 70:10,12,16 71:12,24 72:10 72:16,25 73:2,6 73:14,17,21 74:2 74:12 143:24
**Organization** 65:21 67:10,12
**organs** 133:15
**original** 41:17 42:18 58:5 63:10 77:7 109:20 164:12
**originally** 44:4 45:4 59:14 143:23 148:6
**Orleans** 148:15
**orthopedics** 96:21
**OSHA** 66:24
**OSHA's** 77:24
**Ostrow** 148:22
**Otto** 51:21 52:12 52:21 82:5
**outcome** 118:1
**outcomes** 23:19 117:25
**outside** 26:19 27:18 68:5
**overall** 88:6
**overcome** 18:13
**overlap** 49:3
**overlapping** 21:16
**overrated** 54:4 57:11
**oversight** 37:3
**overwhelming** 57:22,25 58:19 92:5
**overwhelmingly** 53:8 70:4,20
**owner** 11:18,19
**OxyChem** 58:6

**P**

**P** 71:5
**pack** 29:12,13 104:6
**package** 104:18
**pack-year** 30:14
**page** 4:8 5:3 16:21 107:18 120:25 121:12 127:7,10 127:23 134:11,12 134:20 135:2,2,3 135:6 136:22 148:15,17,18,21 150:8,18,19 155:17
**pages** 85:25 111:20 148:6,9 161:15
**PAH** 80:24
**PAH-DNA** 118:9
**paid** 85:13 86:12 86:13 96:5,7
**Pam** 119:6
**Pamela** 62:13 119:9
**paper** 15:17 31:25 33:15,17 37:4,8 37:24 38:7,10,15 39:4,5,6,10,16 42:5,8 45:18 47:19 51:6 57:14 57:19 59:23 60:5 60:5,13 62:5 67:13 68:17 78:12 79:18,23 82:5,7 83:2 87:25 89:4 91:9 110:11,13 112:3 112:6 113:24 116:7 117:12 119:7,7 129:12 129:15 131:10 134:18 138:9 139:24 140:13,20 140:24 142:9,18 144:18 145:3 148:19 150:15 154:6,6 158:3,13 158:21 159:18 161:1,4,17,19,21 161:22,23,24,25
**papers** 7:24 37:19 38:5 42:19 51:5 51:5 52:13 62:12 70:7,14 78:8,13 78:15 81:24 130:11 131:18 157:17 161:23
**paper's** 42:6
**Paradise** 11:20 13:10 14:16
**paragraph** 127:7 134:25 136:24
**parallel** 45:2
**park** 11:14,16,18 11:19,20 13:11 14:16
**part** 8:18,21 13:25 15:3 21:8 25:8 29:22 30:7,17,18 32:2,4 36:10 42:2 45:5,21 47:12 58:16 59:17 63:9 69:24 72:19 77:3 78:2 78:23 105:15 110:19 151:1
**partial** 43:21
**partially** 49:14,16 50:8
**participants** 129:8
**particular** 8:2,3 12:7,19 48:7 72:2,10 79:23 85:21 102:19,22 112:11,15,21,22 126:23 128:2 130:1 151:22 161:19
**particularly** 52:11 53:22 83:11 87:22
**parts** 26:18,20,21 28:20,20 29:6 31:5,14 32:6,22 36:5,7 38:25 39:1 43:12,14,15 44:7,8 45:3,10 49:11 50:14,19 58:15 59:16,16 60:12 72:19 76:5 77:24 78:20 152:2 154:17,19 154:22 155:6,18 162:3,3
**party** 164:17
**passive** 27:14,16
**passively** 104:11
**passive-exposed** 27:21
**Patel** 31:23 36:8,22 37:1,4,17,24 50:12
**Patel's** 31:25 36:7 36:10 37:18,24
**pathologist** 132:4 133:3
**pathology** 132:24 132:25
**patience** 108:24
**patient** 19:10 90:1 90:6,13 91:18 107:10 132:16,22 133:2
**patients** 9:22,23,25 10:1,3,4,4,5,8 19:14 22:24 23:13 40:18 58:10 59:19 61:1 64:24 90:8,9 96:11 100:3 105:6 106:4,11 132:17
**pattern** 79:17
**Patterns** 4:17
**pay** 86:11 101:18 117:1
**payment** 86:10
**payments** 124:15
**payroll** 86:12
**PCBs** 143:24
**peak** 77:17 78:9
**peaks** 78:13
**Peckham** 5:9
**peer** 62:17
**peer-reviewed** 80:18
**penalty** 163:10
**people** 8:15 18:5,8 18:23 20:10 21:1 21:15 22:18,19 24:19 32:1 33:19 36:18,20 40:18 42:17,23 44:15 45:20,25 46:9,10 49:20 51:23,25 52:4,11,22,23 54:9,10,11,20,22 55:2,5 56:22 59:9,19 61:18 72:6,15,18 75:5 77:9,9,16 78:5 79:1,2 80:11,23 82:1 83:1,8,14 85:3,9 86:7,10 88:2 90:19 94:16 94:22 98:2 104:11,15 105:15 108:20 117:22 118:2,22 129:14 139:19 140:8 145:4 146:5,7,24 147:6
**people's** 25:25 53:9
**perceive** 94:17
**percent** 9:24 10:13 11:5 23:1 25:1 27:25 31:7,7,9,13 31:15 33:15 35:12,18 43:20 43:21 49:13 50:3 50:5 53:23 57:21 59:1 84:4 88:9 103:2 104:12,14 106:10 114:12 116:16 138:16
**percentage** 10:11

35:16 84:2 105:2 105:18,25 107:22 117:7
**percentages** 115:20
**percolate** 68:12
**perform** 20:24 69:14 143:13
**performed** 20:21 40:15,21 161:16
**period** 31:21 54:13 74:20 75:12,24 76:6,9,21 77:8 159:11
**peripheral** 133:9
**perjury** 163:10
**person** 57:15 87:10 106:18 118:17 138:24 139:20 140:2
**personal** 84:21
**personally** 33:2 69:7
**person's** 122:11
**Perspective** 5:4
**pertain** 37:22 38:6
**pertaining** 10:21
**pertains** 92:1 164:11
**pertinent** 135:10
**pesticides** 22:8,10 133:17,18,20 134:6,8,17,18 143:25
**petroleum** 25:6,11 25:14,15,17 41:22 43:1 51:22 52:5 54:20 83:21
**phased** 116:5
**phenacetin** 135:23
**phenomenon** 18:13 71:7 73:7
**Philip** 5:8
**Phillips** 119:4
**phone** 148:19
**phrase** 91:15 94:15 104:21
**phrased** 116:13
**physical** 96:23
**Ph.D** 8:14 62:12 119:11
**Ph.D.s** 90:7
**pick** 33:2
**picked** 91:10 123:4
**picturing** 96:3
**piece** 90:3 91:13 150:15
**pieces** 103:18
**pipeline** 1:7 2:7 117:10
**place** 71:15 98:15 164:4
**plaintiff** 1:5 2:5 3:3 11:7 13:25 83:24,25 90:13
**plaintiffs** 11:9 83:22 84:11
**planning** 141:5
**plant** 58:6,10,12 59:12 80:12,23 118:10,23
**plants** 71:15 81:6 97:9
**platelets** 48:11
**plausible** 103:4
**playing** 14:8
**pleas** 106:21
**please** 6:10 7:2
**plenty** 141:23
**Pliofilm** 47:14
**Pluck** 1:4 2:4 18:25 19:19 21:3 48:24 85:16 86:23 119:14 135:12 154:3
**Plucks** 94:5,7,9 150:22
**Pluck's** 30:1,16 55:8 64:1 67:22 70:1 74:6,9,15 76:8,20 86:18 94:12
**plugged** 53:5
**plume** 68:6,10
**plus** 106:21
**point** 18:21 19:14 28:7 32:7 33:16 41:19,21 42:13 43:5 44:23 47:20 50:21 52:9 54:12 59:10 69:17,19 73:9 74:22 76:13 76:18 92:15 93:17 103:20 116:21,22 125:6 129:1 135:11 138:3 153:9
**pointed** 32:25 42:22
**pointing** 72:14 140:7
**points** 89:19 93:1 128:2
**poisoning** 98:13
**poisonings** 71:15
**Polan** 137:8
**police** 122:22
**policemen** 46:9 79:2,8
**polymorphisms** 4:13 117:21
**poorly** 88:3
**popular** 118:4
**population** 21:18 22:2 23:2 25:1 28:6 43:21 44:9 49:13 50:6 66:2 83:7 88:9 102:6 102:8
**populations** 8:20 49:16,17 110:18
**pose** 66:14
**position** 66:19 139:11 141:12,24 162:11
**positive** 129:15,18
**possible** 24:8 44:17 107:12 134:20 145:24
**possibly** 64:23 78:4
**post** 116:3
**Postinbach** 51:24
**postulated** 27:1
**potent** 70:21 71:8
**potential** 121:1 127:17,24
**ppb** 152:4,13,19,20
**ppbs** 152:8
**ppm** 67:1,3 110:17 145:18,19 152:4 152:6,6
**ppms** 152:9
**ppm-years** 36:20 42:20 47:18,20
**practice** 7:16 8:21 9:24 13:25 33:8 59:3 61:20 96:7 96:14 97:13 98:17
**practicing** 97:11
**precision** 75:16
**preconceived** 113:3
**predicated** 116:7
**predictive** 46:15
**predominantly** 96:16
**prefer** 6:13
**pregnant** 135:8
**preparation** 17:2 125:7,18
**prepare** 142:2
**prepared** 17:17 113:10 131:15 144:2
**presence** 39:25 132:7
**present** 28:25 45:22
**preserve** 115:2
**pressure** 45:15
**pressured** 44:5
**presumably** 137:17
**presume** 15:23
**presumed** 66:12
**presumption** 65:16
**pretty** 93:14 113:20
**prevalence** 43:18
**prevent** 40:4 106:18
**Prevention** 140:1 160:24
**previous** 114:11 121:7
**price** 100:20,20
**prices** 101:24
**primarily** 9:10
**principle** 55:11
**principles** 92:12
**print** 34:15,16 42:11 124:15 160:7
**printed** 34:20 79:14
**Printing** 155:24
**prior** 17:2 30:2,6 30:11 164:5
**private** 96:7 98:16
**privileges** 9:20 99:8
**probably** 17:12 19:5,11 21:21 22:7 23:18,19,21 24:2 26:17,18,23 27:4,15 28:6 32:21 33:8 35:1 44:24 45:20 50:9 55:17 57:17 58:14 62:22 75:4 75:22 76:1 77:12 85:3 86:16 95:25 98:25 103:13,25 105:11,12 107:24 112:18 121:22 125:10,12 131:8 131:10 132:24 154:24 157:14
**problem** 11:16 33:23 83:2 127:24 131:17 141:10
**problems** 77:10 93:20 97:19 98:19 127:21
**proceedings** 164:3 164:5,7,13
**process** 6:16,18 33:10,11 48:21 85:11 153:4,23
**processor** 111:15
**proclivity** 24:13
**produce** 37:12
**produced** 34:3 35:9 123:12
**product** 108:22
**products** 25:14 115:21 116:1
**profession** 105:16
**professor** 95:12,16 95:18,19,20
**prognosis** 88:2
**prognostically** 87:25 88:2
**project** 125:1 128:20
**Promotion** 140:1
**proper** 32:17,21
**properly** 93:6
**property** 154:15
**proportional** 137:9
**proprietorship** 61:20
**prospective** 53:8
**protect** 50:5
**protecting** 45:16
**protection** 40:6
**provide** 40:5 107:11
**provided** 160:14
**providing** 6:19
**proving** 57:16
**psychologist** 15:10
**psychology** 15:9
**public** 8:16 9:5 18:21 25:24,24 45:16 46:6 104:13 139:4,6,6
**publication** 85:14 97:14 160:21
**publications** 110:10
**publish** 7:23 129:12 130:14
**published** 26:7 31:9 32:11 33:18 35:20,22 39:10 39:16 40:13 41:15,15,16 42:9 43:8 45:19 53:17 60:21 61:2,8 62:11 79:11,18 80:16,18 81:1,14 81:22 84:25 85:1 110:17 118:19 119:1 120:1,4,13 123:9 128:14,19 139:24 140:11,12 143:5,20 160:13 160:23 161:6,8 161:12,15
**publisher** 144:8
**publishing** 8:13
**pull** 81:11

**pulled** 37:19 38:5 41:2
**pure** 71:23 140:5
**purposes** 39:13 57:16 97:16
**put** 15:20 33:13 34:9 42:5 60:14 71:19 78:15 87:7 99:3,11,16 111:24 112:8 120:7 145:8 150:23 151:12,17 151:19 152:19,25 153:10,10 162:8
**putative** 70:4
**putting** 84:21 125:12
**p.m** 2:19 6:2

**Q**

**Qing** 4:15
**qualified** 20:23 69:14
**quantified** 65:12 68:4,7 69:18,20 69:23,23
**question** 7:2,3 8:5 8:8 12:22 13:4 15:6 18:12 20:12 20:16 26:25 31:16 32:19 34:7 34:20 40:20 41:14 48:1 50:10 50:22 52:18 54:2 54:14 61:5 65:22 66:16 71:24 72:9 73:16,23 75:14 76:7 79:4 83:10 85:21,22 92:6,16 92:17 104:9 112:17 116:13 117:11 118:14 127:20 134:15 136:5,10 139:7 140:9 146:3 152:15 159:2,17
**questioning** 110:4 162:12
**questions** 6:19 94:1 105:5,25 113:2 162:14
**quicker** 127:2
**quickly** 37:25
**Quintana** 133:19 134:11 135:2,3
**quit** 61:21
**quite** 27:17 43:19 74:21 75:10 146:21
**quote** 68:18 70:8 83:14 91:25 127:4 156:8 162:13
**quoted** 22:23 33:16 55:22 57:15 131:9 147:15
**quotes** 59:15 151:19
**quoting** 57:14
**Q-u-e-n-t-a** 133:23
**Q-u-i-n** 133:25 134:1
**Q-u-i-n-t-a-n-a** 133:24

**R**

**R** 1:21 2:20 5:5 164:23
**race** 150:4
**raise** 114:21,21
**raised** 92:7 93:1
**range** 21:21,25 32:22 35:13 50:14,19 72:20 74:25 75:15
**ranged** 145:17
**ranges** 31:7 35:11 77:3
**rapid** 33:23
**rare** 85:21 100:16
**rarely** 11:9
**rash** 132:20
**rashes** 129:23
**rate** 21:17,19 22:18 23:21 99:25 100:4 101:15,21 102:9 102:22 104:7 137:9,12
**ratio** 104:16
**ratios** 104:19 159:7
**reach** 58:3 91:5 130:1
**reached** 12:18 101:10
**read** 17:7 52:13 78:16 89:1,11 93:16 94:3 113:9 113:9 128:24 145:2,3 162:7,23 163:10
**readily** 33:9
**reading** 69:9 122:5 145:2
**real** 24:14
**realize** 132:23
**realized** 78:12
**really** 9:11 28:2 31:1 32:2 45:9 45:24 52:24 57:18 65:11 70:14 71:12,18 71:20,20 73:3 75:15 91:22 93:11,18 104:19 107:25 118:13 131:16 135:4 140:21 147:2 150:18
**reason** 57:7 63:4 77:20 79:22 106:17 115:2 134:20
**reasonable** 18:24 19:18,25 29:25 30:15
**reasoning** 89:3
**reasons** 19:7 40:7 124:8
**reassuring** 103:13
**recall** 13:18 22:12 22:15 24:3,8 28:17,23 47:4,7 49:1,6,8 63:3 64:8,15 78:17 79:14 87:1,5,22 101:9 110:7,10 115:14 119:7,12 119:15 126:13,22 135:19 147:15 150:16 151:22 153:5,23 155:3 156:4
**receive** 62:17
**received** 17:14,18 19:11 143:9,12 161:11
**receiving** 143:22
**recess** 54:6 108:6 140:19 156:14 160:9
**recognizable** 31:4
**recognized** 106:13
**recollection** 6:23 47:18 159:15
**recommended** 60:6,9 67:3
**reconstruct** 34:17
**reconstruction** 20:24 162:13
**reconstructions** 20:20
**record** 6:11 54:7 86:13 108:5,7,10 108:16 112:21,25 113:1 123:5 160:1,11 162:8 164:6,9
**recorded** 126:5
**records** 16:8 35:5 64:6,7,22 85:10 85:15,25 86:7,12 86:24 87:6,7 111:19,23,25 112:5,11,13,16 112:22 113:4,8 113:10,11,13,18 113:21 125:13,14 125:21
**reduce** 25:23 44:17 58:14 72:7
**reduced** 32:13 59:18 67:15,16
**reduction** 52:1
**reenforced** 43:4
**refer** 59:1 78:6 88:25 149:5 158:15
**reference** 37:7,8 37:14 40:10 88:22 89:8 91:22 92:18 93:12 102:1,2 114:10 128:10
**referenced** 109:25
**references** 109:8 109:24 156:5 158:7
**referencing** 73:19 160:15
**referral** 114:10
**referred** 19:24 38:8,9 40:12 47:10 51:12 73:9 73:13 102:11 123:25 159:3 161:3
**referring** 46:19 47:10 54:10 60:6 78:6 115:11 129:11 144:16
**refers** 109:11 161:21
**refineries** 97:8 98:18
**refinery** 39:17 97:18 98:12 116:14,19
**reflected** 28:18 86:14 126:4
**refresh** 6:22
**regard** 57:9 84:24 85:16 91:25 94:12 139:10 162:12
**regarding** 17:1 26:4,4 34:25 41:4 60:19 61:8 63:1 69:11 80:7 91:21 94:16 130:11 147:20 162:10,13
**registrations** 59:21
**Registry** 129:10
**regression** 121:19
**regular** 32:22
**regulate** 44:13 66:21
**regulated** 45:13 66:9
**regulating** 59:14 66:24
**regulation** 67:19
**relapse** 64:13,14 64:16,18,24 65:1
**relapses** 65:4
**relapsing** 64:3
**related** 26:24 56:23 83:24 98:18 106:12 112:19
**relationship** 64:23 83:12 133:18
**relative** 53:22 102:2,4,11,13,15 102:18,22 104:3 104:3,17 164:16
**relatively** 42:25 43:22
**release** 115:1
**released** 35:17
**releases** 115:4,7,8 115:9,10,12,16
**relevance** 115:18
**relevant** 9:11 131:11,23 134:15 134:23 135:5,22 135:25 148:21 150:18 157:8 158:24 159:9
**reliance** 141:13
**relied** 112:21
**rely** 81:19,21 112:12,16 138:5
**remain** 99:9,16 127:17
**remember** 6:23 9:3 11:11,13,19,23 12:1,12 13:23 23:22 57:2 60:12 60:13 62:19,22 127:19 128:1,2 143:4 154:14 156:23 157:16
**remission** 64:1,2
**removes** 122:3
**render** 13:3
**repair** 70:24,25 71:1
**repeat** 61:6
**repeated** 46:8 60:4
**repeatedly** 52:2
**rephrase** 7:3
**report** 16:11,18,21 16:24 17:2,7,13

17:17 21:6 33:16 37:2,5,10 40:10 41:17 42:10 46:20 59:1 65:15 68:18 81:7 85:6 85:24 87:4,18 95:5 102:1 109:8 109:12,17,20,24 110:1 112:7 113:10 114:7,8 120:15,19,21 123:6,8,11 124:6 124:11 125:7,18 126:18,19 127:8 128:6 129:6 130:7 131:4,4,14 134:4,9 135:6 140:16 141:13,22 142:7 143:7 152:7,10,12,14 156:1,3 157:23 157:24 158:9 160:18
**reported** 1:21 26:9 41:9 47:8 74:2 75:22,24 77:2 78:5,25 129:7,19 137:7 151:5
**reporter** 2:20 6:24 164:2
**reports** 33:5 59:6,7 100:3 141:22 147:14 155:5
**report's** 16:22
**represent** 11:7
**representative** 81:14 123:4
**represented** 11:11 11:22
**represents** 16:4 91:2
**reproducing** 71:4
**republished** 80:21
**request** 126:12
**requested** 164:14
**requesting** 35:2
**require** 57:23 58:2 64:24 124:18
**required** 124:20
**requirement** 114:23
**research** 18:18,21 18:22 19:8,9 31:8 43:4 45:5 50:10,11,18,21 61:15 79:5 84:1 85:2,23 97:4,13 126:1
**researcher** 33:17 42:1 84:15
**researchers** 54:14 70:15
**reserving** 162:14
**residency** 97:3
**Residential** 4:19
**residents** 96:10,18 96:20 106:9 118:10
**resistant** 43:19
**respect** 53:1 93:15
**respiratory** 121:6 129:22
**response** 49:10 94:1
**responsibility** 142:4
**rest** 10:16
**resubmit** 62:25
**result** 18:6 24:13 31:14 105:14
**results** 121:10
**retain** 63:10,10,11
**retained** 12:15,16 13:15
**retainer** 124:19,24 124:25
**retired** 128:19
**retrieval** 125:24
**retrospective** 127:14
**review** 5:4 12:6 16:19 41:14 62:18 74:24 86:7 86:13 92:20 113:5,8,9 125:11 125:13,14,21 126:23 128:13,22 128:24 129:3 130:8 137:13 138:12 139:10 142:20,22 143:1 156:18 157:9 158:6 159:13 164:13
**reviewed** 42:11 89:21 99:14 112:7,18
**reviewers** 62:24
**reviewer's** 63:8
**reviewing** 37:23 100:2 125:13
**revisions** 62:20
**re-activate** 23:4
**ridiculous** 14:12 52:14,25
**right** 7:8 15:18 16:23 17:9 33:24 34:2 36:14 40:16 40:17 44:23 45:1 50:11,21 54:15 59:17 66:4 71:13 72:2 73:16,25 74:19 80:1 85:7 85:24 91:14,16 91:21 92:24 93:11,13 96:13 96:20 102:17 105:19,23,25 108:4,14,15,15 109:4,12 110:24 111:17 112:20 113:14,16 115:1 115:10 116:12,17 119:7 120:14,15 122:16,19 123:5 123:11,14 125:20 126:18 129:17,25 130:4 134:6 135:13 138:17 139:22 140:5 142:4 144:25 145:15 146:11 147:4,9,25 148:9 148:13,14,16 150:1,17 151:1 151:15,19,24 152:9,13,16,19 155:5 156:6 157:23,24 159:8 160:16,18 162:7 162:15,19
**Rinsky** 42:18 47:13,23,24 53:4 77:6,7,8
**risk** 18:22 22:3,10 22:11,14,16,17 22:24 23:11,14 23:23,25 24:3,7 24:10 27:1,5,7,24 27:25 28:6 29:13 29:19 31:22,24 31:24 32:1,11 39:13 41:25 42:15 43:6,11 44:3,9,22,25 45:20,23,23 46:15 48:21 49:24 50:20,24 51:17 53:22,25 54:9,15,17,20,21 54:25 55:12,15 56:13,15,19 66:3 66:5,15,22 70:6,8 70:16,20 76:12 77:18 78:4 79:24 80:3 88:7,12,14 102:2,5,11,13,15 102:18,19 103:3 103:5,12,20,22 104:3,4,14,17 105:13 137:5,16 137:20,23 160:22
**risks** 8:20 135:1
**road** 46:9
**role** 14:9 18:14 77:12
**roof** 14:13
**room** 68:21 145:5 145:21 147:6
**rooms** 145:8
**root** 14:13 149:7
**rotation** 107:8
**roughly** 26:10 28:14
**rounds** 96:17
**route** 68:13
**routes** 31:18 67:24
**routine** 87:17
**RR** 102:2
**rubber** 70:9 71:15 71:16,19 72:5 97:9
**rubric** 24:1
**rule** 21:2 55:7 100:18
**ruled** 93:5 141:16
**rules** 6:22
**run** 26:19 80:6 145:20 147:10
**Runion** 4:11 37:16 38:10,15 113:24 114:11
**Runion's** 67:13 115:19
**runs** 31:6
**rural** 30:7,10 46:3
**Ryan** 80:12

**S**

**S** 136:22
**safe** 40:1 43:3,15 43:15,17,25 44:5 44:16,19 45:4,10 49:11,12 50:16 51:1 59:5,14,15 60:8,10,15 72:21 110:18
**sample** 33:7 34:2 81:15
**sampling** 69:14
**SANDERS** 3:8
**Santos** 59:11
**satisfied** 92:8
**save** 62:21
**Savitz** 135:13,14
**saw** 41:2 45:18 85:3 97:17,21 125:5
**saying** 21:9 44:15 51:3 60:1 72:7 78:19 102:14 112:24 115:17 138:6 140:6,12
**says** 31:9 67:14 71:24 111:12,18 116:14,16 119:25 125:7 127:11 128:24 129:2,19 137:3,5 139:9,24 144:7,20 148:18 149:11,15,25 150:4
**SC** 88:20
**scan** 112:6
**scanned** 111:25
**Scherr** 136:1 138:8 138:14,23
**school** 8:16 9:4 107:2
**schools** 107:5
**science** 45:15 95:1 120:1,4,6
**scientific** 88:23 89:9 91:10 92:12 92:14
**score** 91:21
**scribble** 150:19
**scribbled** 150:15
**scribbles** 153:3
**se** 39:8 57:3,7 117:24 135:12 159:10
**second** 97:21 127:24 150:8 151:24 152:1
**section** 37:7,8,14 39:8 158:23
**see** 17:8 37:16 40:11 41:12 49:2 53:11 60:13 64:22 71:14 86:6 86:12 88:20 92:20 96:11 111:11,23 116:21 116:22 121:18,20 124:18 127:1 131:7 132:10,14 133:14 134:4,5 134:20,20 136:2 136:2 139:2 141:20 150:14 152:3,3 157:2,4 159:19,25,25 161:19
**seeing** 21:15 50:17 50:23 100:3
**seen** 12:21 20:20 37:13 63:21 64:5 64:7,8 85:12,15 117:11 139:23 156:1
**self-published** 144:9
**send** 80:9 109:22 132:24

**sense** 6:25 57:6 76:17 103:4,6
**sensitive** 43:20
**sent** 63:23 98:14 148:4
**sentence** 127:19
**separate** 70:13 148:7
**series** 105:13
**serious** 90:10
**served** 63:5 99:15
**service** 99:3,12
**services** 84:3,6,9 84:11 97:15
**set** 44:2 60:6 90:24 113:7 143:23 145:7,10 164:4
**setting** 59:14
**settings** 52:17
**settled** 85:1,6
**seven** 43:9 66:25 146:9
**seven-hour** 40:25
**Sewage** 5:6
**sex** 121:3 129:21
**sharing** 24:14,25
**shattering** 93:19
**she'd** 17:4
**short** 74:21 77:8
**shorter** 74:23 75:5 75:18,20 76:12 77:19
**shortest** 75:22,23
**shorthand** 2:20 164:1,7
**shortly** 128:19
**shortness** 132:19
**short-term** 77:10 77:20,22
**show** 19:19 24:20 28:3 56:14 63:20 79:3,6 82:2 85:18 99:18 139:17 144:18,25 151:9 152:25
**showed** 33:4 45:5 47:20 53:18 59:11 77:8 114:12 115:9,16 121:2 137:14 159:7
**shower** 31:19,22 68:20 154:4 155:1,3,4
**showers** 67:23 154:10,12
**showing** 16:21 46:1 50:14,15 70:23 71:25 78:21,24 79:7
**shown** 18:22 42:16 49:19 50:11 54:19 71:2 82:22 121:10
**shred** 23:7
**sic** 136:1 157:4
**sick** 97:24 98:2
**side** 12:3 115:13
**sifting** 93:7
**significance** 57:25 58:18,21 83:1 86:17,21,22 87:19 122:3 129:20 130:2 151:22 153:24
**significant** 32:5 42:14 47:23 50:12,20 53:15 53:19,21,23 54:3 57:10,21 68:24 82:3,7,19 83:3 103:3,14,15,18 104:15 121:21 130:5,24 136:19 136:21 138:18,19 138:21
**significantly** 46:2 56:12 129:25
**signs** 39:22
**similar** 24:15 28:12 42:6 52:20 59:10 102:8
**simply** 24:25 43:4 50:11 69:5 139:15 162:15
**single** 55:21 116:1 140:15
**sir** 7:10 37:20 63:25 74:19 81:7 86:17 89:4 126:15 160:17 161:5
**sit** 113:14 145:21
**site** 33:23 53:2
**sitting** 139:18 148:19
**situation** 58:1
**situations** 98:11
**six** 30:19 31:21 32:8 36:9 61:21 76:21 150:25
**six-month** 31:21
**skin** 129:23 132:20
**slate** 19:16
**slightly** 28:13
**slow** 111:15
**small** 9:23 21:6 27:5 28:8,8 30:10 49:3 57:23 111:16 138:22
**smaller** 50:3
**smell** 30:25,25 31:15 32:13 39:24 145:22 146:6,9,15
**smelled** 18:1 30:23
**smelter** 97:22
**Smith** 42:9 142:7,8 142:17 156:17,20 157:4,7,10,12,13 157:17 159:4 160:13,16,25 161:18
**Smith's** 142:9 158:6 161:23
**smoke** 27:10 28:4 28:5,9,24 29:3 56:16
**smoked** 29:13 30:12,14
**smoker** 25:20 26:1 29:7 30:13 55:23 55:24
**smokers** 26:5,19 27:20 28:1,8,21 56:21 103:24
**smoker's** 29:1,9
**smokes** 27:8,13
**smoking** 25:18,24 26:24 27:14,16 29:11 55:10,17 56:6,8,11,20 103:23,25,25 104:3,4 121:4
**snuck** 134:14,19 134:25
**socioeconomic** 52:20
**soil** 68:6,10,11,12
**sold** 144:3
**sole** 61:20
**solid** 74:24
**solvent** 5:6 70:12 71:13,18 73:2,15 74:2
**solvents** 22:6 70:8 70:10,16 71:12 71:22,25 72:5,10 72:16,25 73:6,18 73:21 74:12 143:24
**somebody** 78:9 87:2
**Somerville** 81:1,3 81:4
**somewhat** 32:13 66:22
**soon** 145:6
**sorry** 35:10 61:4 64:17 80:6 116:12 118:19 146:12 154:7
**sort** 6:18 21:1 24:1 44:21 67:17 93:12 96:3 99:2 99:9,21 124:11 150:9 151:7
**sorts** 23:14
**source** 4:19 25:14 26:2 39:3 116:14 126:23
**sources** 54:20
**South** 2:17 3:5
**so-called** 48:10 49:2
**spaces** 25:24
**Spain** 81:2
**speak** 34:19 73:17 123:14
**speaking** 91:22 122:11
**speaks** 72:10 73:21
**Special** 129:5
**specialize** 97:1
**specialties** 7:17
**specialty** 97:2
**specific** 92:10,21 132:21 144:7
**specifically** 55:6 57:19 73:10,18 88:8 123:14 144:25
**specify** 71:12
**spectrometers** 33:22
**speculation** 140:5
**Spell** 136:2
**spend** 10:14,15 11:5 96:21 107:12
**spent** 9:24 10:17 84:8 85:25 140:9
**sperm** 58:7
**spoken** 94:7
**SQUIRE** 3:8
**staff** 62:8,10 81:11 106:24 109:2 112:8 113:18,20 126:12
**staff's** 113:9
**stages** 12:17
**staining** 132:12
**start** 97:15 107:14
**started** 53:9 96:15 132:10 144:21 145:21
**starting** 79:6 136:24
**state** 6:10 87:15 163:16 164:2
**stated** 8:21 59:4 89:3
**statement** 60:3,15 162:17,18
**statements** 4:21 124:10
**states** 1:1 2:1 25:6 27:18 35:23 43:13 45:7 78:25 79:6 120:25
**stating** 45:19
**station** 79:20
**stations** 54:21
**statistic** 58:21 136:12
**statistical** 57:24 58:18 83:1 104:18 129:20 130:2
**statistically** 47:22 53:15,19,21,23 54:2 57:10,20 82:3,7,19 83:3 103:3,15,18 130:5,24 136:19 136:21 138:17,20
**statistics** 55:22 159:7
**status** 95:14 96:8 99:21 121:4
**stem** 42:3 43:23 48:17,17,19,20
**Steve** 51:23
**stock** 78:15
**stop** 130:15,16 146:18
**stopped** 60:1
**storage** 33:11
**story** 45:11 85:10
**straightforward** 93:14
**strain** 23:5
**strange** 89:18
**stream** 49:4
**streamline** 81:18
**Street** 2:17 3:5
**strength** 102:12 103:8 104:4,20 137:14
**strict** 120:7
**strike** 55:23 124:5 141:13 152:8 162:15
**strong** 70:4 146:8 146:14
**stronger** 138:10
**strongly** 137:15
**stuck** 59:17
**students** 96:10,18 107:6
**studied** 27:17,17 51:8 58:6 69:7,8 80:6 129:21 145:1
**studies** 7:24 8:19

23:8 24:17 26:4 26:6 31:1,10 40:10 41:21 42:15,21 43:17 46:1,8 47:9,14 49:18 50:13 51:12,13,16,23 52:7,13,15,21,24 53:8,12,14,16 54:3,18 55:3,4 56:14 57:10,16 59:22 60:19 61:2 61:8 65:25 66:6 66:7 70:18,20 71:11,14 72:15 72:24 73:12,13 73:14,17 74:2 76:25 77:13 78:19 79:2,9,10 80:25 82:2,21 83:4,8,9,12,13,16 83:23,24 84:20 85:18 93:2,3,9 97:7 102:1,21 110:6 118:15,18 118:20 119:5 123:3 128:12,25 132:13 133:1 135:10 138:3,22 139:25 140:8 143:13 155:3,4 159:6
**study** 4:20 8:22 27:18 28:2,16 31:11,23 33:12 33:18 36:19,22 37:1,17,18 40:12 40:17 42:2 46:19 46:19 47:10,11 47:12,20,23,24 51:16,20 53:9,17 58:3,8,13 59:4,6 59:11 70:9 71:24 71:25 72:2,10 73:10 77:5,7,8 82:12,17 84:23 84:25 85:14 93:15 103:2 106:2,8 107:25 110:14,20 111:1 117:18,19,20,24 118:1,8,21,24 122:6,21,22 123:25 127:14 129:13,16 130:10 130:20 131:3 135:16 136:1,20 137:22 138:1,3,5 138:14 139:1,8 139:11,21 143:10 144:15,16 147:15 147:19,25 154:25 155:21
**studying** 8:13 52:9 80:2 107:15 140:9
**study's** 46:21
**stuff** 38:8 58:8 125:12
**Su** 4:13
**subclassify** 132:12
**subfolder** 109:16 109:23 111:7
**subgroup** 19:23 49:21,22,22
**subject** 26:7 81:25 118:14 140:3 157:9
**subjects** 4:17 28:2 85:2 146:14
**submit** 62:14
**submitted** 109:12
**subpoena** 63:5,20
**subpopulation** 26:23 42:17 43:16 55:13
**subregistry** 128:10 128:12,20 129:9 129:16 130:7,12
**subscribed** 164:18
**subsequent** 51:4
**subsequently** 32:12 47:8 82:8 110:21 137:18
**subset** 21:11,13
**subsets** 48:7
**subspeciality** 9:16
**subspecialty** 8:6 9:9,11
**Substances** 43:8
**subtype** 48:24
**subtypes** 48:22 49:8
**suburb** 30:5
**SUE** 1:4 2:4
**sued** 13:14
**suffering** 82:23
**Suffice** 28:5
**sufficient** 12:7,19 13:5 26:22 45:6 56:9 65:14
**sufficiently** 44:10
**Sugar** 39:18
**suggest** 45:15 66:8 70:19
**suggested** 29:8 43:17 62:24 70:8 103:11 137:19
**suggests** 31:25 88:13
**Suite** 3:5
**summarize** 87:18 104:16 158:25
**summarized** 129:17
**summarizing** 85:25
**summary** 86:2,23 155:13
**supplement** 141:23
**supplied** 31:20
**supply** 45:8,12 67:25 109:20
**support** 74:18 76:17
**supported** 91:5 137:15 139:1,9
**supporting** 4:16 119:25 127:5
**supportive** 110:22
**suppose** 34:17 100:19 102:14
**supposed** 112:2
**supposedly** 155:23
**suppresses** 71:5
**suppression** 24:2
**suppressions** 24:4
**sure** 6:23 13:5 53:1 53:3 54:5 58:24 61:7,12 65:11 75:13 85:20 109:14 113:12,20 115:10 121:25 124:8 131:21 141:7 148:22 151:10,14,19 152:14 153:3,7 153:12,13,15,16 153:17,18,19,21 153:25
**surgeon** 132:24
**surgically** 87:14
**surprised** 109:19 112:24
**survey** 114:11
**susceptibilities** 24:14 49:21
**susceptibility** 18:15 42:16 43:22 49:23 55:1 75:4 77:11,14 94:16,19
**susceptible** 18:5,8 18:10,17 19:5,13 19:20,23 20:1,3,8 20:14 26:23 43:16,18 49:12 49:14,16,16,24 50:4,8 51:1 54:11 55:6,13
**suspicious** 33:3
**sustained** 34:7
**Sweden** 59:11
**Swedish** 70:15
**sworn** 164:6
**symptom** 132:21
**symptoms** 90:1 132:15,16 144:24 145:9
**system** 88:4 126:6
**system's** 23:4
**S-a-v-i-t-z** 135:14
**S-c-h-e-r-r** 136:4
**S-h-e-r-r** 136:1

**T**

**T** 157:12,13 160:12 160:16,25
**table** 121:11 136:6 136:8 158:24 161:20,21
**tables** 47:19 158:7 161:23
**take** 6:25 8:14,16 34:11 36:15 54:4 54:5 56:7,7 66:1 90:4,19 93:9 104:10,10 108:4 114:23 140:17 149:9 154:3 156:10 158:17 160:1,8
**taken** 2:16 66:19 73:3 90:14 109:2 121:18 164:3
**takes** 77:15 108:19
**Takhar** 61:14
**talk** 6:24 80:4 93:21 124:9 135:7
**talked** 78:12 84:17 94:21 102:21 122:22 146:4
**talking** 17:15 21:24,25 44:21 75:20 78:9 92:11 94:1 135:7 140:8 141:3 146:5 157:10,11
**talks** 68:19 79:18 79:23 128:25
**tap** 30:24
**task** 125:6
**taught** 9:6 95:24
**taxi** 46:9 79:3,8 122:22
**TDI** 11:1
**teach** 95:22
**teacher** 15:7
**teaching** 95:23 96:2,16 98:21 99:19
**technique** 91:2
**TEL** 114:20
**tell** 36:15 44:1 56:11 65:5,7 107:10 108:20 113:14
**ten** 100:11,13,14 100:23
**tend** 74:23,24 89:14 90:5 93:21
**tendency** 24:18,20
**tends** 34:4
**tenth** 67:3
**tenured** 95:12
**term** 22:9
**terms** 8:20 19:5 31:3 46:13 76:18 91:12 99:18 118:17
**terrifically** 71:20
**test** 18:20 145:21
**testified** 6:6 18:2 52:2 54:8 76:14
**testifying** 164:6
**testimony** 18:1 100:24 163:13 164:9
**testing** 33:1 149:5
**tests** 19:3,6,24 80:10 143:23
**test's** 19:2
**tetraethyl** 97:18 98:12 114:18 117:1
**Texas** 81:1 103:12
**text** 121:11
**textbooks** 107:17
**Thai** 45:25
**Thailand** 45:25 46:2,4
**Thank** 162:24
**theoretically** 76:11 77:19
**therapy** 19:15
**thing** 21:1 38:1 58:12 63:11 84:25 98:3 103:14 104:6,8 121:22 122:2 153:16 159:24 161:18
**things** 23:16 69:6 91:8 93:6 94:4 97:5 102:1 105:13 108:19,21 111:14 121:23 122:1,1,13,17 124:14 133:2 160:12
**think** 9:24 11:21 14:8 16:6 17:12 20:9 25:13 29:4 29:6,8 30:21,22

31:8,14 32:24 33:2,16 34:3 36:4,5,18,24 37:2 37:2 39:4 40:23 42:5,8,10,13 43:14 44:16,19 45:18 46:20 47:13 49:4,11 50:9 53:23 54:13 57:2 59:7,25 60:11,21 61:16 64:8 67:4,9 68:17 70:3 72:23 74:21,25 75:21 78:8,11 81:7,12 83:10,15 86:4,20 86:25 87:1,2 88:1 89:14,24 90:10,19,23 91:1 92:2,21 93:17 96:25 98:2 100:25 101:4 105:8,21 106:2 107:24 108:22 109:13,13,18,22 110:7,15 111:20 113:22 115:8 116:4 118:14 119:6 120:16,24 124:7,14 126:9 127:2 129:12 131:22 134:7,9 139:3,3 140:2,2 140:13 142:6,13 142:17,22 143:3 143:6 144:20 145:14,16,16 146:25 147:17 148:16,20,23 153:9 155:16 159:6,24 162:11
**thinking** 153:14 157:7
**thought** 37:24 41:11 45:4 51:5 52:14 71:9 78:10 92:22 157:20,21 160:13
**thousand** 16:17 21:22 22:1 58:15
**three** 19:7 33:14 52:2,10 61:16 67:24 68:1 74:22 75:21 76:9 79:12 81:18,25 100:17 102:20 146:8,13 148:5,9 154:12
**threefold** 103:5
**threshold** 5:8 38:20 40:2 41:20 41:23 42:4,7,12 42:23 43:5,25,25 44:11,24 51:7 65:18,23 94:23 144:19,20 145:1 146:1 147:10,21 155:6,18
**thresholds** 31:2 39:5,8,12,19,23 40:5,6,8 145:1 147:14
**throwing** 141:21
**Thursday** 1:17 2:19 6:1
**time** 7:5 9:24 10:13 10:15,16 11:5 18:21 28:7 29:2 31:8 34:2 40:25 54:13 68:23 80:25 81:16 86:11,13 88:10 94:13 95:24 96:21 98:21 99:4 99:13,16 105:10 105:20 107:13,14 108:19 120:19 125:10 129:1 141:23 164:4
**times** 31:23 32:10 36:6 43:12 46:22 57:22 58:17 100:25 102:20
**time-weighted** 67:4
**tiny** 72:16 111:15
**tires** 71:19
**tissues** 56:18 104:2
**title** 37:4,6,25 160:20
**titled** 4:9,10
**titles** 46:11
**today** 7:8 15:13 16:7 43:13 68:19 94:1 101:13 111:5 113:15 126:2 146:22 148:5 157:19,25 158:1 159:18
**told** 10:6 12:21 17:25 19:2 27:4 28:13,19 35:9,11 38:22,24 47:7 53:20 54:18 55:19 64:3 65:24 77:4,8 78:10 85:10 92:21 115:11 118:8,21 126:10 130:14,16 130:24 134:7 139:13 144:1,10
**toluene** 73:4 74:10
**tool** 18:21
**top** 12:2 22:5,13,15 24:4 34:11 49:9 119:8 152:4 155:2
**topic** 144:9
**topoisomerase** 70:24
**tort** 11:12,23
**torts** 11:10 98:1
**total** 30:14 35:25 97:11 111:20
**totally** 89:6
**toto** 122:2
**touch** 142:2
**town** 30:10
**toxic** 10:22 11:10 11:12,23,25 13:10 14:4,5 67:18 97:7 98:1 98:1 143:16 144:10
**toxicity** 5:8 92:14 97:5 110:19 140:10 144:20 145:2 147:1
**toxicologists** 90:7
**toxicology** 7:19 8:18,19 10:17 41:13 43:1 89:9 89:17 90:5,11,18 96:25 97:4,10,13 106:10 143:20 144:7
**tract** 129:23
**trade-offs** 111:14
**traffic** 30:9 54:24 79:20
**trailer** 11:14,16,18 11:18,20 13:11 14:16
**training** 90:21 144:2
**transcribed** 164:8
**transcript** 163:11 164:9,12,14
**transportation** 33:11
**Travel** 148:15,18
**treat** 9:22,23 10:1 10:5,8
**treated** 64:2,4 87:14,16 96:23
**treating** 9:10,12,25 10:3 98:15 105:6 106:13 107:10,13 132:15
**treatment** 5:6 9:18 9:23 19:11,12 80:12,23 81:6 87:13 96:14 105:17 107:12 118:10,23
**Trevor** 5:9
**trial** 100:6,10,15 100:16,24 101:11 112:23
**trials** 100:16,21
**tried** 22:21 41:11 44:1,3 51:24 67:2 71:22,22 82:5 110:15
**trillion** 32:22 44:8 45:4,10 50:19
**true** 24:16 65:19 72:5,6 75:8 91:24 107:4 108:25 138:16 163:13 164:9
**try** 6:23 25:23 44:11,13 66:19 81:11 106:22 118:8 126:25 138:6
**trying** 8:8,10 12:11 23:22 51:22,25 52:12 61:6 66:2 66:21 69:17,19 72:7 82:13 94:4 105:21 112:20,22 116:9 124:21 134:19 141:7 144:19 148:22 156:23
**Tuesday** 126:11 142:10 157:20
**tumors** 41:25 43:6 74:24 105:21
**turned** 30:23
**twice** 26:10 53:18 53:25 103:23
**two** 12:14 22:1 33:14 68:1 81:18 95:25 102:10,15 107:1,4,18 115:8 131:18 146:15
**type** 71:13 81:24 123:22
**types** 33:22 50:1 71:22 79:23 118:15 138:21
**typical** 26:12 76:23 76:23
**typically** 77:2
**T-cell** 48:9

**U**

**ubiquitous** 44:12
**UCLA** 9:5 95:12 98:15,24 99:10 106:24
**Uh-huh** 8:25 21:20 39:2 40:14 47:15 51:14 60:25 80:1 110:2 113:25 114:25 115:6,22 117:13,15 119:17 123:19 129:11 135:9 142:6 148:1,8 149:2,8 150:1,12 151:15 152:21 153:9 158:14
**ultimate** 105:14
**ultimately** 133:3
**uncertainties** 127:16
**uncommon** 64:23 131:17 146:17
**underestimate** 34:4
**underlie** 127:1
**underlying** 65:16 120:6
**underneath** 68:11
**undersigned** 164:1
**understand** 6:18 7:2,3,8,9 8:10 15:6 20:2,15 30:13 48:2,7 60:16 64:10 65:13 69:25 72:9 90:21 91:15 116:18 124:21 141:7,25 148:8 162:11,11,21
**understanding** 7:10 8:4 19:17 21:5,8,11,13 54:2 63:25 64:13 78:18 101:25 102:4 104:24 115:25 118:17
**understood** 64:12
**unexposed** 102:7
**unfolding** 12:8,22
**unfortunate** 58:14 65:3 96:25
**unfortunately** 103:11,16 106:20
**union** 98:14
**United** 1:1 2:1 25:6 27:18 35:23 43:13 45:7
**university** 96:17
**unknown** 105:19 106:1 107:23
**unquote** 162:13
**unsafe** 40:5
**unusual** 33:8 138:21
**update** 4:23 59:24 59:25 126:17
**updated** 46:21,23

46:25 64:8 72:14 110:6 128:15 158:23
**urban** 54:22
**urinary** 129:23
**use** 25:5 35:13 49:7 57:16 66:2 67:13 68:16 71:19,22 90:11 91:7 93:1 94:15 99:5 104:18
**usual** 157:15
**usually** 10:22 83:25 87:14 90:7 101:16 126:23,24 132:22 133:12
**uterine** 86:23 87:1 87:8,11,13,14
**utter** 140:5
**U.S** 51:17 52:7 57:1 88:9

**V**

**Valentina** 4:18
**Valley** 11:20 13:11 14:16
**value** 156:1
**values** 35:20,22 59:22 94:23,24
**vapor** 5:8 31:12 38:18 67:16 68:9 68:13 69:1 145:6
**vapors** 144:21
**variable** 75:10 121:3
**variables** 26:17 121:12,14 122:10 122:15,16 150:6
**variation** 146:14
**varies** 28:11
**various** 10:17,19 10:23 11:4 18:6 22:7 25:14 33:21 40:7 49:7 51:25 56:15 59:21 98:18 106:14 121:14,25 122:10 126:25 145:3
**Vegas** 13:20
**versus** 11:7 28:20 28:21 29:10 102:9 118:25
**vested** 52:4
**Vianna** 137:8 138:1,2,11 139:10
**view** 19:14 90:22
**vinyl** 58:9
**viral** 88:20
**Virtually** 23:1
**virus** 22:20,25 23:2 23:9 87:20 88:1 88:3,5,7,9,14,17 88:19
**viruses** 88:14
**voice** 67:11
**volatile** 33:9
**Volume** 160:24 161:15
**volunteer** 96:6
**vs** 1:6 2:6

**W**

**wait** 34:19 111:6 115:6 140:25
**walk** 145:5
**walking** 35:4
**wannabe** 118:7
**want** 37:25 40:24 44:16 61:6 92:25 93:2 107:11 108:9 109:7 111:4 112:23 121:18,19,25 141:1,11 144:25 146:23 156:5 162:8,12
**wanted** 7:16 12:6 15:19 32:19
**ward** 106:11 107:8
**wards** 106:9
**warning** 39:22
**wasn't** 41:16 45:6 45:9 60:15 68:24 82:6 83:3 92:6 92:16 96:5,9 110:8 114:8 115:17 116:13 120:20,24 130:7 130:23 131:22 141:5 144:3 157:24
**Watch** 47:11,12 110:5,25
**water** 4:19 11:16 14:20 17:5 18:1 30:23 31:19,20 32:9,25 33:6,19 34:8 43:11,13 45:3,5,7,12 55:18 56:4 67:22,25 68:3,16,25 69:19 129:14 151:2 152:18 154:9
**Watsonville** 101:4 101:7
**way** 18:18 19:3,23 35:24 52:25 55:19 57:6 59:18 65:12 67:13 71:18 92:19 94:9 96:14 104:17 110:21 115:2 123:3 132:4 134:19 138:10,11 145:23 147:9
**ways** 25:4 38:2 89:23 93:18
**weak** 146:8,13
**weakened** 23:4
**weaker** 28:3
**weaknesses** 127:17
**Weaver** 115:13
**week** 17:21 33:6,25
**weight** 132:18
**went** 41:17 64:1,2 68:8 82:14 96:7 96:14,19 98:16 106:8 113:17 115:15 120:8 139:24 144:23
**weren't** 78:13 85:13 106:14
**we'll** 15:24 38:3,14 66:23 147:23 148:3 158:17
**we're** 14:15 50:21 75:20,20 82:11 99:7 101:23 108:7 140:15 146:5 147:5 151:12 153:10 160:11
**we've** 6:23 37:16 46:12 67:4 94:21 101:17,18 111:6 112:18 148:6 161:24
**When's** 95:24
**WHEREOF** 164:18
**white** 121:23 122:7 122:11,12,14,17 122:17
**widely** 39:5 40:7
**Williams** 111:18
**wiped** 59:13
**WITNESS** 4:2 38:13,15 108:24 119:25 124:14 126:22 140:20 142:9,13 146:4 158:6,13,19 164:18
**witnesses** 164:5
**woman** 62:11
**women** 59:12 135:8
**Wong** 51:21 52:12
**Wong's** 52:21 82:5
**wood** 80:12,23 81:6 118:10,23
**Woodlands** 115:13
**woodworkers** 137:18,20
**word** 91:15 109:2
**words** 22:9 31:25 49:3 68:10,17 77:17 85:6,9 86:10 104:9 117:20,23 122:16 143:22
**work** 11:9,9 53:2 61:18,21 62:10 99:22 119:10 124:12,15 126:4 126:10,10,12 133:2 139:24 140:14
**worked** 11:2 12:2 29:23 39:18 58:11 85:2 97:18 137:10,12
**worker** 51:13,15 52:7 53:16 73:10 78:19 79:2 98:12
**workers** 4:12,14 5:6 24:17 41:22 41:24 42:2,19 46:13 47:14 49:19 51:20 52:19 53:7 55:3 55:4 58:5 70:9 70:12 71:21 72:6 72:17,22 81:23 84:21 96:15 97:8 97:8,19,22,22,25 98:17 118:9,10
**working** 10:18 42:1 51:21 59:12 59:19,20 62:7 72:15 86:5 125:9
**workplace** 66:24 67:15,16
**works** 61:15,16,22 71:20
**work's** 126:7
**work-up** 107:22
**world** 65:20 67:10 67:11 88:18
**worried** 141:6
**wouldn't** 24:23 50:20 63:8,9,10 86:20 110:22,23 146:23,23
**write** 66:10,10 86:13 120:19 153:7,25
**writes** 114:14,15
**writing** 100:3 151:25 153:5
**writings** 94:3
**written** 77:17 92:22 109:12,25 114:7,8 127:18 145:13
**wrong** 92:19 131:20 140:13 145:3
**wrote** 90:20 123:13 148:20,23 152:20 152:22 153:16 156:19

**X**

**x** 164:14
**Xu** 135:7
**xylene** 73:4 74:7
**x-ray** 132:25
**X-u** 135:7

**Y**

**yeah** 9:2 16:15 21:15 22:21 23:13 25:12 26:10 27:4,11,14 29:18,19 35:9 37:21,21 46:20 51:6,14 52:3 60:7,14 61:25 62:2 69:8 71:14 78:11 79:17 83:9 86:25 93:15 98:10,25 100:16 103:20 108:9,10 114:18 115:22 117:8 125:16 129:11 134:13,18 135:3,9,16 137:1 138:25 140:12 143:1,2 144:9 145:16,19 148:10 148:24 151:21 152:3 154:1 155:15,19 156:8 156:25 157:4,17 159:19
**year** 21:22 22:1 26:14 37:1 41:16 84:5 95:25 105:3 131:11 156:24
**years** 8:12,22 9:5 11:4 13:13 25:22 26:15 29:12,14 32:14,23 34:4,8 36:16 39:11 40:7 43:9 48:19 74:22 74:25 75:1,21 76:9,22,23 79:12 81:25 87:6 88:10 91:3 95:21,25 96:9,9,10,19 97:14 98:7,8,9,25 99:2,12,15,17 100:11,13,14,17

100:23 104:7 106:8,21 107:1 132:10
**yesterday** 34:23 37:23 126:10 152:23
**yes/no** 121:4
**York** 3:10,10 149:1
**young** 4:13 58:11 59:12 75:6 135:8
**younger** 22:19

**Z**

**Zenz** 135:7
**zero** 21:25 43:3 44:4 60:11
**Zwass** 125:17

**$**

**$165** 125:1,2
**$4,000** 124:18
**$85** 125:24
**$950** 100:14

**#**

**#1** 151:13
**#2** 151:25 152:25 153:8

**0**

**0.03** 32:2
**01** 49:21,23 129:20 130:1
**010807** 111:8
**03** 110:11,13
**04** 160:3 161:20
**06** 86:4 112:7 113:10,17 125:16 141:22
**07** 42:9 125:5
**08** 45:19 111:17 141:23 142:2,3 159:17 160:3,6

**1**

**1** 4:9 15:24 16:2,10 31:7 35:11,18 43:12 44:6 47:16 47:17 49:22,23 58:16 59:17 66:22,23 67:1 72:19 78:1,23 102:15 108:13 110:17 114:12 121:11 155:17 160:14
**1,112,000** 36:4
**1.24** 115:24
**1.25** 115:24
**1.26** 115:24
**1.5** 125:1
**1.99** 116:20
**1/2** 31:6 35:12 53:24 78:1
**1/2-fold** 53:20
**10** 4:22 9:24 29:14 29:17 33:6 43:20 50:3 54:5 59:16 126:16,21 127:9
**10,000** 66:24
**100** 21:25 23:1 25:1 32:7 59:16 60:12 78:20 88:9 154:22
**10036** 3:10
**103834** 1:23
**1095** 3:10
**11** 5:4 42:20 128:5 128:8
**1100** 3:5
**114** 4:11
**115** 97:21
**117** 4:12
**119** 4:14,16
**12** 1:17 2:19 5:6 6:1 130:25 131:1 131:3
**12th** 124:11
**122** 4:17
**124** 4:19,21
**126** 4:22
**128** 5:4
**129** 31:23 36:6,6
**13** 5:8 27:25 127:7 127:10,23 144:12 144:13,15 147:25 161:15
**131** 5:6
**14** 5:9 147:24 148:3,4,11,18 154:2 162:3
**140** 145:17 162:3
**144** 5:8
**148** 5:9
**15** 5:11 44:7 96:10 103:2 104:12,14 155:9,10
**15-minute** 78:3 156:10 160:1,8
**150** 31:5 44:8 146:7
**1500** 81:12
**155** 5:11
**159** 3:5
**16** 4:9,10 5:12 160:24 161:25 162:1
**16th** 161:11
**162** 5:12
**165** 125:7
**18th** 161:12,14
**180** 150:24
**1898** 59:11
**19** 134:11,12,20 135:2,3,6 161:15
**1939** 42:22
**1943** 31:1 144:16 146:25
**1948** 42:25 59:4,23 60:5
**1949** 115:5
**1952** 115:5
**1960** 59:24
**1965** 57:14 89:4
**1973** 8:17 97:11
**1974** 114:12
**1977** 45:7 114:5
**1985** 143:23 155:24
**1992** 96:12
**1996** 156:25
**1998** 126:16

**2**

**2** 4:10 15:25 16:2,4 19:9 22:7 26:18 28:20,22 31:6 35:12 53:24 78:1 95:8 104:5 108:10,14 136:6 136:8 141:1,1,2 148:15 156:7
**2.11.09** 4:9,10
**2.75** 31:9
**2/12/2009** 5:9
**20** 29:15,16 45:3 45:10 58:6 96:9 96:9 104:6 138:16 154:11 163:16
**20th** 39:23
**20-minute** 154:12
**200** 72:19 78:20
**2000** 157:4
**2000s** 157:2
**2001** 43:9 156:8
**2003** 46:19,22 47:3 51:6,10 78:7 110:6 130:20
**2004** 37:2 117:14 120:13 133:19 142:7,24,25 143:5 156:18,22 156:23 158:22,25 160:13 161:22
**2005** 142:23
**2006** 16:22 17:3 64:7 80:21 123:13 143:7
**2007** 79:18 123:9 140:24 160:16 161:15
**2008** 41:16 47:19 84:9 123:12 158:3,9,13,21 159:14 161:3,9 161:10,15,25
**2009** 1:17 2:19 6:1 124:11 126:8 139:19
**21** 49:21
**212** 3:11
**235** 125:14,21
**25** 29:12 58:5,6 75:1 88:10 99:15 155:6,18
**270** 145:13,17
**29th** 126:3,8

**3**

**3** 4:11 19:10 22:7 31:7,9,13,15 35:12,14,18 74:25 102:18 113:24 114:1 148:17,18 153:11
**3.2** 152:2
**3.4** 31:14
**3.6** 151:1 152:3,4,6 152:6,8,9,13,19 152:20
**3:30** 2:19 6:2
**30** 32:6 36:7,10 75:1 88:10 98:7
**30th** 16:22 17:2
**30-plus** 97:14
**300** 154:16,17
**31st** 2:17 3:10
**32** 95:21
**330** 3:6
**35** 8:12,12 9:5 98:8 98:9 99:2,17
**36** 8:12
**38** 111:20

**4**

**4** 4:12 26:20,21 28:20 29:6 53:20 76:5 104:7 117:12,16 120:20 153:17
**4,000** 124:22
**4.5** 53:22
**44308-1322** 3:6
**465** 100:3 125:18

**5**

**5** 4:14 26:20,21 29:6 31:7 32:17 32:20 35:12,18 43:14,15 49:11 49:11 54:5 57:21 77:24 119:16,18 120:3,4,10,13 153:20
**5:08-CV-01545** 1:6 2:6
**50** 11:5 33:15 38:25 39:1 43:12
**53** 71:5
**54** 116:16
**55** 136:22
**5506** 136:22
**555** 2:17

**6**

**6** 4:5,16 53:24 119:20,24 120:9 120:10,25 142:23
**60** 106:10
**605** 30:3,17 64:11 64:19
**65** 99:1

**7**

**7** 4:17 120:25 121:12 122:21,25 161:15
**7113** 1:22 2:20 164:24
**726** 111:11
**75** 95:19 96:6
**762-2411** 3:6
**77** 95:19,20 96:6,6 116:4
**78** 81:8 116:4
**79** 116:4

**8**

**8** 4:19 123:25 124:3
**80** 43:21 49:13 84:4
**80s** 53:10
**85** 82:7
**86290-81-5** 5:11
**872-9800** 3:11
**88** 131:18

**9**

**9** 4:21 124:10,13
**9:00** 2:18 6:2
**90** 10:13 154:24
**90s** 32:20
**92** 138:13
**94** 33:18 141:21
**95** 53:23 59:1
**950** 100:5,8,10 101:13
**96** 30:21 34:9 53:18 150:21,21 151:5
**97** 128:14
**998** 149:22